# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| Pointe Physical Therapy LLC, et al | ) |
| | ) |
| Defendants. | ) |

## INDEX OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Appendix – Pointe |
| 2 | Appendix – New Era |
| 3 | Appendix – Head Diagnosis |
| 4 | New Era I and II Articles of Incorporation |
| 5 | National Provider Identifier (NPI) Registry Details for Pointe Physical Therapy |
| 6 | Michigan Visiting Physicians Articles of Incorporation and related filings |
| 7 | Choice House Call Certificate of Assumed Name |
| 8 | Examples of Prescribing Physicians' Disability Certificates |
| 9 | Examples of Initial Examinations by treating Physicians |
| 10 | Examples of PT and OT Prescriptions by treating Physicians |
| 11 | Initial and Follow-up Evaluation for Patient NA |
| 12 | Example Physical Therapy and Occupational Therapy Prescription Forms |
| 13 | Examples of Prescribing Physicians' and Clinics' Bills to State Farm |
| 14 | Examples of Initial and Follow-up Visit Reports by Gunabalan |
| 15 | Examples of Initial and Follow-up Visit Reports by Quiroga |
| 16 | Examples of PT and OT Prescriptions regarding Head Injuries by treating Physicians |
| 17 | Examples of Initial and Follow-up Visit Reports by Ruden |
| 18 | Examples of Initial and Follow-up Visit Reports by Beale |
| 19 | Examples of Initial and Follow-up Visit Reports by Hoban |
| 20 | Examples of Hoban's Disability Certificates |
| 21 | Examples of Plans of Treatment and Updated Plans |

| 22 | Examples of Progress Notes and Check Lists |
|----|---------------------------------------------|
| 23 | Examples of Plans of Treatment by Gunabalan |
| 24 | Example of Michigan Biotech Bill and Bio-Magnetic Report with same address |
| 25 | Corporate Filings for Bio-Magnetic; Webpage of Bio-Magnetic; and NPI Registry data for Michigan BioTech Partners |
| 26 | Corporation Filing for Orthopedic Surgeons P.C. and Excerpt of 8/14/12 Deposition of Eric Page |
| 27 | Appendix – MRIs |
| 28 | Examples of Pointe and New Era PT and OT Bills |
| 29 | Examples of Pointe and New Era PT and OT Progress Reports |