# *Exhibit 1*

**Exhibit 1 - Pointe PT Appendix**

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | Massage or Man. Therapy | Ther. Exercise | U/S | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 22A968210 | 3/21/2009 | 11/24/2009 | 12/4/2009 | | 10 | x | Get Well | | Saul Weingarden | x | Other | PT | | 3 | 2 | 2 | 3 | 2 | 3 | | 12/12/2009 |
| 2 | 22A981671 | 4/24/2009 | 12/9/2009 | 2/3/2010 | | 56 | | | | Christopher Chang | x | None | PT | | 7 | 7 | 7 | 7 | 7 | 7 | | 1/12/2010 |
| 3 | 22B063010 | 11/10/2009 | 12/10/2009 | 1/29/2010 | | 50 | x | Get Well | | Dennis Kelly/Tete Oniango | | Other | PT | | 20 | 19 | 19 | 2 | 18 | 19 | | 1/12/2010 |
| 4 | 22B060538 | 11/10/2009 | 12/15/2009 | 1/13/2010 | | 29 | | | | Alan Robertson | x | Other | PT | | 9 | 9 | 9 | 8 | | 1 | | 1/12/2010 |
| 5 | 22B077791 | 12/1/2009 | 12/17/2009 | 4/9/2010 | | 113 | x | Get Well | Medical Evaluations | Nazih Iskander | x | Other | PT | | 26 | 26 | 26 | 26 | 22 | 26 | | 2/8/2010 |
| 6 | 22K360144 | 6/13/2009 | 12/21/2009 | 1/15/2010 | | 25 | x | Get Well | Medical Evaluations | James Beale | x | Other | PT | | 10 | 10 | 10 | 10 | 10 | 10 | | 3/9/2010 |
| 7 | 22B075256 | 12/17/2009 | 1/14/2010 | 1/21/2010 | | 7 | | Get Well | Medical Evaluations | James Beale | | Weiner & Assoc | PT | | 3 | 2 | 3 | 3 | | 3 | | 6/17/2010 |
| 8 | 22B076391 | 12/14/2009 | 1/28/2010 | 3/15/2010 | | 46 | | Get Well | Choice House Call | Ram Gunabalan / Martin Quiroga | | Weiner & Assoc | PT/OT | | 7 | 7 | 7 | 7 | 6 | 7 | 6 | 4/23/2010 |
| 9 | 22B075256 | 12/17/2009 | 2/3/2010 | 7/9/2010 | | 156 | | Get Well | Medical Evaluations | James Beale | x | Weiner & Assoc | PT/OT | | 64 | 64 | 63 | 63 | 61 | 56 | 55 | 5/18/2010 |
| 10 | 22K360015 | 4/16/2009 | 11/10/2009 | 8/26/2010 | 8/27/2010 | 289 | x | | Medical Evaluations | James Beale | x | Ravid & Assoc | PT/OT | x | 69 | 69 | 69 | 69 | 66 | 64 | 39 | 12/12/2009 |
| 11 | 22B019145 | 7/27/2009 | 12/18/2009 | 7/14/2010 | 5/21/2010 | 208 | x | | Medical Evaluations | Tete Oniango | x | Weiner & Assoc | PT/OT | | 86 | 66 | 66 | 60 | 60 | 64 | 46 | 1/12/2010 |
| 12 | 22B127918 | 1/6/2010 | 1/21/2010 | 3/29/2010 | 2/8/2010 | 67 | x | Get Well | Choice House Call | Ram Gunabalan | | Weiner & Assoc | PT/OT | x | 22 | 22 | 22 | 22 | 19 | 22 | 12 | 4/22/2010 |
| 13 | 22B124770 | 3/7/2010 | 4/5/2010 | 5/28/2010 | | 53 | x | | Choice House Call | Martin Quiroga | x | Weiner & Assoc | OT | | 20 | 20 | 20 | 20 | 17 | | 19 | 5/19/2010 |
