*Exhibit 2*

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | U/S | Massage or Man. Therapy | Ther. Exercise | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 22A823177 | 12/14/2007 | 3/31/2008 | 3/9/2009 | | 515 | x | | | Larry Pack | | Kevin Geer | PT | | 3 | 3 | 3 | 3 | 1 | 3 | | 12/12/2008 |
| 100 | 22A756886 | 12/12/2007 | 12/13/2007 | 9/11/2008 | | 273 | x | Transport Us | Mundy Pain Clinic | Sean Hoban | x | Kevin Geer | PT | | 93 | 93 | 92 | 93 | 78 | 93 | | 4/2/2008 |
| 101 | 22K359522 | 11/6/2007 | 12/14/2007 | 5/30/2008 | | 168 | | | | Sean Hoban | | None | PT | | 3 | 2 | 2 | 2 | | 2 | | Missing |
| 102 | 22A759905 | 12/18/2007 | 1/15/2008 | 4/11/2008 | | 87 | x | Transport Us | | Eugene Chardoul | x | Kevin Geer | PT | | 2 | 2 | 2 | 1 | 2 | 2 | | 4/23/2008 |
| 103 | 22A764548 | 12/29/2007 | 2/6/2008 | 12/10/2008 | | 996 | x | Transport Us | Mundy Pain Clinic | Eugene Chardoul/ Ram Gunabalan | x | Kevin Geer | PT | | 78 | 78 | 78 | 75 | 21 | 78 | | 3/30/2008 |
| 104 | 22A670362 | 5/24/2007 | 2/8/2008 | 7/31/2008 | | 174 | x | Transport Us | | Sean Hoban | x | Kevin Geer | PT | | 32 | 31 | 31 | 21 | 29 | 32 | | 3/30/2008 |
| 105 | 22A782906 | 2/8/2008 | 2/8/2008 | 7/1/2009 | | 509 | x | Transport Us | | Sean Hoban | x | Ron Puzio | PT | | 153 | 133 | 133 | 126 | 123 | 133 | | 5/17/2008 |
| 106 | 22A781941 | 2/6/2008 | 2/19/2008 | 5/14/2012 | | 1546 | x | Transport Us | | Sean Hoban | x | Ron Puzio | PT | | 78 | 64 | 64 | 31 | 50 | 65 | | 3/30/2008 |
| 107 | 22K359552 | 2/8/2008 | 2/19/2008 | 8/11/2008 | | 1206 | x | Transport Us | | Sean Hoban | x | Kevin Geer | PT | | 66 | 66 | 61 | 54 | 42 | 57 | | 6/2/2008 |
| 108 | 22A780510 | 2/2/2008 | 2/21/2008 | 7/16/2009 | | 511 | x | Transport Us | | Sean Hoban | x | Kevin Geer | PT | | 50 | 13 | 9 | 3 | 5 | 8 | | 3/25/2008 |
| 109 | 22A780510 | 2/2/2008 | 2/21/2008 | 7/31/2008 | | 161 | x | Transport Us | Mundy Pain Clinic | Sean Hoban/ Ram Gunabalan | x | Kevin Geer | PT | | 27 | 22 | 22 | 20 | 12 | 21 | | 3/25/2008 |
| 110 | 22A670362 | 5/24/2007 | 2/22/2008 | 7/8/2008 | | 137 | | | | Sean Hoban | x | Kevin Geer | PT | | 25 | 21 | 21 | 21 | 10 | 21 | | 4/21/2008 |
| 111 | 22A795092 | 3/3/2008 | 3/5/2008 | 9/8/2008 | | 187 | x | Transport Us | | Sean Hoban | | Other | PT | | 72 | 67 | 65 | 49 | 59 | 66 | | 4/29/2008 |
| 112 | 22K359621 | 3/14/2008 | 3/14/2008 | 11/10/2008 | | 241 | x | Transport Us | | Sean Hoban/ Eugene Chardoul | x | Ravid & Associates | PT | | 49 | 37 | 37 | 37 | 14 | 37 | | 8/27/2008 |
