*Exhibit 3*

**Exhibit 3 - Head Diagnosis Appendix**

| Rico Event | Claim Number | Provider Group | Physician Name | DOL | 1st DX of head injury | Prior DX without head injury | OT RX |
|---|---|---|---|---|---|---|---|
| 3 | 22B063010 | | Tete Oniango | 11/10/2009 | 1/4/2010 | x | x |
| 11 | 22B019145 | | Tete Oniango | 7/27/2009 | 1/15/2010 | | x |
| 12 | 22B127918 | Michigan Visiting Physicians | Martin Quiroga / Ram Gunabalan | 1/6/2010 | 1/20/2010 | x | x |
| 8 | 22B076391 | Choice House Call | Martin Quiroga | 12/14/2009 | 4/21/2010 | | x |
| 144 | 22B141543 | Mundy Pain Clinic | Martin Quiroga | 4/23/2010 | 5/20/2010 | x | x |
| 17 | 22B161602 | Medical Evaluations | James Beale | 6/18/2010 | 6/24/2010 | | x |
| 19 | 22B174406 | | James Beale / Deibre Claiborne | 7/3/2010 | 7/22/2010 | | x |
| 142 | 22K360278 | Mundy Pain Clinic | Martin Quiroga | 2/25/2010 | 8/17/2010 | x | x |
| 30 | 22K360544 | Choice House Call | Martin Quiroga | 9/1/2010 | 9/22/2010 | x | x |
| 29 | 22K360543 | Choice House Call | Martin Quiroga | 9/1/2010 | 10/20/2010 | | x |
| 145 | 22B149710 | Mundy Pain Clinic | Martin Quiroga | 5/18/2010 | 10/26/2010 | | x |
| 31 | 22C405855 | Choice House Call | Martin Quiroga / Andrew Ruden | 10/16/2010 | 10/27/2010 | | x |
| 34 | 22C422110 | Medical Evaluations | James Beale | 11/30/2010 | 12/16/2010 | | x |
| 147 | 22B149519 | Mundy Pain Clinic | Andrew Ruden / M. Awaisi | 5/17/2010 | 2/8/2011 | | x |
| 37 | 22K360674 | Medical Evaluations | James Beale | 2/22/2011 | 3/10/2011 | x | x |
| 50 | 22010J933 | | Nidal Jaboor | 2/25/2011 | 3/23/2011 | | x |
| 38 | 22K360732 | | James Beale | 3/15/2011 | 3/24/2011 | | x |
| 152 | 22010T773 | Mundy Pain Clinic | Sean Hoban | 3/27/2011 | 4/7/2011 | | x |
| 150 | 22K360769 | Mundy Pain Clinic | Martin Quiroga | 4/2/2011 | 4/12/2011 | x | x |
| 46 | 22K360796 | James Beale, Md | James Beale | 4/13/2011 | 4/28/2011 | x | x |
| 154 | 22016C997 | | Tarik Wasfie | 5/6/2011 | 5/26/2011 | x | x |
| 64 | 22169T632 | | Irwin Lutwin | 7/28/2012 | 8/3/2012 | x | x |
| 63 | 2219M406 | | Aida Khalil | 4/14/2012 | 8/16/2012 | | x |
| 203 | 222G13017 | | Sean Hoban | 3/1/2013 | 4/12/2013 | x | x |
| 200 | 222D49433 | | Sean Hoban / Irwin Lutwin | 2/9/2013 | 5/31/2013 | x | x |
| 205 | 2218N5705 | | Sean Hoban | 4/19/2013 | 5/31/2013 | | x |
| 86 | 22281N424 | | James Beale / Nidal Jboor | 4/18/2013 | 6/7/2013 | | x |
| 202 | 22266P032 | | Sean Hoban | 3/6/2013 | 6/21/2013 | x | x |