*Exhibit 4*

# Michigan Department of Energy, Labor & Economic Growth

## Filing Endorsement

This is to Certify that the ARTICLES OF INCORPORATION - PROFIT

for

NEW ERA PT SERVICES, INC.

ID NUMBER: 03105X

received by facsimile transmission on November 6, 2009 is hereby endorsed

Filed on November 6, 2009 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 6TH day of November, 2009.

Director

Bureau of Commercial Services

Sent by Facsimile Transmission 09310

BCS/CD-500 (Rev. 01/09)

| | MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH<br>BUREAU OF COMMERCIAL SERVICES |
|---|---|
| Date Received | (FOR BUREAU USE ONLY) |

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

**Name**
Michael S. Cafferty, Esq

**Address**
333 W. Fort Street, Suite 1100

**City** Detroit, MI 48226 **State** **ZIP Code**

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

EFFECTIVE DATE:

# ARTICLES OF INCORPORATION
For use by Domestic Profit Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:

**ARTICLE I**

The name of the corporation is:

NEW ERA PT SERVICES, INC.

**ARTICLE II**

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

**ARTICLE III**

The total authorized shares:

1. Common Shares  60,000

   Preferred Shares  N/A

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

**ARTICLE IV**

1. The name of the resident agent at the registered office is: Gigi John

2. The address of the registered office is:

   49724 Crusader Drive   Macomb Township , Michigan  48044
   (Street Address)        (City)                    (ZIP Code)

3. The mailing address of the registered office, if different than above:

   _____   _____ , Michigan  _____
   (Street Address or P.O. Box)  (City)                (ZIP Code)

11/06/2009  1:47PM

## ARTICLE V

The name(s) and address(es) of the incorporator(s) is(are) as follows:

| Name | Residence or Business Address |
|---|---|
| Gigi John | 49724 Crusader Drive |

## ARTICLE VI (Optional, Delete if not applicable)

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or an application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

## ARTICLE VII (Optional, Delete if not applicable)

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted. A written consent shall bear the date of signature of the shareholder who signs the consent. Written consents are not effective to take corporate action unless within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation. Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders. Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented to the action in writing. An electronic transmission consenting to an action must comply with Section 407(3).

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

I, (We), the incorporator(s) sign my (our) name(s) this __6th__ day of __November__, __2009__

X _[signature]_

# Michigan Department of Labor & Economic Growth

## Filing Endorsement

This is to Certify that the ARTICLES OF INCORPORATION - PC

for

NEW ERA PHYSICAL THERAPY, P.C.

ID NUMBER: 01478N

received by facsimile transmission on January 11, 2008 is hereby endorsed

Filed on January 11, 2008 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 11TH day of January, 2008.

*Andrew L. Metcalf*, Director

Bureau of Commercial Services

Sent by Facsimile Transmission 08011

BCS/CD-501 (Rev. 03/07)

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES**

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Vinod Joshi
Address: 620 Hawksmoore Drive
City: Clarkston   State: MI   ZIP Code: 48348

Document will be returned to the name and address you enter above. If left blank document will be mailed to the registered office.

EFFECTIVE DATE:

# ARTICLES OF INCORPORATION
### For use by Domestic Profit Professional Service Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 192, Public Acts of 1962, as amended the undersigned corporation executes the following Articles:

**ARTICLE I**

The name of the corporation is:

New Era Physical Therapy, P.C.

**ARTICLE II**

The corporation is organized for the sole and specific purpose of rendering the following professional service(s):

Outpatient physical and occupational therapy services

**ARTICLE III**

The total authorized shares:

1. Common Shares  60,000

   Preferred Shares  None

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

**ARTICLE IV**

1. The name of the resident agent at the registered office is: Vinod Joshi

2. The address of the registered office is:
   G4007 West Court Street Suite #G2   Flint   , Michigan   48532
   (Street Address)                    (City)                  (ZIP Code)

3. The mailing address of the registered office, if different than above:
   620 Hawksmoore Drive   Clarkston   , Michigan   48348
   (Street Address or P.O. Box)   (City)                  (ZIP Code)

01/11/2008   3:25PM

## ARTICLE V

The name(s) and address(es) of the incorporator(s) are as follows:

| Name | | Residence or Business Address |
|---|---|---|
| Vinod Joshi | 620 Hawksoore Drive | Clarkston MI 48348 |

## ARTICLE VI (Optional, Delete if not applicable)

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or an application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

## ARTICLE VII (Optional, Delete if not applicable)

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted. A written consent shall bear the date of signature of the shareholder who signs the consent. Written consents are not effective to take corporate action unless within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation. Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders. Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented to the action in writing. An electronic transmission consenting to an action must comply with Section 407(3).

**ARTICLE VIII**

This corporation fully complies with the Professional Service Corporation Act. All shareholders are duly licensed or otherwise legally authorized to render one or more of the professional service(s) for which this corporation is organized, unless otherwise provided in Section 4 of the Act.

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

I, (We), the incorporator(s) sign my (our) name(s) this ___11th___ day of ___January 2008___.

___[signature]___