*Exhibit 5*



Home | Help

## Back to Results

The information for the Organization you selected is displayed. The NPI Registry data was last updated on 04/29/2013.

**NOTE:** Some health care providers reported SSN or IRS ITIN information in sections of the NPI application that contain information that is required to be disclosed under FOIA. For example, an incorporated individual may have reported an SSN as the EIN of the corporation. To protect the privacy of this individual, we have temporarily suppressed the EIN, and we have made every attempt to locate and remove SSN and IRS ITIN information from being displayed in any of the other information provided below.

## Organization Information:

| | |
|---|---|
| **Organization Name (LBN):** | POINTE PHYSICAL THERAPY |
| **EIN:** | <temporarily suppressed> |
| **Organization Subpart:** | NO |

## Authorized Official Information:

| | |
|---|---|
| **Name:** | GIGI JOHN RPT |
| **Title/Position:** | PRESIDENT |
| **Phone Number:** | 5867745006 |

## NPI Information:

| | |
|---|---|
| **NPI:** | 1285954107 |
| **Entity Type:** | 2-ORGANIZATION |
| **Enumeration Date:** | 06/02/2010 |
| **Last Update Date:** | 06/02/2010 |
| **Replacement NPI:** | |
| **Deactivation Date:** | |
| **Reactivation Date:** | |

## Provider Business Mailing Address:

| | |
|---|---|
| **Address:** | 17200 E 10 MILE RD STE 130<br>EASTPOINTE, MI 48021-3349 |
| **Phone Number:** | 5867745006 |
| **Fax Number:** | |

## Provider Business Practice Location Address:

| | |
|---|---|
| **Address:** | 17200 E 10 MILE RD STE 130<br>EASTPOINTE, MI 48021-3349 |
| **Phone Number:** | 5867745006 |

**Fax Number:**

# Organization Taxonomy:

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| YES | 193400000X Single Specialty Group<br>111N00000X - CHIROPRACTOR | | |

# Other Provider Identifier:

| Issuer | Number | State | Issuer |
|---|---|---|---|

Back to Results