*Exhibit 6*

# Michigan Department Of Energy, Labor & Economic Growth

## Filing Endorsement

This is to Certify that the ARTICLES OF INCORPORATION - PC

for

**MICHIGAN VISITING PHYSICIANS P.C.**

ID NUMBER: 02510F

received by facsimile transmission on April 2, 2009 is hereby endorsed

Filed on April 2, 2009 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 2ND day of April, 2009.

, Director

Bureau of Commercial Services

Sent by Facsimile Transmission 09092

04/02/2009 9:20AM

BCS/CD-501 (Rev. 03/07)

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES**

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Ram Gunabalan
Address: 363 W Big Beaver Road, Suite 200
City: Troy   State: MI   ZIP Code: 48084

Document will be returned to the name and address you enter above. If left blank document will be mailed to the registered office.

EFFECTIVE DATE:

# ARTICLES OF INCORPORATION
For use by Domestic Profit Professional Service Corporations
(Please read information and instructions on the last page)

*Pursuant to the provisions of Act 192, Public Acts of 1962, as amended the undersigned corporation executes the following Articles:*

**ARTICLE I**

The name of the corporation is:

Michigan Visiting Physicians P.C.

**ARTICLE II**

The corporation is organized for the sole and specific purpose of rendering the following professional service(s):

Physician medical services

**ARTICLE III**

The total authorized shares:

1. Common Shares  60,000

   Preferred Shares _____

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

**ARTICLE IV**

1. The name of the resident agent at the registered office is:  Ram Gunabalan

2. The address of the registered office is:

   363 W Big Beaver Road, Suite 200   Troy , Michigan 48084
   (Street Address)                    (City)              (ZIP Code)

3. The mailing address of the registered office, if different than above:

   _____  _____ , Michigan _____
   (Street Address or P.O. Box)         (City)              (ZIP Code)

**ARTICLE V**

The name(s) and address(es) of the incorporator(s) are as follows:

| Name | Residence or Business Address |
|---|---|
| Ram Gunabalan, MD | 363 W Big Beaver Road, Suite 200 Troy, MI 48084 |

**ARTICLE VI (Optional, Delete if not applicable)**

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or an application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

**ARTICLE VII (Optional, Delete if not applicable)**

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted. A written consent shall bear the date of signature of the shareholder who signs the consent. Written consents are not effective to take corporate action unless within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation. Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders. Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented to the action in writing. An electronic transmission consenting to an action must comply with Section 407(3).

**ARTICLE VIII**

This corporation fully complies with the Professional Service Corporation Act. All shareholders are duly licensed or otherwise legally authorized to render one or more of the professional service(s) for which this corporation is organized, unless otherwise provided in Section 4 of the Act.

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

ARTICLE VIII

The Director of the Corporation shall not be personally liable to the Corporation or its shareholders for monetary damages for a breach of fiduciary duty as a Director, except for liability:

a) For any breach of the Director's duty of loyalty to the Corporation or its shareholders;
b) For acts or omissions not in good faith or which involve intentional misconduct or knowing violation of law;
c) Resulting from a violation of Section 551(1) of the Michigan Business Corporation Act; or
d) For any transaction from which the Director derived an improper personal benefit.

In the event the Michigan Business Corporation Act is hereafter amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a Director of the Corporation shall be eliminated or limited to the fullest extent permitted by the Michigan Business Corporation Act, as so amended. Any repeal, modification or adoption of any provision in these Articles of Incorporation inconsistent with this Article shall not adversely affect any right or protection of a Director of the Corporation existing at the time of such repeal, modification or adoption.

I, (We), the incorporator(s) sign my (our) name(s) this **1st** day of **April** **2009**

BCS/CD-2500 (12/09)

**DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
PROFIT CORPORATION INFORMATION UPDATE**



# 2010

Due May 15, 2010      File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| **02510F** | MICHIGAN VISITING PHYSICIANS P.C. |

| Resident agent name and mailing address of the registered office | | For Bureau use only Fee Received |
|---|---|---|
| RAM GUNABALAN<br>363 W BIG BEAVER RD STE 200<br>TROY MI 48084 | **RECEIVED** $35 MAY 24 2010 **DELEG**<br>**FILED** JUN 07 2010 by Department Bureau of Commercial Services | ☐ $25 before May 16<br>☒ $35 (May 16 - 31)<br>☐ $45 (June 1 - 30)<br>☐ $55 (July 1 - 31)<br>☐ $65 (Aug 1 - 31)<br>☐ $75 after August 31 |
| The address of the registered office<br>363 W BIG BEAVER RD STE 200<br>TROY MI 48084 | | |

**If no change in the address of the registered office and/or resident agent proceed to Item 4.**

| 1. Mailing address of registered office in Michigan (may be a P.O. Box) | 2. Resident Agent |
|---|---|
| | |

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

   Medical Services

| 5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| | President (Required)<br>Ram Gunabalan | 363 W. Big Beaver Rd Ste 200<br>Troy, MI 48084 |
| If different than President | Secretary (Required) | |
| | Treasurer (Required) | |
| | Vice - President | |
| If different than Officers | Director | |
| | Director | |
| | Director | |

| 6. Signature of authorized officer or agent | Title<br>CFO | Date | Phone (Optional) |
|---|---|---|---|

**Filing fee $25
Report due May 15, 2010.**
If received after May 15, penalty fees will be assessed.

Please make your check or money order payable to the State of Michigan.
Return to: Department of Energy, Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30481
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended.

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
PROFIT CORPORATION INFORMATION UPDATE
2011

[X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02510F | MICHIGAN VISITING PHYSICIANS P.C. |

Resident agent name and mailing address of the registered office
**RAM GUNABALAN**

MI

The address of the registered office
**363 W BIG BEAVER RD STE 200**

**TROY MI 48084**

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| RAM GUNABALAN | AUTHORIZED OFFICER OR AGENT | 248-619-9771 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $75 | 08/27/2012 11:25:04 | 71315 6801 02510F 2011 |

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
### PROFIT CORPORATION INFORMATION UPDATE
### 2012

[X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

**Identification Number:** 02510F
**Corporation Name:** MICHIGAN VISITING PHYSICIANS P.C.

**Resident agent name and mailing address of the registered office**
RAM GUNABALAN

MI

**The address of the registered office**
363 W BIG BEAVER RD STE 200

TROY MI 48084

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

**Filed By:** RAM GUNABALAN
**Title:** AUTHORIZED OFFICER OR AGENT
**Phone:** 248-619-9771

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

**Payment Amount:** $ 65
**Payment Date/Time:** 08/27/2012 11:27:37
**Reference Nbr:** 71315 6801 02510F 2012