*Exhibit 7*

# Michigan Department Of Energy, Labor & Economic Growth

## Filing Endorsement

This is to Certify that the CERTIFICATE OF ASSUMED NAME

for

**MICHIGAN VISITING PHYSICIANS P.C.**

ID NUMBER: 02510F

to transact business under the assumed name of

**CHOICE HOUSE CALL**

received by facsimile transmission on June 8, 2009 is hereby endorsed

Filed on June 8, 2009 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Expiration Date: December 31, 2014



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 8TH day of June, 2009.

, Director

Bureau of Commercial Services

Sent by Facsimile Transmission 09159

06/08/2009 9:50AM

BCS/CD-541 (Rev. 4/09)

| | |
|---|---|
| | **MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH** <br> **BUREAU OF COMMERCIAL SERVICES** |
| Date Received | (FOR BUREAU USE ONLY) |
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

| Name | Ram Gunabalan | |
|---|---|---|
| Address | 363 W Big Beaver Road, Suite 200 | |
| City: Troy | State: MI  Zip Code: 48084 | EXPIRATION DATE: DECEMBER 31, |

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

### CERTIFICATE OF ASSUMED NAME
### For use by Corporations, Limited Partnerships and Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), Act 213, Public Acts of 1982 (limited partnerships), or Act 23, Public Acts of 1993 (limited liability companies), the corporation, limited partnership, or limited liability company in item one executes the following Certificate:

1. The name of the corporation, limited partnership, or limited liability company is:
   Michigan Visiting Physicians, PC

2. The identification number assigned by the Bureau is: 02510F

3. The assumed name under which business is to be transacted is:
   Choice House Call

4. This document is hereby signed as required by the Act.

**COMPLETE ITEM 5 ON LAST PAGE IF THIS NAME IS ASSUMED BY MORE THAN ONE ENTITY.**

Signed this 26 day of May, 2009

By _(Signature)_

Ram Gunabalan                              Registered Agent
(Type or Print Name)                       (Type or Print Title or Capacity)

(Limited Partnerships Only - Indicate Name of General Partner if the General Partner is a corporation or other entity)