*Exhibit 8*

# DISABILITY CERTIFICATE

PATIENT NAME: [          ]        DATE OF INJURY: _____

DIAGNOSIS: _____

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

__X__ It is my opinion that the patient is disabled from work / other from 9/14/09 to 10/14/09.

_____ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

    _____ Lifting objects that weigh more than _____ pounds.

    _____ Excessive bending:

    _____ Excessive twisting:

    _____ Prolonged standing:

    _____ Other: _____

_____ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

_____ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

_____ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

__X__ DRIVING:

SIGNATURE OF PHYSICIAN: _____    DATE: 9/14/09

PHYSICIAN'S NAME: _____

11/22/2000 13:11 FAX 12483541114     FAX     ☏ 001/001

# DISABILITY CERTIFICATE

PATIENT NAME: [redacted]     DATE OF INJURY: 4/16/09

DIAGNOSIS: Cervical Dorsal Sprain

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

✓ It is my opinion that the patient is disabled from work / other from 6/25/09 to 7/25/09.

___ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

     ___ Lifting objects that weigh more than _____ pounds.

     ___ Excessive bending.

     ___ Excessive twisting.

     ___ Prolonged standing.

     ___ Other: _____

✓ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

___ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

___ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

✓ DRIVING:

SIGNATURE OF PHYSICIAN: James Beale JMD     DATE: 6/25/09

PHYSICIAN'S NAME: James Beale Jr MD

## Disability Certificate

Patient Name: _____  Date Of Injury: ___/___/___

Diagnosis: _Cervical_ _~~~_ _Cervical_~~

I have examined and/ or treated the above mentioned patient for injuries sustained in the aforementioned accident. As result of the injuries, I have disabled this patient from those activities marked with a check mark.

✓ It is my opinion that the patient is disabled from work/ other from ___ All to present / /

____ The patient is able to return to his/her employment at this time with restrictions from regular work duties from the date of the accident until ___/___/___, The restrictions include:

　　　____ Lifting objects that weigh more than _____ pounds.

　　　____ Excessive bending

　　　____ Excessive twisting

　　　____ Prolonged standing

　　　____ Other: _____

✓ Housework: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying groceries or garbage.

____ Attending Care: bathing, toileting (Bladder and bowel requirements, bed pan routines, movement to and from the bathroom) transferring from a bed, chair or other structure and moving about indoors and outdoors, moving, turning and positioning the body while in bed or in a wheelchair, eating, and preparing meals, dressing and changing clothes and taking medications or other remedies that are ordinarily self-administered.

____ Caring for patient's children: which may involve bending, lifting, and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning up after the children

