*Exhibit 10*



## Choice HouseCall

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

### Physical Therapy Prescription

Patients Name: _____  Date: 6/23/10

Diagnosis: 1.  C,TL Strain
Diagnosis: 2. _____
Diagnosis: 3 _____
Diagnosis: 4 _____

Evaluate & Treat: __X__ Area: CTL Spine
Evaluate & Treat: _____ Area: _____
Evaluate & Treat: _____ Area: _____
Evaluate & Treat: _____ Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____  Date: 6/23/10



17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: _____  Date: 6/23/10

Diagnosis: 1.  Post traumatic H.A.
Diagnosis: 2. _____
Diagnosis: 3. _____
Diagnosis: 4. _____

Evaluate & Treat: __X__  Area: Head
Evaluate & Treat: _____  Area: _____
Evaluate & Treat: _____  Area: _____
Evaluate & Treat: _____  Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____  Date: 6/23/10



## Choice HouseCall

22 BN9305

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

---

### Physical Therapy Prescription

Patients Name: _____ Date 6/23/10

Diagnosis: 1. _CTL Strain_

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: __X__  Area: _CTL Spine_

Evaluate & Treat: _____  Area: _____

Evaluate & Treat: _____  Area: _____

Evaluate & Treat: _____  Area: _____

Frequency: __3 times/week__  Duration: __4 weeks__  Onset Date: _____

Precautions: _____

Physicians Name: __Martin Quiroga, DO__

Physicians Signature: _____ Date: 6/23/10



**Choice HouseCall**

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: _____ Date 12/22/10

Diagnosis: 1. _C/L ↑ R/L adult_

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: _α_ Area: _C/L_

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Frequency: _3 times/week_ Duration: _4 weeks_ Onset Date: _____

Precautions: _____

Physicians Name: _Andrew Ruden, M.D._

Physicians Signature: _____ Date: _1/22/11_

FEB. 9. 2011  9:00AM                                              No. 0224   P. 7
4930



## MUNDY PAIN CLINIC
6240 RASHELLE DR. SUITE 103 FLINT, MI 48507
PHONE: 810-232-9800, FAX: 810-232-7710

### Occupational Therapy Prescription

Patient's Name: _____  Date: 2/8/11

Diagnosis: 1. _CWP post concussion h/a_

Diagnosis: 2. _(R) shld derang_

Diagnosis: 3. _____

Diagnosis: 4. _____

Evaluate & Treat: _X_   Area: _RSD_

Evaluate & Treat: _X_   Area: _(R) shld_

Evaluate & Treat: ___   Area: _____

Evaluate & Treat: ___   Area: _____

Frequency: _3 times/week_   Duration: _4 weeks_   Onset Date: _____

Precautions: _____

Physician's Name: _Andrew Ryder M.D._

Physician's Signature: _____   Date: _2/8/11_



# CHOICE HOUSE CALL
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: _____  Date: 2/8/10

Diagnosis: 1. T & L strain

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: ____X____  Area: T & L Spine

Evaluate & Treat: _____  Area: _____

Evaluate & Treat: _____  Area: _____

Evaluate & Treat: _____  Area: _____

Frequency: 3/wk   Duration: 4 wks   Onset Date: 1/6/10

Precautions: _____

Physicians Name: R. Gunabalan MD

Physicians Signature: R Gunabal   Date: 2/8/10



# CHOICE HOUSE CALL

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: _____ Date: 3/1/10

Diagnosis: 1. T & CS pain

Diagnosis: 2. _____

Diagnosis: 3. _____

Diagnosis: 4. _____

Evaluate & Treat: ✓     Area: T & L spine

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Frequency: 3/wk   Duration: 4 wks   Onset Date: 1-6-10

Precautions: _____

Physicians Name: R Gunabalan MD

Physicians Signature: R G_____ Date: 3-1-10



# MUNDY PAIN CLINIC
6240 RASHELLE DR. SUITE 103 FLINT, MI 48507
PHONE: 810-232-9800, FAX: 810-232-7710

## Occupational Therapy Prescription

Patients Name: _____

Diagnosis: 1. Cervical Disc $C_5$-$C_6$-$C_7$ Protrusion
Diagnosis: 2. Low Back Pain
Diagnosis: 3. _____
Diagnosis: 4. _____

Evaluate & Treat _____ Area: _____
Evaluate & Treat _____ Area: _____
Evaluate & Treat _____ Area: _____
Evaluate & Treat _____ Area: _____

Frequency: 3     Duration: 4 Weeks    On Date: 3/27/11

Precautions: _____

Physicians Name: Dr. Hoban

Physicians Signature: _____    Date: 5/3/11

*Mundy Pain Clinic P.C.*
6240 Rashelle Drive, Suite 103
Flint, MI 48507
Phone: 810-232-9800
Fax: 810-232-7710

## PHYSICAL THERAPY SCRIPT

Patient's Name: _____ Date: 5/3/11

Diagnosis: 1. Whip lash neck will

Diagnosis: 2. Lw Back Pain    C5 - 7 Disc lyms

Diagnosis: 3. _____

Diagnosis: 4. _____

Evaluate and Treat ___Y___ Area  Neck

Evaluate and Treat _____ Area  Lw Back

Evaluate and Treat _____ Area _____

Evaluate and Treat _____ Area _____

Frequency: 3 week   Duration: 4 week   Onset Date: 3/27/11

Precautions: _____

Physician's Name: Dr. Hoban

Physician's Signature: _____ Date: 5/3/11

☒001/001

04/09/2003 15:31 FAX 12483541114      FAXMEDICALEVALUATIONS

**Medical Evaluations, P.C**
21411 Civic Center Dr Ste 102
Southfield, MI 48076
Phone: 248-354-1111    Fax: 248-354-1114

## PRESCRIPTION FOR PHYSICAL & OCCUPATIONAL THERAPY

Patients Name: _____ Date: 11/17/11

Diagnosis 1: _Cervical_ _____

Diagnosis 2: _____

Diagnosis 3: _____

Diagnosis 4: _____

Evaluate and Treat: _____ / Area: _____

Evaluate and Treat: _____ / Area: 2

Evaluate and Treat: _____ / Area: 3

Evaluate and Treat: _____ / Area: _____

Other: _____

Frequency: 3xWk   Duration: 4WKS   Onset Date: _____

Precautions: _____

Physician's Name: _Beale_

Physician's Signature: _____

99023