*Exhibit 12*

3470



## MUNDY PAIN CLINIC
6240 RASHELLE DR. SUITE 103 FLINT, MI 48507
PHONE: 810-232-9800, FAX: 810-232-7710

### Occupational Therapy Prescription

Patients Name: [ ]  Date 10-20-10

Diagnosis: 1.

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: _____ Area:

Evaluate & Treat: _____ Area:

Evaluate & Treat: _____ Area:

Evaluate & Treat: _____ Area:

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: 5-12-10

Precautions:

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____   Date: 10-20-10



# Choice HouseCall

22 BN9305

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: _____ Date: 6/23/10

Diagnosis: 1. _CTL Strain_

Diagnosis: 2. _____

Diagnosis: 3. _____

Diagnosis: 4. _____

Evaluate & Treat: __X__   Area: _CTL Spine_

Evaluate & Treat: _____   Area: _____

Evaluate & Treat: _____   Area: _____

Evaluate & Treat: _____   Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____ Date: 6/23/10



17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: _____ Date 10/27/10

Diagnosis: 1. Post MVA H,A

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: __X__ Area: Head

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Evaluate & Treat: _____ Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____ Date: 10/27/10



17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: _____ Date 12/22/10

Diagnosis: 1. _Cerv/ [illegible] Ph [illegible]_
Diagnosis: 2. _____
Diagnosis: 3 _____
Diagnosis: 4 _____

Evaluate & Treat: X  Area: C/L
Evaluate & Treat: ___  Area: ___
Evaluate & Treat: ___  Area: ___
Evaluate & Treat: ___  Area: ___

Frequency: 3 times/week  Duration: 4 weeks  Onset Date: ___

Precautions: _____

Physicians Name: Andrew Ruden, M.D.

Physicians Signature: _____ Date: 12/22/10



**Choice House Call**

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: _____  Date: 9/22/10

Diagnosis: 1. CTL Strain H/o Rad

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: X   Area: CTL Spine

Evaluate & Treat: ___  Area: _____

Evaluate & Treat: ___  Area: _____

Evaluate & Treat: ___  Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____   Date: 9/22/10



# Choice HouseCall

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: _____  Date: 9/22/10

Diagnosis: 1. Post Concussive H/A

Diagnosis: 2. _____

Diagnosis: 3 _____

Diagnosis: 4 _____

Evaluate & Treat: ✓   Area: Head

Evaluate & Treat: ___   Area: _____

Evaluate & Treat: ___   Area: _____

Evaluate & Treat: ___   Area: _____

Frequency: 3 times/week   Duration: 4 weeks   Onset Date: _____

Precautions: _____

Physicians Name: Martin Quiroga, DO

Physicians Signature: _____   Date: 9/22/10