*Exhibit 13*

```
                                    STATE FARM
                                    PO BOX 2361
                                    BLOOMINGTON IL 61702
```

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08-05

PICA                                                                                                   PICA

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)
   22 B127918

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE MM DD YY  SEX  M [X] F
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS: Single [X] Married [ ] Other [ ]
   Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]
a. INSURED'S DATE OF BIRTH  SEX

b. OTHER INSURED'S DATE OF BIRTH  SEX M [ ] F [ ]
b. AUTO ACCIDENT? YES [X] NO [ ] PLACE (State) MI
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? YES [ ] NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME
   STATE FARM

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED  SIGNATURE ON FILE   DATE  04122010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
    01062010
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
    01062010
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
    17a.
    17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB?  YES [ ] NO [ ]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
    1. 8470    3. 8471
    2. 8472    4. 30981
22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01202010 | 01202010 | 11 | | 99205 | 25 | 1234 | 400 00 | 1 | | NPI | 1710019955 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
    80-0381054
26. PATIENT'S ACCOUNT NO.
    MGM041210JB003
27. ACCEPT ASSIGNMENT? YES [X] NO [ ]
28. TOTAL CHARGE  $ 400 00
29. AMOUNT PAID  $ 0 00
30. BALANCE DUE  $ 400 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
    RAM GUNABALAN
    SIGNATURE ON FILE

32. SERVICE FACILITY LOCATION INFORMATION

33. BILLING PROVIDER INFO & PH #
    MICHIGAN VISITING PHYSICIANS
    25650 W OUTER DRIVE
    LINCOLN PARK MI 48146-2096
    a. 1841433588  b.

NUCC Instruction Manual available at: www.nucc.org

**HEALTH INSURANCE CLAIM FORM** (1500)
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM
PO BOX 2361
BLOOMINGTON IL 61702

1. [X] OTHER
1a. INSURED'S I.D. NUMBER: 22 B127918

3. PATIENT'S BIRTH DATE — SEX: [X] M

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

8. PATIENT STATUS: Single [X]

10a. EMPLOYMENT? [X] NO
10b. AUTO ACCIDENT? [X] YES — PLACE (State): MI
10c. OTHER ACCIDENT? [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE: 04122010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 01062010
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE: 01062010

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 33920
2. 8471
3. 8472

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03012010 | 03012010 | 11 | | 99213 | 25 | 123 | 250.00 | 1 | | NPI | 1710019955 |

25. FEDERAL TAX I.D. NUMBER: 80-0381054  [X] EIN
26. PATIENT'S ACCOUNT NO.: MGM041210JB005
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE: $ 250.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 250.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
RAM GUNABALAN
SIGNATURE ON FILE

33. BILLING PROVIDER INFO & PH #:
MICHIGAN VISITING PHYSICIANS
25650 W OUTER DRIVE
LINCOLN PARK MI 48146-2096
a. 1841433588

