# *Exhibit 16*



**CHOICE HOUSE CALL**
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: [redacted] Date 1/20/10

Diagnosis: 1. T + L strain

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: T + L Spine

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/wk Duration: 4 wks Onset Date: 1.6.10

Precautions:

Physicians Name: Dr. R. Gunabalan

Physicians Signature: [signature] Date: 1.20.10



**CHOICE HOUSE CALL**
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: [redacted] Date 2/8/10

Diagnosis: 1. T & L strain

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: T & L Spine

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/Wk Duration: 4 wks Onset Date: 1/6/10

Precautions:

Physicians Name: R. Gunabalan MD

Physicians Signature: [signature] Date: 2/8/10



**CHOICE HOUSE CALL**
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: [redacted] Date 3/1/10

Diagnosis: 1. T & C spine

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: ↑ Area: T & L spine

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/wk Duration: 4 wks Onset Date: 1-6-10

Precautions:

Physicians Name: R Gunabalan MD

Physicians Signature: [signature] Date: 3-1-10



**CHOICE HOUSE CALL**
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: [redacted] Date 3/1/10

Diagnosis: 1. Post. Tr. headaches

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: headaches

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/wk Duration: 4 wks Onset Date: 1-6-10

Precautions:

Physicians Name: R. Gunabalan MD

Physicians Signature: R Gunabalan Date: 3/1/10

Phone 5 (994 ... 950

# CHOICE HOUSE CALL

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: [redacted] Date 3-21/10

Diagnosis: 1. Cervical + Lumbar Strain/Rad.

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: C & L Spine

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/wk Duration: 4 wks Onset Date:

Precautions:

Physicians Name: Quiroga

Physicians Signature: [signature] Date: 3/31/10



CHOICE HOUSE CALL
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: [redacted] Date 5/10/10

Diagnosis: 1. C & L Sprain R/O Rad(

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: ✓ Area: C & L Spine

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/WK Duration: 4WKS Onset Date: 3/21/10

Precautions:

Physicians Name: M. Quiroga DO

Physicians Signature: [signature] Date: 5/10/10



CHOICE HOUSE CALL
17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: [redacted] Date 5/10/10

Diagnosis: 1. Post traumatic Headaches

Diagnosis: 2. (R) Rib Contusion

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: (R) Ribs

Evaluate & Treat: X Area: Head

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3/wk Duration: 6 wks Onset Date:

Precautions:

Physicians Name: M. Quiroga DO

Physicians Signature: [signature] Date: 5/10/10



22 B129305

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Physical Therapy Prescription

Patients Name: [redacted] Date 6/23/10

Diagnosis: 1. C TL Strain

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: C TL Spine

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Frequency: 3 times/week Duration: 4 weeks Onset Date: ______

Precautions: ______

Physicians Name: Martin Quiroga, DO

Physicians Signature: [signature] Date: 6/23/10



Choice
HouseCall

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: [redacted] Date 6/23/10

Diagnosis: 1. Post traumatic H/A

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: Head

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Frequency: 3 times/week Duration: 4 weeks Onset Date: ______

Precautions: ______

Physicians Name: Martin Quiroga, DO

Physicians Signature: [signature] Date: 6/23/10





17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name [redacted] Date 10/27/10

Diagnosis: 1. Post MVA H.A

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: Head

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Frequency: 3 times/week Duration: 4 weeks Onset Date: ______

Precautions: ______

Physicians Name: Martin Quiroga, DO

Physicians Signature: [signature] Date: 10/27/10



Choice
HouseCall

17200 E. 10 Mile Rd. Suite 135
Eastpointe, MI 48021
Phone: (586) 279-3200 Fax: (586) 279-3184

## Occupational Therapy Prescription

Patients Name: [redacted] Date 9/22/10

Diagnosis: 1. Post Concussive H.A.

Diagnosis: 2.

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: ✓ Area: Head.

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Frequency: 3 times/week Duration: 4 weeks Onset Date: ______

Precautions: ______

Physicians Name: Martin Quiroga, DO

Physicians Signature: [signature] Date: 9/22/10



4930

MUNDY PAIN CLINIC
6240 RASHELLE DR. SUITE 105 FLINT, MI 48507
PHONE: 810-232-9800, FAX: 810-232-7710

## Occupational Therapy Prescription

Patients Name: [redacted] Date 2/8/11

Diagnosis: 1. CWD [illegible]

Diagnosis. 2. (R) [illegible]

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat [illegible] Area: [illegible]

Evaluate & Treat: [illegible] Area: (R) [illegible]

Evaluate & Treat: Area:

Evaluate & Treat: Area:

Frequency: 3 times/week Duration: 4 weeks Onset Date.

Precautions:

Physicians Name Andrew Rudep M.D.

Physicians Signature: Date: 2/8/11

Jan. 5 2011 3:28PM No. 9592 P. 2

#2940

8611862108023460

ERA

MUNDY PAIN CLINIC
5240 RASHELLE DR. SUITE 103 FLINT, MI 48507
PHONE: 810-232-9800, FAX: 810-232-7710

## Occupational Therapy Prescription

Patients Name: ______ Date 1/4/11

Diagnosis: 1. (L) shoulder der. [illegible]

Diagnosis: 2. post MVA h/a

Diagnosis: 3

Diagnosis: 4

Evaluate & Treat: X Area: low [illegible]

Evaluate & Treat: X Area: (L) shoulder

Evaluate & Treat: ______ Area: ______

Evaluate & Treat: ______ Area: ______

Frequency: 3 times/week Duration: 4 weeks Onset Date: 4/27/10

Precautions: ______

Physicians Name: Andrew Ruden M.D.

Physicians Signature: ______ Date: 1/4/11