| 14 | 22B124770 | 3/7/2010 | 4/5/2010 | 5/28/2010 | | 53 | x | | Choice House Call | Martin Quiroga | x | Weiner & Assoc | PT/OT | x | 20 | 20 | 20 | 20 | 17 | 20 | 20 | 5/19/2010 |
| 15 | 22B129305 | 3/21/2010 | 4/5/2010 | 6/10/2010 | | 66 | x | Get Well | Choice House Call | Martin Quiroga | x | Weiner & Assoc | PT | | 22 | 22 | 21 | 21 | 16 | 21 | 12 | 6/9/2010 |
| 16 | 22B130170 | 3/21/2010 | 4/5/2010 | 7/21/2010 | Illegible | 107 | x | Get Well | Choice House Call | Martin Quiroga | x | Weiner & Assoc | PT/OT | x | 19 | 19 | 17 | 19 | 16 | 19 | 13 | 5/19/2010 |
| 17 | 22B161602 | 6/18/2010 | 6/29/2010 | 10/6/2010 | 6/29/2010 | 99 | x | | Medical Evaluations | James Beale | x | Other | OT | | 31 | 30 | 17 | 30 | 28 | 27 | 31 | 8/17/2010 |
| 18 | 22B161602 | 6/18/2010 | 6/29/2010 | 8/25/2010 | 8/19/2010 | 57 | x | | Medical Evaluations | James Beale | x | Other | PT/OT | x | 27 | 27 | 27 | 26 | 24 | 27 | 26 | 8/17/2010 |
| 19 | 22B174406 | 7/3/2010 | 7/28/2010 | 2/25/2011 | 7/22/2010 | 212 | x | | Medical Evaluations | James Beale | x | Weiner & Assoc | OT | | 49 | 49 | 49 | 47 | 46 | 23 | 47 | 10/14/2010 |
| 20 | 22B168743 | 7/7/2010 | 8/2/2010 | 8/5/2010 | 7/27/2010 | 3 | x | Get Well | | Paul Petre | x | Other | PT/OT | x | 2 | 2 | 2 | 2 | | 2 | 2 | 10/18/2010 |
| 21 | 22312Z239 | 6/26/2013 | 8/8/2010 | 11/1/2013 | | 1181 | x | | | Nidal Jboor | x | None | PT | | 24 | 24 | 24 | 3 | 22 | 24 | | 8/26/2013 |
| 22 | 22B169806 | 7/11/2010 | 8/16/2010 | 11/24/2010 | | 100 | x | | | Saul Weingarden | | Ravid & Assoc | PT | | 35 | 34 | 34 | 25 | 21 | 31 | | 9/27/2010 |
| 23 | 22B169806 | 7/11/2010 | 8/16/2010 | 12/3/2010 | | 109 | x | | | Saul Weingarden | x | Ravid & Assoc | PT | | 29 | 29 | 30 | 28 | 16 | 27 | | 9/27/2010 |
| 24 | 22B169806 | 7/11/2010 | 8/16/2010 | 12/3/2010 | | 109 | x | | | Saul Weingardern | | Weiner & Assoc | PT | | 31 | 31 | 31 | 28 | 17 | 30 | | 9/27/2010 |
| 25 | 22003T586 | 7/19/2010 | 8/24/2010 | 9/9/2010 | | 16 | x | | | | | | OT | | 6 | 6 | 6 | 6 | 4 | 6 | 6 | 10/15/2010 |
| 26 | 22B173208 | 7/19/2010 | 8/24/2010 | 9/9/2010 | 8/19/2010 | 16 | | | | Paul Petre | | Weiner & Assoc | OT | | 6 | 6 | 6 | 6 | 4 | 6 | 6 | 11/11/2010 |
| 27 | 22B185061 | 8/20/2010 | 8/30/2010 | 10/6/2010 | | 37 | | Get Well | Medical Evaluations | James Beale | x | Other | PT | | 12 | 12 | | 12 | 12 | 12 | 23 | 11/23/2010 |
| 28 | 22B173208 | 7/19/2010 | 9/10/2010 | 10/1/2010 | 8/19/2010 | 21 | x | Get Well | Medical Evaluations | James Beale | | Weiner & Assoc | OT | | 3 | 2 | 3 | 3 | 2 | 2 | 3 | 11/11/2010 |