| 113 | 22A798218 | 3/6/2008 | 4/1/2008 | 10/9/2011 | | 1031 | x | Transport Us | | Sean Hoban | x | Ron Puzio | PT | | 31 | 31 | 31 | 23 | 18 | 31 | | 5/1/2008 |
| 114 | 22K359580 | 3/22/2008 | 4/21/2008 | 10/23/2008 | | 292 | x | Transport Us | | Sean Hoban | x | Ravid & Associates | PT | | 5 | 4 | 3 | 3 | 4 | 4 | | 7/2/2008 |
| 115 | 22A824299 | 5/10/2008 | 6/12/2008 | 12/11/2008 | | 182 | x | Transport Us | | Sean Hoban | x | Ravid & Associates | PT | | 23 | 17 | 17 | 7 | 10 | 16 | | 7/25/2008 |
| 116 | 22K359893 | 6/1/2008 | 7/30/2008 | 4/22/2009 | | 266 | | Transport Us | | Sean Hoban | x | Other | PT | | 27 | 25 | 18 | 23 | 22 | 26 | | 4/7/2009 |
| 117 | 22V962712 | 5/7/2003 | 8/28/2008 | 4/13/2009 | | 228 | | Transport Us | Mundy Pain Clinic | Rama D. Rao | x | Other | PT | | 10 | 9 | 9 | 3 | 9 | 9 | | 10/28/2008 |
| 118 | 22A869596 | 8/11/2008 | 9/11/2008 | 6/25/2009 | | 287 | x | Transport Us | | Sean Hoban | x | Ron Puzio | PT | | 57 | 51 | 51 | 51 | 51 | 50 | | 12/26/2008 |
| 119 | 22A886846 | 9/5/2008 | 9/18/2008 | 12/8/2008 | | 81 | x | Transport Us | | Sean Hoban | x | None | PT | | 4 | | | | | | | 11/9/2009 |
| 120 | 22K359699 | 7/26/2008 | 9/25/2008 | 11/26/2008 | | 62 | x | | | Sean Hoban | x | Ravid & Associates | PT | | 18 | 16 | 15 | 15 | 15 | 14 | | 12/26/2008 |
| 121 | 22A893348 | 10/9/2008 | 10/9/2008 | 12/4/2008 | | 56 | | | | Sean Hoban | x | None | PT | | 3 | 1 | 1 | | 1 | | | 6/10/2009 |
| 122 | 22A898459 | 10/21/2008 | 10/21/2008 | 9/21/2011 | | 1065 | x | Transport Us | | Sean Hoban | x | Other | PT | | 57 | 53 | 53 | 53 | 53 | 50 | | 5/18/2009 |
| 123 | 22A914767 | 11/3/2008 | 12/1/2008 | 6/16/2009 | | 197 | x | Transport Us | | Eugene Chardoul | x | Other | PT | | 62 | 50 | 51 | 51 | 51 | 50 | | 5/11/2009 |
| 124 | 22K359794 | 11/24/2008 | 12/23/2008 | 3/12/2010 | | 444 | x | Transport Us / NEM Transport | | Sean Hoban | x | Ravid & Associates | PT | | 61 | 47 | 46 | 47 | 47 | 45 | | 4/29/2009 |
| 125 | 22A912563 | 11/22/2008 | 12/31/2008 | 7/1/2009 | | 682 | x | Transport Us | | Sean Hoban | x | Other | PT | | 65 | 64 | 62 | 64 | 65 | 63 | | 5/12/2009 |
| 126 | 22A931736 | 1/1/2009 | 1/1/2009 | 8/11/2009 | | 222 | | Transport Us | | Sean Hoban | x | Other | PT | | 72 | 61 | 62 | 62 | 62 | 61 | | 8/24/2009 |