✓ Driving

Physician Name: _Dr. James Beale RMO_   Date: 3/10/11

Physician Signature: _James F Beale MD_

# DISABILITY CERTIFICATE

PATIENT NAME ☐          DATE OF INJURY: _____

DIAGNOSIS: _____

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

__✓__ It is my opinion that the patient is disabled from work / other from _10/16/09_ to _11/11/09_.

____ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

    ____ Lifting objects that weigh more than _____ pounds.

    ____ Excessive bending:

    ____ Excessive twisting:

    ____ Prolonged standing:

    ____ Other: _____

____ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

____ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

____ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

____ DRIVING:

SIGNATURE OF PHYSICIAN: _[signature]_   DATE: _10/16/09_

PHYSICIAN'S NAME: _Dr. Fox_

07/08/2001 12:13 FAX 12483541114          FAXMEDICALEVALUATIONS                    ☐001/001

22B077791

# DISABILITY CERTIFICATE

PATIENT NAME: _____   DATE OF INJURY: _____

DIAGNOSIS: _____

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

____ It is my opinion that the patient is disabled from work / other from 12/11/09 to 1/14/10

____ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include.

    ____ Lifting objects that weigh more than _____ pounds

    ____ Excessive bending

    ____ Excessive twisting

    ____ Prolonged standing

    ____ Other _____

_✓_ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries

_✓_ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects

_✓_ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children

_✓_ DRIVING

SIGNATURE OF PHYSICIAN _____   DATE 12/11/09

PHYSICIAN'S NAME ____DR. Iskander____

# DISABILITY CERTIFICATE

PATIENT NAME: [redacted]   DATE OF INJURY: 12-29-07

DIAGNOSIS: Cervical + Lumbar Radiculopathy

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

**X**   It is my opinion that the patient is disabled from work / other from 9-3-08 to 10-3-08   Re-eval

___   The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

   ___ Lifting objects that weigh more than _____ pounds.

   ___ Excessive bending:

   ___ Excessive twisting:

   ___ Prolonged standing:

   ___ Other: _____.

**P**   HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

**P**   CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

___   CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

**P**   DRIVING:

SIGNATURE OF PHYSICIAN: R Gunabalan   DATE: 9-3-08

PHYSICIAN'S NAME: R GUNABALAN

## DISABILITY CERTIFICATE

PATENT NAME: ☐  OF INJURY: 4/6/11

DIAGNOSIS: Lumbar strain & spasm

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

**X**  It is my opinion that the patient is disabled from work / other from 4/19/16  5/19/11

___  The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

___  Lifting objects that weigh more than _____ pounds.

___  Excessive bending:

___  Excessive twisting:

___  Prolonged standing:

___  Other: _____.

**X** HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

___ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

___ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

**X** DRIVING:

SIGNATURE OF PHYSICIAN: S. J. Hoban   DATE: 4/19/11

PHYSICIAN'S NAME: Dr. Hoban

MJ. CHRISTOPHER TRAINOR      09/23/2011/FRI 08:24AM      NO. 3830
RECEIVED:
Nu. 2017    P. 3

5270

# DISABILITY CERTIFICATE

PATIENT NAME: _____  DATE OF INJURY: 3/8/11

DIAGNOSIS: Whip Lash Neck   W B arm pn

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

_X_ It is my opinion that the patient is disabled from work / other from 5/3/11 to 6/3/11

___ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

   ___ Lifting objects that weigh more than ___ pounds.

   ___ Excessive bending;

   ___ Excessive twisting;

   ___ Prolonged standing;

   ___ Other: _____

_X_ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

___ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

___ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

_X_ DRIVING:

SIGNATURE OF PHYSICIAN: J.J. Hoban    DATE: 5/3/11

PHYSICIAN'S NAME: Dr. Hoban

5800

# DISABILITY CERTIFICATE

PATIENT NAME: [redacted]    DATE OF INJURY: 4/6/11

DIAGNOSIS: Cervical, Thoracic, Lumbar Strain

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

_X_ It is my opinion that the patient is disabled from work / other from 5/19/11 to 6/19/11.

___ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

  ___ Lifting objects that weigh more than _____ pounds.

  ___ Excessive bending:

  ___ Excessive twisting:

  ___ Prolonged standing:

  ___ Other: _____.

_X_ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

N/A CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

N/A CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

_X_ DRIVING:

SIGNATURE OF PHYSICIAN: _____ DATE: 5/19/11

PHYSICIAN'S NAME: Dr. Quiroga

22-K360-118

# DISABILITY CERTIFICATE

PATIENT NAME: _____  DATE OF INJURY: 5/18/09

DIAGNOSIS: lumbago

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

_✓_ It is my opinion that the patient is disabled from work / other from 10/1/09 to TBD.

_✓_ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until TBD. The restrictions include:

    _✗_ Lifting objects that weigh more than 15 pounds.

    _✗_ Excessive bending:

    _✗_ Excessive twisting:

    ___ Prolonged standing:

    ___ Other: _____

_✓_ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

___ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

___ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

_✓_ DRIVING:

SIGNATURE OF PHYSICIAN: _____  DATE: 10/1/19

PHYSICIAN'S NAME: _____

3080

# DISABILITY CERTIFICATE

PATIENT NAME: _____  DATE OF INJURY: 4-23-10

DIAGNOSIS: Cervical, Thoracic, Lumbar

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

**X** It is my opinion that the patient is disabled from work / other from 5-20-10 to 6/20/10

____ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

 ____ Lifting objects that weigh more than _____ pounds.

 ____ Excessive bending:

 ____ Excessive twisting:

 ____ Prolonged standing:

 ____ Other: _____.

**X** HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

**X** CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

____ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

**X** DRIVING:

SIGNATURE OF PHYSICIAN: _(signature)_  DATE: 5-20-10

PHYSICIAN'S NAME: Dr. Quiroga

# DISABILITY CERTIFICATE

PATIENT NAME: _____  DATE OF INJURY: 3/2/08

DIAGNOSIS: Cervical Radiculopathy, Lumbar Strain

I have examined and/or treated the above name patient for injury sustained in the aforementioned accident. As a result of the injuries, I have disabled the person from those activities that are marked with an "X".

✓ It is my opinion that the patient is disabled from work / other from _____ to _____.

___ The patient is able to return to employment at this time, but is restricted from regular work duties from the date of accident until _____. The restrictions include:

    ___ Lifting objects that weigh more than ____ pounds.

    ___ Excessive bending:

    ___ Excessive twisting:

    ___ Prolonged standing:

    ___ Other: _____.

✓ HOUSEWORK: As some housework may involve bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs, and toilets, moving furniture, picking up objects on the floor, carrying garbage or groceries.

✓ CARING FOR THE PATIENT'S PERSONAL NEEDS: Which may involve bending, lifting, twisting, and prolonged standing as required by bathing the patient, dressing the patient, and lifting objects.

✓ CARING FOR THE PATIENT'S CHILDREN: Which may involve bending, lifting and prolonged standing as required by changing children's clothes, bathing children, cooking for the children, watching the children, feeding the children, cleaning and straightening up after the children.

✓ DRIVING:

SIGNATURE OF PHYSICIAN: _____  DATE: 4/23/08

PHYSICIAN'S NAME: Dr. Gunabalaw