NUCC Instruction Manual available at: www.nucc.org

# HEALTH INSURANCE CLAIM FORM

**1500**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

```
                                               STATE FARM INSURANCE
                                               POBOX 2361
                                               BLOOMINGTON IL 61702
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICA | | | | | | | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): **22005M306**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE   SEX: M [X]   F
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self  Spouse [X]  Child  Other
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS: Single  Married  Other   Employed  Full-Time Student  Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  YES  NO [X]
a. INSURED'S DATE OF BIRTH   SEX: M [X]   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
b. AUTO ACCIDENT?  YES [X]   NO   PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT?  YES  NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: **STATE FARM INSURANCE**

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: **SIGNATURE ON FILE**   DATE: **02/15/11**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: **JAMES BEALE**
17b. NPI: **1316934409**
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB?  YES  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. **846 0**
2. **729 1**
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 20 11 | 01 20 11 | 11 | | 99205 | | 1 2 | 300 00 | 1 | | 1G | 1316934409 NPI |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **382264186**   SSN  EIN [X]
26. PATIENT'S ACCOUNT NO.: **PRAMA000 2996**
27. ACCEPT ASSIGNMENT? YES [X]  NO
28. TOTAL CHARGE: **300.00**
29. AMOUNT PAID
30. BALANCE DUE: **300.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: **DR. JAMES BEALE. M.D**   **02/15/11**
32. SERVICE FACILITY LOCATION INFORMATION: **(248)354-1111 MEDICAL EVALUATIONS PC  17117 WEST NINE MILE ROAD  SOUTHFIELD MI 48076**
33. BILLING PROVIDER INFO & PH #: **(586)2684833  DR JAMES BEALE JR. MD  11111 HALL ROAD SUITE 101  UTICA, MI 48317**
a. **1316934409**  b. **G2**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

# 1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
POBOX 2361
BLOOMINGTON IL 61702

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID)
1a. INSURED'S I D NUMBER (For Program in Item 1): **22005M306**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE   SEX M ☒  F ☐
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self ☐  Spouse ☒  Child ☐  Other ☐
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS: Single ☐  Married ☐  Other ☐  Employed ☐  Full-Time Student ☐  Part-Time Student ☐

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒
a. INSURED'S DATE OF BIRTH   SEX M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH  SEX M ☐ F ☐
b. AUTO ACCIDENT? YES ☒ NO ☐  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? YES ☐ NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME: **STATE FARM INSURANCE**

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: **SIGNATURE ON FILE**   DATE: **04/17/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: **SIGNATURE ON FILE**

14. DATE OF CURRENT: **01 15 2011**  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: **JAMES BEALE**
17a.
17b. NPI **1316934409**
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. **846 0**
2. **729 1**
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  03 10 11 | 03 10 11 | 11 | | 99214 | | 1 2 | 150 00 | 1 | | 1G NPI | 1316934409 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **382264186**  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: **PRAMA000  3166**
27. ACCEPT ASSIGNMENT? YES ☒ NO ☐
28. TOTAL CHARGE: $ **150.00**
29. AMOUNT PAID: $
30. BALANCE DUE: $ **150.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**DR. JAMES BEALE. M.D**
SIGNED   DATE: **04/17/11**

32. SERVICE FACILITY LOCATION INFORMATION (248)354-1111
**MEDICAL EVALUATIONS  PC
17117 WEST NINE MILE ROAD
SOUTHFIELD MI 48076**

33. BILLING PROVIDER INFO & PH # (586) 2684833
**DR JAMES BEALE JR. MD
11111 HALL ROAD SUITE 101
UTICA, MI 48317**
a. **1316934409**  b. **G2**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

# HEALTH INSURANCE CLAIM FORM

**1500**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

**Carrier:**
STATE FARM INSURANNE
POBOX 2361
BLOOMINGTON IL 61702

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER: 22 B 019 145

2. PATIENT'S NAME:
3. PATIENT'S BIRTH DATE / SEX: F [X]
4. INSURED'S NAME:

5. PATIENT'S ADDRESS:
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS:

8. PATIENT STATUS:

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT?: NO [X]
   b. AUTO ACCIDENT?: YES [X]
   c. OTHER ACCIDENT?: NO [X]
11. INSURED'S POLICY GROUP OR FECA NUMBER:
   a. INSURED'S DATE OF BIRTH / SEX: M [X]
   c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANNE
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN?: NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE: 10/23/09
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 07 27 2009 INJURY
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: ANDREW RUDEN MD
20. OUTSIDE LAB?: NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
   1. 723 4
   2. 900 9
   3. 796 2

24. 

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS | EPSDT | ID QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 17 09 | 08 17 09 | 11 | | 99205 | | 1 2 3 | 300 00 | 1 | | NPI | 1G |
| 2 | 09 14 09 | 09 14 09 | 11 | | 99214 | | 1 2 3 | 200 00 | 1 | | NPI | 1G |

25. FEDERAL TAX I.D. NUMBER: 264300636  SSN/EIN [X]