| 29 | 22K360543 | 9/1/2010 | 10/5/2010 | 3/25/2011 | 9/22/2010 | 171 | x | Get Well | Choice House Call | Martin Quiroga | x | Ravid & Assoc | PT/OT | x | 60 | 59 | 59 | 59 | 57 | 59 | 88 | 12/13/2010 |
| 30 | 22K360544 | 9/1/2010 | 10/5/2010 | 4/8/2011 | | 185 | x | Get Well | Choice House Call | Martin Quiroga | x | Ravid & Assoc | PT/OT | | 58 | 58 | 58 | 58 | 51 | 46 | 48 | 1/6/2011 |
| 31 | 22C405855 | 10/16/2010 | 11/2/2010 | 4/6/2011 | 10/27/2010 | 155 | x | Get Well | Choice House Call | Martin Quiroga | x | Wigod Falzon | PT/OT | x | 31 | 30 | 31 | 30 | 21 | 28 | 17 | 2/3/2011 |
| 32 | 22C418592 | 11/7/2010 | 11/17/2010 | 12/23/2010 | 11/12/2010 | 36 | | | | Tete Oniango | x | Wigod Falzon | OT | | 15 | 15 | 15 | 15 | 10 | 14 | 15 | 12/28/2010 |
| 33 | 22C415636 | 11/10/2010 | 12/10/2010 | 2/25/2011 | 2/16/2011 | 77 | | | | Saul Weingarden | x | Wigod Falzon | PT | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 2/25/2011 |
| 34 | 22C422110 | 11/30/2010 | 12/21/2010 | 9/26/2011 | 4/7/2011 | 279 | x | | Medical Evaluations | James Beale | x | Wigod Falzon | PT/OT | x | 67 | 66 | 66 | 66 | 58 | 66 | 49 | 3/8/2011 |
| 35 | 22005M306 | 1/15/2011 | 1/26/2011 | 4/22/2011 | 3/10/2011 | 86 | | | Medical Evaluations | James Beale | | Other | PT | | 30 | 29 | 29 | 29 | 24 | 26 | | 2/15/2011 |
| 36 | 22C446086 | 1/8/2011 | 2/4/2011 | 4/21/2011 | 3/30/2011 | 76 | | | | Syed Raoof | x | Ravid & Assoc | PT | | 34 | 34 | 34 | 31 | 29 | 31 | | 4/11/2011 |
| 37 | 22K360674 | 2/22/2011 | 3/21/2011 | 9/22/2011 | 3/10/2011 | 185 | x | Get Well | Medical Evaluations | James Beale | x | Ravid & Assoc | OT | | 53 | 52 | 52 | 53 | 37 | 52 | 29 | 6/21/2011 |
| 38 | 22K360732 | 3/15/2011 | 3/25/2011 | 4/19/2012 | 3/24/2011 | 391 | x | Get Well | Medical Evaluations | James Beale | | Wigod Falzon | PT/OT | | 59 | 57 | 50 | 57 | 31 | 49 | 19 | 7/21/2011 |
| 39 | 22C449680 | 3/7/2011 | 3/30/2011 | 5/27/2011 | 3/23/2011 | 58 | | | | Syed Raoof | x | None | PT/OT | x | 14 | 13 | 13 | 13 | 9 | 11 | 11 | 5/6/2011 |
| 40 | 22C450882 | 3/13/2011 | 4/6/2011 | 10/11/2011 | 4/4/2011 | 188 | x | Get Well | Medical Evaluations | James Beale | x | Scott Rizen | OT | | 51 | 51 | 51 | 49 | 25 | 49 | 25 | 6/27/2011 |
| 41 | 22072K097 | 4/3/2011 | 4/20/2011 | 5/12/2012 | 4/13/2011 | 388 | | | Get Well | | Syed Raoof | x | Ravid & Assoc | PT/OT | x | 12 | 12 | 12 | 12 | 9 | 11 | 18 | 8/29/2011 |