| 127 | 22K359966 | 11/29/2008 | 1/5/2009 | 7/5/2009 | | 181 | x | Transport Us | | Sean Hoban | | Other | PT | | 61 | 53 | 53 | 53 | 53 | 52 | | 9/4/2009 |
| 128 | 22A945975 | 1/22/2009 | 1/22/2009 | 8/13/2009 | | 203 | x | Transport Us | Mundy Pain Clinic | Sean Hoban/ Andrew Ruden | x | Ravid & Associates | PT | | 76 | 66 | 65 | 67 | 67 | 66 | | 4/23/2009 |
| 129 | 22K359864 | 12/19/2008 | 2/5/2009 | 6/16/2009 | | 131 | x | Transport Us | | Sean Hoban | | Ravid & Associates | PT | | 28 | 24 | 24 | 24 | 24 | 23 | | 8/24/2009 |
| 130 | 22K359979 | 2/23/2009 | 3/12/2009 | 4/30/2009 | | 49 | | | | Sean Hoban | x | None | PT | | 15 | 14 | 14 | 14 | 14 | 13 | | 10/21/2009 |
| 131 | 22A958514 | 2/25/2009 | 3/30/2009 | 8/14/2009 | | 137 | | | | Sean Hoban | x | Other | PT | | 12 | 8 | 8 | 8 | 8 | 8 | | 1/13/2010 |
| 132 | 22B024314 | 3/5/2009 | 3/30/2009 | 6/24/2009 | | 86 | | Transport Us | | Sean Hoban | x | Other | PT | | 11 | 8 | 8 | 8 | 8 | 7 | | 8/14/2009 |
| 133 | 22B024314 | 3/5/2009 | 4/2/2009 | 7/11/2009 | | 100 | | Transport Us | | Sean Hoban | | Other | PT | | 9 | 7 | 7 | 7 | 5 | 6 | | 8/14/2009 |
| 134 | 59A225699 | 4/10/2009 | 4/11/2009 | 8/13/2010 | | 489 | x | Transport Us | | Sean Hoban | x | Other | PT | | 40 | 35 | 35 | 34 | 36 | 36 | | 10/20/2009 |
| 135 | 22A948948 | 2/1/2009 | 5/21/2009 | 7/2/2009 | | 42 | | Transport Us | | Sean Hoban | x | Other | PT | | 7 | 6 | 6 | 6 | 5 | 4 | | 12/24/2009 |
| 136 | 22A987235 | 5/8/2009 | 6/4/2009 | 9/18/2009 | | 106 | x | Transport Us | | Sean Hoban | | Other | PT | | 29 | 23 | 23 | 23 | 23 | 23 | | 8/24/2009 |
| 137 | 22K360023 | 5/24/2009 | 6/9/2009 | 8/6/2009 | | 58 | x | Transport Us | | Sean Hoban/Schoolfield | | Ravid & Associates | PT | | 14 | 12 | 12 | 12 | 12 | 11 | | 10/27/2009 |
| 138 | 22K360118 | 5/18/2009 | 6/29/2009 | 1/3/2011 | | 553 | x | Transport Us | Mundy Pain Clinic | Andrew Ruden | | Ravid & Associates | PT | | 17 | 15 | 15 | 15 | 15 | 14 | | 1/12/2010 |
| 139 | 22B000112 | 6/9/2009 | 7/23/2009 | 9/24/2009 | | 63 | | Transport Us | | Eugene Chardoul | x | Ron Puzio | PT | | 18 | 18 | 18 | 17 | 18 | 18 | | 6/22/2010 |
| 140 | 22B023938 | 8/10/2009 | 8/10/2009 | 4/8/2010 | | 241 | | | | Sean Hoban | x | None | PT | | 26 | 22 | 22 | 10 | 21 | 20 | | 11/7/2009 |
| 141 | 22B120010 | 1/12/2010 | 2/21/2010 | 8/11/2010 | | 171 | x | | | Terry Reznick | x | Weiner & Assoc | PT | | 20 | 12 | 12 | 12 | 12 | 3 | | 7/1/2010 |