26. PATIENT'S ACCOUNT NO: CAMLA000 431
27. ACCEPT ASSIGNMENT?: YES [X]
28. TOTAL CHARGE: 500.00
29. AMOUNT PAID:
30. BALANCE DUE: 500.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: ANDREW RUDEN M.D   10/23/09
33. BILLING PROVIDER INFO & PH #: (248) 3541111
MEDICAL EVALUATIONS, P.C
20411 TWELVE MILE ROAD 103
SOUTHFIELD, MI 48076

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
POBOX 2361
BLOOMINGTON IL 61702-9738

| Field | Value |
|---|---|
| 1. Type | OTHER [X] (ID) |
| 1a. INSURED'S I.D. NUMBER | 22012N185 |
| 3. PATIENT'S BIRTH DATE / SEX | F [X] |
| 6. PATIENT RELATIONSHIP TO INSURED | Self [X] |
| b. AUTO ACCIDENT? | [X] YES |
| c. OTHER ACCIDENT? | [X] NO |
| a. INSURED'S DATE OF BIRTH / SEX | M / [X] |
| c. INSURANCE PLAN NAME OR PROGRAM NAME | STATE FARM INSURANCE |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | [X] NO |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE 05/18/11
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY: 04 06 2011

20. OUTSIDE LAB? [X] NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY**
1. 847 0
2. 846 9
3. 719 41
4. 784 0

**24. SERVICE LINE**

| From MM DD YY | To MM DD YY | Place of Service | EMG | CPT/HCPCS | Modifier | Diagnosis Pointer | $ Charges | Days/Units | EPSDT | ID Qual | Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 19 11 | 04 19 11 | 11 | | 99205 | | 1 2 3 4 | 300 00 | 1 | | NPI | 1144429762 |

25. FEDERAL TAX I.D. NUMBER: 260594435  [X] EIN
26. PATIENT'S ACCOUNT NO.: WILHA000 647
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE: $ 300.00
30. BALANCE DUE: $ 300.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SEAN HOBAN M.D  05/18/11

32. SERVICE FACILITY LOCATION:
MUNDY PAIN CLINIC PC
6240 RASHELLE DRIVE SUITE 103
FLINT MI 48507
(810) 232-9800

33. BILLING PROVIDER INFO & PH # 586-268-4833
MUNDY PAIN CLINIC P.C.
6240 RASHELLE DRIVE SUITE 103
FLINT, MI 48507
1144429762

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER:
STATE FARM INSURANCE
POBOX 2361
BLOOMINGTON IL 61702-9738

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER: 22B094111 |
| 2. PATIENT'S NAME | 3. PATIENT'S BIRTH DATE — SEX: F [X] |
| 4. INSURED'S NAME | |
| 5. PATIENT'S ADDRESS | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| 7. INSURED'S ADDRESS | 8. PATIENT STATUS |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: |
| | a. EMPLOYMENT? NO [X] |
| | b. AUTO ACCIDENT? YES [X] |
| | c. OTHER ACCIDENT? NO [X] |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| a. INSURED'S DATE OF BIRTH — SEX: [X] | |
| c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE | |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] | |
| 12. PATIENT'S SIGNATURE: SIGNATURE ON FILE    DATE 04/24/11 | 13. INSURED'S SIGNATURE: SIGNATURE ON FILE |
| 14. DATE OF CURRENT: 02 05 2010 | |
| 20. OUTSIDE LAB? NO [X] | |
| 21. DIAGNOSIS: 1. 723 4    2. 847 9    3. 718 81 | |

| 24. A DATE(S) OF SERVICE From / To | B PLACE OF SERVICE | C EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS | H EPSDT | I ID QUAL | J RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 15 11 / 03 15 11 | 11 | | 99214 | | 1 2 3 | 150 00 | 1 | | 1G NPI | |

| 25. FEDERAL TAX ID NUMBER: 260594435 [X] EIN | 26. PATIENT'S ACCOUNT NO: MORLE000 517 | 27. ACCEPT ASSIGNMENT? YES [X] | 28. TOTAL CHARGE: $ 150.00 | 29. AMOUNT PAID | 30. BALANCE DUE: $ 150.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
SEAN HOBAN M.D    04/24/11

32. SERVICE FACILITY LOCATION INFORMATION (810)232-9800
MUNDY PAIN CLINIC PC
6240 RASHELLE DRIVE SUITE 103
FLINT MI 48507

33. BILLING PROVIDER INFO & PH # (586) 268 4833
MUNDY PAIN CLINIC P.C.
6240 RASHELLE DRIVE SUITE 103
FLINT, MI 48507

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
POBOX 2361
BLOOMINGTON IL 61702-9738

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 22012N185

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE     SEX  M☐  F[X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse☐  Child☐  Other☐
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS: Single☐ Married☐ Other☐ / Employed☐ Full-Time Student☐ Part-Time Student☐

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) ☐YES [X]NO
a. INSURED'S DATE OF BIRTH     SEX  M☐  [X]

b. OTHER INSURED'S DATE OF BIRTH  SEX M☐ F☐
b. AUTO ACCIDENT? [X]YES ☐NO  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? ☐YES [X]NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐YES [X]NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE 06/27/11
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 04 06 2011
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM — TO —

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM — TO —

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐YES [X]NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 847.0
2. 846.9
3. 719.41
4. 784.0

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From–To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 02 11  06 02 11 | 11 | | 99213 | | 1 2 3 4 | 100 00 | 1 | | 1G | NPI |
| 2 | | | | | | | | | | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER: 260594435   SSN☐ EIN[X]
26. PATIENT'S ACCOUNT NO.: WILHA000 752
27. ACCEPT ASSIGNMENT? [X]YES ☐NO
28. TOTAL CHARGE: $ 100.00
29. AMOUNT PAID: $
30. BALANCE DUE: $ 100.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
MARTIN QUIROGA D.O.
06/27/11

32. SERVICE FACILITY LOCATION INFORMATION
MUNDY PAIN CLINIC PC
6240 RASHELLE DRIVE SUITE 103
FLINT MI 48507
(810) 732-9800

33. BILLING PROVIDER INFO & PH # 586 268 4833
MUNDY PAIN CLINIC P.C.
6240 RASHELLE DRIVE SUITE 103
FLINT, MI 48507

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)