| 42 | 22013Z996 | 4/22/2011 | 2/26/2011 | 6/1/2011 | 4/27/2011 | 95 | x | Get Well | | Syed Raoof | | Other | PT/OT | x | 13 | 12 | 13 | 11 | 10 | 11 | 11 | 5/23/2011 |
| 43 | 22012H896 | 4/10/2011 | 5/2/2011 | 5/13/2011 | 4/13/2011 | 11 | | Get Well | | Syed Raoof | | Other | PT/OT | x | 6 | 6 | | 6 | 3 | 6 | 6 | 6/21/2011 |
| 44 | 22051L289 | 4/27/2011 | 5/24/2011 | 10/7/2011 | 5/18/2011 | 136 | x | Family Care Transport | | Syed Raoof | x | None | PT/OT | | 34 | 34 | 34 | 34 | 25 | 34 | 20 | 9/7/2011 |

Exhibit 1 - Pointe PT Appendix

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | Massage or Man. Therapy | Ther. Exercise | U/S | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 22066D963 | 8/1/2011 | 8/11/2011 | 10/18/2012 | 8/9/2011 | 444 | x | City to City | Medical Evaluations | James Beale | x | Kevin Geer | PT/OT | | 19 | 13 | 13 | 10 | 10 | 12 | 12 | 1/14/2012 |
| 46 | 22K360796 | 4/13/2011 | 8/22/2011 | 9/21/2011 | 4/28/2011 | 30 | x | Get Well | Medical Evaluations | James Beale | | Wigod Falzon | PT | | 5 | 5 | 5 | 5 | 5 | 5 | | 11/2/2011 |
| 47 | 22035F861 | 8/4/2011 | 9/26/2011 | 9/26/2011 | 9/22/2011 | 1 | x | Get Well | Medical Evaluations | James Beale | | Other | PT | | 1 | 1 | 1 | | | | | 12/17/2011 |
| 48 | 22029C129 | 7/21/2011 | 10/11/2011 | 1/11/2012 | 9/14/2011 | 92 | x | | | N Zukoor | | Other | OT | | 41 | 40 | 40 | 39 | 39 | 39 | 39 | 11/30/2011 |
| 49 | 22061D679 | 11/16/2011 | 11/23/2011 | 7/26/2012 | 11/17/2011 | 252 | x | | Medical Evaluations | James Beale | x | Scott Rizen | PT/OT | x | 59 | 50 | 50 | 50 | 46 | 49 | 49 | 1/23/2012 |
| 50 | 22010J933 | 2/25/2011 | 11/30/2011 | 11/30/2011 | 4/20/2011 | 1 | x | Get Well / Transport Us | | Nidal Jaboor/ Syed Raoof | x | None | OT | | 1 | 1 | 1 | | 1 | | 1 | 12/17/2011 |
| 51 | 22124V176 | 1/9/2012 | 1/13/2012 | 5/3/2012 | | 111 | x | Get Well | Medical Evaluations | Irwin Lutwin | x | Other | PT | | 25 | 25 | 25 | | 24 | | | 8/21/2012 |
| 52 | 22074F816 | 12/28/2011 | 1/18/2012 | 1/20/2012 | 1/18/2012 | 2 | x | | | Nidal Jaboor | x | None | PT/OT | x | 3 | 1 | 1 | 1 | | 1 | | 9/7/2012 |
| 53 | 22204S545 | 1/7/2012 | 2/6/2012 | 2/6/2012 | | 1 | | | Medical Evaluations | James Beale | | None | PT | | 1 | 1 | 1 | | | | | 2/7/2013 |
| 54 | 22R42074 | 2/11/2012 | 2/14/2012 | 6/1/2012 | 2/21/2012 | 108 | x | Premier Transportation | Medical Evaluations | James Beale | x | Scott Rizen | PT/OT | x | 23 | 18 | 18 | 17 | 16 | 17 | | 6/13/2012 |