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | U/S | Massage or Man. Therapy | Ther. Exercise | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | 22K360278 | 2/25/2010 | 2/25/2010 | 10/15/2010 | | 232 | x | Transport Us | | Terry Reznick/ Martin Quiroga | x | Ravid & Associates | PT | | 25 | 23 | 23 | | 23 | 22 | | 7/2/2010 |
| 143 | 22C415989 | 3/8/2010 | 3/25/2010 | 6/14/2010 | | 81 | | Transport Us | | Terry Reznick | | Ravid & Associates | PT | | 7 | 4 | 4 | 4 | 4 | 1 | | 3/16/2011 |
| 144 | 22B141543 | 4/23/2010 | 5/10/2010 | 9/22/2011 | | 500 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | None | PT | | 52 | 52 | 52 | 52 | 52 | | | 5/25/2010 |
| 145 | 22B149710 | 5/18/2010 | 6/18/2010 | 10/22/2010 | 10/26/2010 | 126 | x | | Mundy Pain Clinic | Martin Quiroga | x | Other | PT | | 24 | 24 | 23 | 23 | 23 | 6 | | 5/25/2010 |
| 146 | 22B142211 | 4/27/2010 | 3/23/2010 | 7/30/2011 | 10/26/2010 | 494 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga/ Andrew Ruden | x | Ravid & Associates | PT/OT | x | 110 | 87 | 109 | 66 | 87 | 78 | 37 | 6/9/2010 |
| 147 | 22B149519 | 5/17/2010 | 4/11/2011 | 6/7/2012 | 2/8/2011 | 485 | x | Transport Us | Mundy Pain Clinic | Andrew Ruden/ Awaisi | x | Wigod Falzon | PT/OT | x | 29 | 11 | 11 | 11 | 8 | 7 | 18 | 1/3/2011 |
| 148 | 22C444670 | 2/20/2011 | 2/28/2011 | 7/13/2012 | 6/21/2011 | 501 | x | Transport Us | Mundy Pain Clinic | James Beale | x | Wigod Falzon | PT | | 4 | 3 | | | 3 | | | 5/2/2012 |
| 149 | 22C449799 | 3/8/2011 | 3/8/2011 | 5/2/2012 | 4/7/2011 | 421 | x | Transport Us | Mundy Pain Clinic | Sean Hoban/ Terry Reznick | x | Wigod Falzon | PT/OT | x | 106 | 80 | 85 | 59 | 80 | 73 | 21 | 1/3/2011 |
| 150 | 22K360769 | 4/2/2011 | 4/12/2011 | 12/23/2011 | 4/12/2011 | 255 | x | Transport Us | Mundy Pain Clinic | Sean Hoban/ Terry Reznick | x | Wigod Falzon | PT/OT | | 24 | 20 | 20 | 3 | 20 | 16 | | 11/11/2010 |
| 151 | 22012N185 | 4/6/2011 | 4/6/2011 | 12/28/2011 | 4/19/2011 | 266 | x | | Mundy Pain Clinic | Sean Hoban / Martin Quiroga | x | Other | PT/OT | x | 47 | 36 | 36 | 16 | 36 | 6 | 16 | 11/11/2010 |
| 152 | 22010T773 | 3/27/2011 | 4/14/2011 | 5/26/2011 | 5/3/2011 | 42 | x | | Mundy Pain Clinic | Sean Hoban | x | Scott Rizen | PT/OT | x | 16 | 16 | 16 | 14 | 13 | 8 | 5 | 1/3/2011 |
| 153 | 22016R305 | 5/10/2011 | 5/26/2011 | 6/28/2011 | | 33 | x | | | Tarik Wasfie | x | Wigod Falzon | PT | | 6 | 6 | 6 | 6 | 6 | | | 1/3/2011 |