| 55 | 22100W421 | 2/3/2012 | 2/10/2012 | 7/19/2012 | 2/10/2012 | 160 | x | Get Well | Medical Evaluations | Irwin Lutwin | x | Other | PT/OT | x | 44 | 44 | 44 | 42 | 40 | 42 | 35 | 7/16/2012 |
| 56 | 22096X718 | 2/29/2012 | 3/19/2012 | 8/21/2012 | 3/7/2012 | 174 | x | | | Nidal Jaboor | x | Wigod Falzon | PT/OT | x | 49 | 44 | 44 | 44 | 39 | 44 | 19 | 3/29/2012 |
| 57 | 22129G957 | 5/9/2012 | 5/9/2012 | 10/17/2012 | | 161 | x | Get Well | | Saul Weingarden | x | Other | PT | | 33 | 21 | 21 | 21 | 18 | 19 | | 10/19/2012 |
| 58 | 22129G957 | 5/9/2012 | 5/9/2012 | 11/1/2012 | | 176 | x | | | Saul Weingarden | x | Other | PT | | 30 | 18 | 18 | 18 | 15 | 17 | | 9/4/2012 |
| 59 | 22131D513 | 5/14/2012 | 5/14/2012 | 10/11/2012 | 6/1/2012 | 150 | x | Get Well | Medical Evaluations | Irwin Lutwin / James Beale | x | Other | PT | | 67 | 57 | 57 | 64 | 54 | 53 | | 10/16/2012 |
| 60 | 22134M961 | 5/21/2012 | 5/21/2012 | 8/31/2012 | | 102 | x | Get Well | | Aida Khalil | x | None | PT | | 38 | 31 | 26 | 34 | 23 | 33 | | 8/28/2012 |
| 61 | 22136K404 | 5/25/2012 | 6/20/2012 | 10/18/2012 | | 120 | x | | | Aida Khalil | | Wigod Falzon | PT | | 29 | 29 | 29 | 27 | 18 | 28 | | 8/31/2012 |
| 62 | 22179S708 | 6/30/2012 | 7/12/2012 | 12/28/2012 | | 120 | x | Dependable | | Aida Khalil | x | Wigod Falzon | PT | | 44 | 44 | 44 | 43 | 36 | 27 | | 8/30/2012 |
| 63 | 2219M406 | 4/14/2012 | 8/2/2012 | 8/17/2012 | | 15 | x | Get Well | | Aida Khalil | | Other | PT | | 7 | 7 | 5 | 6 | 6 | 4 | | 12/18/2012 |
| 64 | 22169T632 | 7/28/2012 | 8/8/2012 | 11/20/2012 | | 104 | x | Get Well | | Irwin Lutwin | | Other | PT | | 31 | 31 | 31 | 30 | 24 | 30 | | 12/18/2012 |
| 65 | 22179S436 | 8/5/2012 | 8/13/2012 | 12/6/2012 | | 115 | x | Get Well | | Aida Khalil | | Other | PT | | 32 | 32 | 32 | 12 | 26 | 29 | | 11/8/2012 |
| 66 | 22169P175 | 7/27/2012 | 8/30/2012 | 12/14/2012 | 11/29/2011 | 64 | x | Get Well | Medical Evaluations | James Beale | x | None | PT | | 35 | 34 | 35 | 34 | 30 | 34 | | 9/24/2012 |
| 67 | 22198G947 | 10/5/2012 | 10/9/2012 | 1/10/2013 | | 31 | x | Get Well | | James Beale | x | Other | PT | | 21 | 21 | 21 | 20 | 14 | 21 | | 11/2/2012 |
| 68 | 221P90742 | 10/5/2012 | 10/9/2012 | 2/20/2013 | 10/9/2012 | 30 | x | Get Well | | Aida Khalil/ James Beale | x | Wigod Falzon | PT | | 50 | 50 | 50 | 42 | 47 | 38 | | 11/10/2012 |
| 69 | 22198Z931 | 10/6/2012 | 10/17/2012 | 10/30/2012 | 10/10/2012 | 13 | | | | Nidal Jaboor | x | Kevin Geer | PT | | 7 | 7 | 7 | 5 | 4 | 5 | | 11/3/2012 |