| 154 | 22016C997 | 5/6/2011 | 5/26/2011 | 10/6/2011 | 6/16/2011 | 133 | x | | | Tarik Wasfie | | Wigod Falzon | PT/OT | x | 18 | 11 | 11 | 8 | 11 | | | 11/11/2010 |
| 155 | 22020C547 | 5/30/2011 | 6/20/2011 | 12/1/2011 | 10/13/2011 | 388 | x | Transport Us | | Tarik Wasfie/ Terry Reznick | x | Other | PT/OT | x | 74 | 65 | 65 | 56 | 65 | 61 | 15 | 9/19/2011 |
| 156 | 22020N109 | 6/4/2011 | 6/21/2011 | 7/26/2011 | | 35 | x | | | Tarik Wasfie | | Wigod Falzon | PT | | 14 | 11 | 11 | 11 | 11 | | | 6/3/2011 |
| 157 | 22051S147 | 6/13/2011 | 6/29/2011 | 12/20/2011 | 6/29/2011 | 174 | x | | | David Zukkoor | | Other | PT/OT | | 8 | 5 | 5 | 5 | 5 | 5 | 5 | 11/11/2010 |
| 158 | 220C95289 | 6/10/2011 | 6/10/2011 | 9/25/2011 | 6/24/2011 | 107 | | | | Syed Raoof | x | None | PT/OT | x | 7 | 6 | 6 | 6 | 6 | 2 | 5 | 6/3/2011 |
| 159 | 22C457642 | 5/9/2011 | 5/9/2011 | 6/15/2012 | 8/5/2011 | 403 | x | Transport Us | | Frederick Lewerenz/ Terry Reznick | x | None | PT/OT | x | 46 | 27 | 27 | | 27 | 26 | 20 | 11/11/2010 |
| 160 | 22035F930 | 8/19/2011 | 9/1/2011 | 11/5/2011 | 9/1/2011 | 65 | x | | | Terry Reznick | x | None | OT | | 45 | 44 | 44 | 26 | 44 | 44 | 7 | 11/11/2010 |
| 161 | 22035F930 | 8/19/2011 | 8/25/2011 | 12/28/2011 | 8/25/2011 | 125 | x | | | Terry Reznick | x | None | PT/OT | x | 52 | 49 | 49 | 31 | 49 | 43 | 1 | 9/19/2011 |
| 162 | 22077X633 | 8/19/2011 | 9/1/2011 | 12/22/2011 | 9/1/2011 | 112 | x | | | Terry Reznick | x | None | PT/OT | | 47 | 44 | 44 | 26 | 43 | 44 | 7 | 11/11/2010 |
| 163 | 22053G386 | 10/24/2011 | 10/27/2011 | 10/31/2011 | | 4 | | | | Terry Reznick | x | None | PT | | 2 | 1 | | | | | | 9/19/2011 |
| 164 | 22027T064 | 7/12/2011 | 11/8/2011 | 5/14/2012 | 1/31/2012 | 188 | | Transport Us | | Abelardo Contreras | | Weiner & Assoc | PT | | 50 | 44 | 44 | 31 | 35 | 38 | | 1/4/2012 |
| 165 | 22061D679 | 11/16/2011 | 11/16/2011 | 3/17/2012 | 11/17/2011 | 122 | x | Get Well | Medical Evaluations | James Beale | | Scott Rizen | PT | | 4 | 3 | 3 | 3 | | | | 1/10/2012 |
| 166 | 220M49798 | 12/8/2011 | 12/8/2011 | 4/13/2012 | 1/17/2012 | 127 | | | | Abelardo Contreras | x | Wigod Falzon | PT | | 24 | 20 | 19 | 18 | 18 | 12 | | 1/28/2012 |
| 167 | 22082Q617 | 1/10/2012 | 1/17/2012 | 4/3/2012 | 1/17/2012 | 77 | | | | Abelardo Contreras | | Wigod Falzon | PT | | 15 | 11 | 10 | 8 | 11 | 3 | | 2/20/2012 |
| 168 | 220R41278 | 2/10/2012 | 2/10/2012 | 6/14/2012 | 2/16/2012 | 125 | | | Mundy Pain Clinic | Andrew Ruden | | Other | PT | | 47 | 42 | 42 | 41 | 39 | 32 | | 4/5/2012 |