| 70 | 22199L695 | 10/9/2012 | 10/18/2012 | 2/20/2013 | 12/12/2012 | 7 | x | Get Well | | Nidal Jaboor | x | None | PT | | 54 | 54 | 54 | 53 | 44 | | | 11/2/2012 |
| 71 | 22224P768 | 10/8/2012 | 10/22/2012 | 3/21/2013 | | 150 | x | Get Well | | Aida Khalil | x | Other | PT | | 35 | 35 | 35 | 33 | 32 | 26 | | 1/30/2013 |
| 72 | 22224Q892 | 10/25/2012 | 11/8/2012 | 12/14/2012 | | 36 | x | Priority Transport | Medical Evaluations | James Beale | x | Other | PT | | 11 | 11 | 11 | 10 | 6 | 10 | | 11/17/2012 |
| 73 | 22234M962 | 12/29/2012 | 1/25/2013 | 3/7/2013 | | 41 | x | Get Well | | | | Other | PT | | 10 | 10 | 6 | 9 | 3 | 8 | | 2/13/2013 |
| 74 | 22251T168 | 2/16/2013 | 2/19/2013 | 5/9/2013 | | 79 | x | Transport Us | Medical Evaluations | James Beale | x | Other | PT | | 36 | 36 | 36 | 35 | 33 | 31 | | 5/3/2013 |
| 75 | 22282D654 | 2/17/2013 | 2/19/2013 | 3/15/2013 | | 24 | x | | | James Beale | | Other | PT | | 7 | 7 | 7 | 6 | 4 | 6 | | 8/13/2013 |
| 76 | 22353T437 | 3/3/2013 | 3/15/2013 | 7/19/2013 | | 126 | x | Transport Us | | Ghassan Rifai | | Wigod Falzon | PT | | 53 | 53 | 53 | 46 | 49 | 37 | | 6/11/2013 |
| 77 | 22268F831 | 3/11/2013 | 3/18/2013 | 5/24/2013 | | 67 | x | Transport Us | | Ghassan Rifai | | Other | PT | | 21 | 19 | 19 | 18 | 18 | 19 | | 4/11/2013 |
| 78 | 22264B477 | 3/15/2013 | 3/21/2013 | 6/14/2013 | | 85 | x | Get Well | Medical Evaluations | James Beale | x | Other | PT | | 36 | 36 | 36 | 32 | 32 | 21 | | 4/11/2013 |
| 79 | 22264B477 | 3/15/2013 | 3/21/2013 | 6/20/2013 | | 91 | x | Get Well | Medical Evaluations | James Beale | x | Other | PT | | 40 | 40 | 40 | 32 | 35 | 21 | | 4/23/2013 |
| 80 | 22228G773 | 12/14/2012 | 4/8/2013 | 5/22/2013 | | 44 | x | Get Well | | Louis Radden / Christopher McNeil | x | Other | PT | | 20 | 18 | 19 | 13 | 17 | | | 5/22/2013 |
| 81 | 22228G773 | 12/14/2012 | 4/8/2013 | 5/16/2013 | | 38 | x | Get Well | | Louis Radden / Christopher McNeil / Tariq Awan | x | Other | PT | | 16 | 15 | 15 | 13 | 14 | 5 | | 5/22/2013 |
| 82 | 22336P795 | 3/27/2013 | 4/10/2013 | 7/17/2013 | | 98 | x | Get Well | | Ghassan Rifai | | None | PT | | 39 | 39 | | 38 | 35 | 35 | | 9/10/2013 |
| 83 | 22294B625 | 4/5/2013 | 4/16/2013 | 5/10/2013 | | 24 | x | Get Well | | Ghassan Rifai | x | Other | PT | | 9 | 9 | 9 | 8 | 5 | 8 | | 6/6/2013 |
| 84 | 22274T380 | 4/7/2013 | 4/17/2013 | 7/26/2013 | | 100 | x | Get Well | Medical Evaluations | Ghassan Rifai | x | Other | PT | | 38 | 38 | 38 | 28 | 24 | 16 | | 5/22/2013 |