| 169 | 22099Z177 | 3/6/2012 | 3/8/2012 | 5/9/2012 | 3/22/2012 | 62 | x | Transport Us | Mundy Pain Clinic | Andrew Ruden | x | Wigod Falzon | PT | | 19 | 15 | 15 | 15 | 15 | 9 | | 1/10/2012 |
| 170 | 22099Z177 | 3/6/2012 | 3/28/2012 | 4/9/2012 | | 12 | x | Transport Us | Mundy Pain Clinic | Andrew Ruden | x | Wigod Falzon | PT | | 4 | 3 | | | 3 | | | 12/26/2012 |
| 171 | 22109F408 | 4/2/2012 | 4/16/2012 | 10/20/2012 | 4/12/2012 | 191 | | | Mundy Pain Clinic | Andrew Ruden | | Wigod Falzon | PT | | 18 | 15 | 15 | 15 | | 13 | | 5/7/2012 |
| 172 | 22112M135 | 4/6/2012 | 4/23/2012 | 6/7/2012 | | 45 | | | Mundy Pain Clinic | Andrew Ruden | | Wigod Falzon | PT | | 14 | 13 | 13 | 12 | 12 | | 3 | 6/7/2012 |
| 173 | 220W69235 | 4/14/2012 | 5/8/2012 | 10/18/2012 | 5/1/2012 | 163 | | Transport Us | | Abelardo Contreras | x | Other | PT | | 53 | 53 | 52 | 29 | 60 | 42 | | 5/7/2012 |
| 174 | 22134G805 | 5/12/2012 | 5/24/2012 | 7/19/2012 | 5/24/2012 | 56 | | | Mundy Pain Clinic | Andrew Ruden | | Scott Rizen | PT | | 17 | 15 | 15 | 14 | 14 | 7 | | 7/3/2012 |
| 175 | 22143S304 | 6/10/2012 | 7/3/2012 | 7/11/2012 | | 8 | | | Mundy Pain Clinic | Andrew Ruden | x | Ravid & Associates | PT | | 4 | 4 | 4 | 3 | 3 | | | 8/13/2012 |
| 176 | 22143S304 | 6/10/2012 | 7/3/2012 | 7/11/2012 | | 8 | | | Mundy Pain Clinic | Andrew Ruden | x | Ravid & Associates | PT | | 4 | 4 | 4 | 3 | 3 | | | 8/13/2012 |
| 177 | 22167F475 | 6/30/2012 | 7/20/2012 | 12/28/2012 | 7/17/2012 | 104 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Wigod Falzon | PT | | 64 | 64 | 64 | 47 | 63 | 54 | | 8/13/2012 |
| 178 | 22168L007 | 7/30/2012 | 7/30/2012 | 10/25/2012 | 8/30/2012 | 80 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Wigod Falzon | PT | | 6 | 5 | 5 | 4 | 4 | | | 10/25/2012 |
| 179 | 22163H296 | 7/20/2012 | 8/3/2012 | 9/21/2012 | | 49 | | | | Sean Hoban / Martin Quiroga | | Wigod Falzon | PT | | 17 | 17 | 17 | 16 | 6 | 9 | | 8/13/2012 |
| 180 | 22164C917 | 7/22/2012 | 8/8/2012 | 11/16/2012 | 7/26/2012 | 57 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Ravid & Associates | PT | | 22 | 20 | 20 | 19 | 19 | 6 | | 9/10/2012 |
| 181 | 22164F480 | 7/21/2012 | 8/9/2012 | 10/29/2012 | 8/9/2012 | 63 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Wigod Falzon | PT | | 20 | 20 | 20 | 19 | 19 | 12 | | 9/12/2012 |