| 85 | 22268F831 | 3/11/2013 | 5/7/2013 | 5/21/2013 | | 14 | x | Transport Us | | Ghassan Rifai | | Other | PT | | 3 | 3 | 3 | 3 | 3 | | | 6/11/2013 |
| 86 | 22281N424 | 4/18/2013 | 6/11/2013 | 6/19/2013 | | 8 | x | Get Well | | James Beale / Nidal Jboor | x | None | PT | | 3 | 3 | 3 | 2 | | 2 | | 8/13/2013 |
| 87 | 22314X837 | 7/5/2013 | 7/12/2013 | 8/9/2013 | | 28 | x | Get Well | | Nidal Jboor | x | None | PT | | 10 | 10 | | 3 | 8 | | | 8/26/2013 |

**Exhibit 1 - Pointe PT Appendix**

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | Massage or Man. Therapy | Ther. Exercise | U/S | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 2221P8739 | 7/8/2013 | 7/17/2013 | 9/23/2013 | | 68 | x | | | Nidal Jboor | x | None | PT | | 9 | 8 | 8 | | 5 | 7 | | 8/13/2013 |
| 89 | 22347W171 | 7/6/2013 | 7/29/2013 | 11/7/2013 | | 101 | x | Get Well | | Nidal Jboor | x | None | PT | | 37 | 34 | 34 | 10 | 31 | 25 | | 10/8/2013 |
| 90 | 22328G697 | 7/27/2013 | 8/5/2013 | 11/8/2013 | | 95 | x | | | Nidal Jboor | x | None | PT | | 20 | 18 | 18 | 14 | 13 | | | 8/26/2013 |
| 91 | 22331X557 | 8/14/2013 | 8/21/2013 | 10/18/2013 | | 58 | x | Get Well | Medical Evaluations | Martin Bloda | x | Other | PT | | 26 | 26 | 26 | 8 | 21 | 15 | | 8/26/2013 |
| 92 | 22331X557 | 8/14/2013 | 8/21/2013 | 9/6/2013 | | 16 | x | Get Well | Medical Evaluations | Martin Bloda | x | Other | PT | | 20 | 20 | 20 | 12 | 13 | 18 | | 9/10/2013 |
| 93 | 22335S291 | 8/21/2013 | 8/27/2013 | 10/24/2013 | | 58 | x | Get Well | Medical Evaluations | Martin Bloda | x | Other | PT | | 38 | 38 | 34 | 23 | 34 | 30 | | 10/8/2013 |
| 94 | 22335S291 | 8/21/2013 | 8/27/2013 | 11/7/2013 | | 72 | x | Get Well | Medical Evaluations | Martin Bloda | x | Other | PT | | 39 | 39 | 25 | 20 | 31 | 22 | | 9/10/2013 |
| 95 | 222Z87126 | 8/26/2013 | 9/3/2013 | 10/16/2013 | | 43 | x | Get Well | | Nidal Jboor | x | None | PT | | 20 | 17 | 17 | 18 | 15 | | | 9/25/2013 |
| 96 | 223C10569 | 9/10/2013 | 9/16/2013 | 10/3/2013 | | 17 | x | Get Well | | Nidal Jboor | | Other | PT | | 24 | 12 | 12 | 9 | 17 | 11 | | 10/8/2013 |
| 97 | 2223G1690 | 8/14/2013 | 9/23/2013 | 10/18/2013 | | 25 | x | Get Well | Medical Evaluations | James Beale | x | None | PT | | 11 | 11 | 11 | 9 | 10 | 8 | | 10/8/2013 |
| 98 | 22325K666 | 7/3/2013 | 9/30/2013 | 11/6/2013 | | 37 | x | Get Well | | Vince Rampersaud / Nidal Jboor | x | None | PT | | 25 | 25 | 25 | 20 | 24 | 20 | | 11/11/2013 |