**Exhibit 2 - New Era Appendix**

| Rico Event | Claim Number | DOL | 1st DOS | Last DOS | OT RX | Duration of Treatment | Disability Finding | Transportation | Clinic | Referring Physician | 2 Regions of Spine | Law Firm | PT/OT | Double Billing | # of Visits | Hot Pack | E-Stim | U/S | Massage or Man. Therapy | Ther. Exercise | Self-Care | Date of Mailing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 182 | 22164F480 | 7/21/2012 | 8/15/2012 | 12/6/2012 | | 113 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Other | PT | | 48 | 48 | 48 | 35 | 47 | 39 | | 2/13/2013 |
| 183 | 22177G614 | 8/17/2012 | 9/12/2012 | 12/13/2012 | 8/30/2012 | 55 | x | | Mundy Pain Clinic | Martin Quiroga | x | Wigod Falzon | PT | | 24 | 23 | 23 | 18 | 20 | 19 | | 10/25/2012 |
| 184 | 22189Z350 | 9/17/2012 | 9/17/2012 | 12/14/2012 | 9/27/2012 | 45 | x | Transport Us | Mundy Pain Clinic | Martin Quiroga | x | Wigod Falzon | PT | | 26 | 25 | 25 | 24 | 24 | 19 | | 10/25/2012 |
| 185 | 22219D127 | 10/6/2012 | 10/15/2012 | 11/13/2012 | | 29 | | | | Sean Hoban / Samer Saqqa | | Wigod Falzon | PT | | 8 | 8 | | 8 | 7 | 1 | | 12/10/2012 |
| 186 | 22222S821 | 10/23/2012 | 11/9/2012 | 3/26/2013 | | 137 | | Transport Us | | Abelardo Contreras | x | Wigod Falzon | PT | | 35 | 35 | 35 | 34 | 26 | 27 | | 12/31/2012 |
| 187 | 22219L033 | 11/20/2012 | 12/4/2012 | 3/19/2013 | | 105 | | | | Sean Hoban | x | Other | PT | | 22 | 22 | 22 | 20 | 19 | 14 | | 1/4/2013 |
| 188 | 22223L102 | 11/30/2012 | 12/18/2012 | 5/10/2013 | | 143 | x | | | Sean Hoban | x | Other | PT | | 39 | 32 | 32 | 38 | 32 | 31 | | 1/4/2013 |
| 189 | 22226H786 | 12/9/2012 | 12/19/2012 | 4/10/2013 | | 112 | | Get Well | | Abelardo Contreras | x | Wigod Falzon | PT | | 40 | 39 | 39 | 38 | 38 | 31 | | 6/13/2013 |
| 190 | 22226H786 | 12/9/2012 | 1/9/2013 | 8/2/2013 | | 205 | x | Transport Us | Medical Evaluations | Irwin Lutwin | x | Other | PT | | 49 | 48 | 34 | 41 | 13 | 45 | | 2/11/2013 |
| 191 | 22228S372 | 12/14/2012 | 1/14/2013 | 1/23/2013 | | 9 | | | | Abelardo Contreras | x | None | PT | | 2 | 2 | 2 | 1 | 1 | | | 2/14/2013 |
| 192 | 22228S372 | 12/14/2012 | 1/16/2013 | 1/23/2013 | | 7 | | | | Abelardo Contreras | x | None | PT | | 2 | 2 | 2 | 1 | 1 | | | 10/4/2013 |
| 193 | 22291M115 | 1/8/2013 | 1/22/2013 | 6/19/2013 | | 148 | x | Transport Us | | Sean Hoban | | Other | PT | | 39 | 39 | | 37 | 11 | 33 | | 5/24/2013 |
| 194 | 22233C982 | 12/19/2012 | 1/23/2013 | 5/31/2013 | | 128 | x | Transport Us | | Abelardo Contreras | x | Other | PT | | 51 | 51 | 51 | 50 | 44 | 42 | | 4/15/2013 |
| 195 | 22223V222 | 11/26/2012 | 1/24/2013 | 2/14/2013 | | 21 | x | | | Sean Hoban | x | Other | PT | | 7 | 7 | 7 | 6 | 6 | 4 | | 2/11/2013 |
| 196 | 22226C140 | 12/9/2012 | 2/5/2013 | 2/26/2013 | | 21 | | | | Sean Hoban | x | Other | PT | | 8 | 8 | 8 | 7 | | 4 | | 4/11/2013 |
| 197 | 22261X094 | 1/29/2013 | 2/14/2013 | 4/3/2013 | | 48 | x | Transport Us | | Abelardo Contreras | | Other | PT | | 7 | 5 | 5 | 4 | 4 | 3 | | 4/11/2013 |
| 198 | 22246D723 | 2/1/2013 | 2/19/2013 | 9/11/2013 | | 204 | x | Transport Us | | Sean Hoban / Irwin Lutwin | x | Wigod Falzon | PT | | 52 | 52 | 52 | 51 | 30 | 47 | | 4/4/2013 |
| 199 | 22252S910 | 2/9/2013 | 2/20/2013 | 9/10/2013 | | 202 | x | Get Well | | Sean Hoban | x | Other | PT | | 76 | 75 | 75 | 59 | 35 | 69 | | 9/23/2013 |
| 200 | 222D49433 | 2/9/2013 | 3/6/2013 | 9/10/2013 | | 188 | x | Transport Us | | Sean Hoban / Irwin Lutwin | x | Wigod Falzon | PT | | 73 | 73 | 73 | 68 | 36 | 65 | | 4/30/2013 |
| 201 | 22226L560 | 12/8/2012 | 3/15/2013 | 7/5/2013 | | 112 | x | Transport Us | | Irwin Lutwin | x | Wigod Falzon | PT | | 20 | 18 | 18 | 17 | 17 | 12 | | 5/2/2013 |
| 202 | 22266P032 | 3/6/2013 | 3/15/2013 | 8/15/2013 | | 153 | x | Transport Us | | Sean Hoban | x | Other | PT | | 52 | 49 | 49 | 51 | 35 | 46 | | 5/24/2013 |
| 203 | 222G13017 | 3/1/2013 | 3/19/2013 | 4/11/2013 | | 23 | x | Transport Us | | Sean Hoban | x | Wigod Falzon | PT | | 5 | 5 | 5 | 4 | 4 | 3 | | 4/5/2013 |
| 204 | 22213H745 | 11/2/2012 | 4/16/2013 | 8/21/2013 | | 127 | x | Transport Us | | Sean Hoban | x | Other | PT | | 56 | 56 | 56 | 46 | | 55 | | 5/14/2013 |
| 205 | 2218N5705 | 4/19/2013 | 5/30/2013 | 6/21/2013 | | 22 | x | | | Sean Hoban | x | Other | PT | | 4 | 4 | 4 | 3 | 3 | | | 7/16/2013 |
| 206 | 22316X377 | 7/3/2013 | 7/18/2013 | 10/25/2013 | | 99 | x | Get Well | | Sean Hoban | x | Other | PT | | 30 | 29 | 29 | 28 | 17 | 24 | | 8/2/2013 |
| 207 | 22316X377 | 7/3/2013 | 7/29/2013 | 10/25/2013 | | 88 | x | | | Sean Hoban | x | Other | PT | | 35 | 35 | 35 | 35 | 27 | 35 | | 9/9/2013 |
| 208 | 22332Z851 | 1/29/2013 | 7/31/2013 | 10/1/2013 | | 62 | x | Transport Us | | Sean Hoban | | Other | PT | | 8 | 8 | 8 | | | 7 | | 10/1/2013 |
| 209 | 22345M015 | 8/9/2013 | 8/29/2013 | 10/31/2013 | | 63 | x | Get Well | | Sean Hoban | x | Other | PT | | 29 | 28 | 28 | 26 | 27 | 22 | | 11/1/2013 |