*Exhibit 20*

# DISABILITY CERTIFICATE

Internal Medicine Associates of Flint PC
G5067 Bristol Rd
Flint, MI 48507
Phone: 810-733-0806
Fax: 810-733-8433

Date: 2 / 9 / 08

Date of injury: ___ / ___ / ___

Patient Name: _____

I have examined and/or treated the above named patient for injuries sustained in an automobile accident on the aforementioned date. As a result of the injuries, it is my professional opinion that the patient is disabled from doing the following activities:

X  Employment from: 2 / 9 / 08 to: 3 / 9 / 08
"Employment" which involves bending, lifting, twisting and prolonged standing.

X  Housework duties from: 2 / 9 / 08 to: 3 / 9 / 08
"House work", "caring for the patient personal needs" and " caring for the patient children" which involves bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs and toilets, moving furniture, picking up objects from the floor, changing children's clothes, bathing, cooking, watching, feeding, cleaning and straightening up after children, carrying groceries and garbage.

____ Attending care required from: ___ / ___ / ___ to: ___ / ___ / ___

X  Driving due to physical limitation

____ Other _____

It is my professional opinion that the patient is/was disabled from performing the above mention activities from: 2 / 9 / 08 to: 3 / 9 / 08

Physician Signature: S. J. Holan M.D.  Date: 2 / 9 / 08
Physician Name: S. J. Holan

# DISABILITY CERTIFICATE

Internal Medicine Associates of Flint PC
G5067 Bristol Rd
Flint, MI 48507
Phone: 810-733-0806
Fax: 810-733-8433

Date: 7-24-08

Date of injury: 2-2-08

Patient Name: _____

I have examined and/or treated the above named patient for injuries sustained in an automobile accident on the aforementioned date. As a result of the injuries, it is my professional opinion that the patient is disabled from doing the following activities:

☒ Employment from: 7-24-08 to: 8-24-08
"Employment" which involves bending, lifting, twisting and prolonged standing.

☒ Housework duties from: 7-24-08 to: 8-24-08
"House work", "caring for the patient personal needs" and "caring for the patient children" which involves bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs and toilets, moving furniture, picking up objects from the floor, changing children's clothes, bathing, cooking, watching, feeding, cleaning and straightening up after children, carrying groceries and garbage.

☐ Attending care required from: ___/___/___ to: ___/___/___

✓ Driving due to physical limitation

☐ Other _____

It is my professional opinion that the patient is/was disabled from performing the above mention activities from: 7-24-08 to: 8-24-08

Physician Signature: S. J. Hoban   Date: 7-24-08
Physician Name: S. J. Hoban MD

# DISABILITY CERTIFICATE

Internal Medicine Associates of Flint PC
G5067 Bristol Rd
Flint, MI 48507
Phone: 810-733-0806
Fax: 810-733-8433

Date: 2 / 21 / 08

Date of injury: 2 / 2 / 08

Patient Name: _____

I have examined and/or treated the above named patient for injuries sustained in an automobile accident on the aforementioned date. As a result of the injuries, it is my professional opinion that the patient is disabled from doing the following activities:

__X__ Employment from: 2 / 21 / 08 to: 3 / 21 / 08.
"Employment" which involves bending, lifting, twisting and prolonged standing.

__X__ Housework duties from: 2 / 21 / 08 to: 3 / 21 / 08
"House work", "caring for the patient personal needs" and " caring for the patient children" which involves bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs and toilets, moving furniture, picking up objects from the floor, changing children's clothes, bathing, cooking, watching, feeding, cleaning and straightening up after children, carrying groceries and garbage.

_____ Attending care required from: ___/___/___ to: ___/___/___

_____ Driving due to physical limitation

_____ Other _____

It is my professional opinion that the patient is/was disabled from performing the above mention activities from: 2 / 21 / 08 to: 3 / 21 / 08

Extension 3/21/08 - 3/20/08

Physician Signature: S. J. Hoban, MD  Date: 2 / 21 / 08

Physician Name: S. J. HOBAN

05/02/2008 14:46 FAX 810 733 8433        SCHOOLFIELD GUTIERREZ                              ☒001

22·A795·092

# DISABILITY CERTIFICATE

Internal Medicine Associates of Flint PC
G5067 Bristol Rd
Flint, MI 48507
Phone: 810-733-0806
Fax: 810-733-8433

Date: **4/8/08**

Date of injury: **3/3/08**

Patient Name: _____

I have examined and/or treated the above named patient for injuries sustained in an automobile accident on the aforementioned date. As a result of the injuries, it is my professional opinion that the patient is disabled from doing the following activities:

**X** Employment from: **4 / 8 / 08** to: **5/8/08**
"Employment" which involves bending, lifting, twisting and prolonged standing.

____ Housework duties from: ____/____/____ to: ____/____/____
"House work", "caring for the patient personal needs" and " caring for the patient children" which involves bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs and toilets, moving furniture, picking up objects from the floor, changing children's clothes, bathing, cooking, watching, feeding, cleaning and straightening up after children, carrying groceries and garbage.

**X** Attending care required from: **4 / 8 / 08** to: **5·8·08** (4 1/6 Hrs / day)

**X** Driving due to physical limitation

____ Other _____

It is my professional opinion that the patient is was disabled from performing the above mention activities from: **4/8/08** to: **5/8/08**

Physician Signature: **S. J. Hoban**     Date: **4 · 8 · 08**
Physician Name: **S. J. Hoban**

# DISABILITY CERTIFICATE

Internal Medicine Associates of Flint PC
G5067 Bristol Rd
Flint, MI 48507
Phone: 810-733-0806
Fax: 810-733-8433

Date: 5/20/2008

Date of injury: 3/14/08

Patient Name: _____

I have examined and/or treated the above named patient for injuries sustained in an automobile accident on the aforementioned date. As a result of the injuries, it is my professional opinion that the patient is disabled from doing the following activities:

✓ Employment from: 5/20/08 to: 6/20/08
"Employment" which involves bending, lifting, twisting and prolonged standing.

✓ Housework duties from: 5/20/08 to: 6/20/08
"House work", "caring for the patient personal needs" and " caring for the patient children" which involves bending, lifting, twisting, and prolonged standing as required by vacuuming, making beds, washing floors, sinks, bathtubs and toilets, moving furniture, picking up objects from the floor, changing children's clothes, bathing, cooking, watching, feeding, cleaning and straightening up after children, carrying groceries and garbage.

_____ Attending care required from: __/__/__ to: __/__/__

✓ Driving due to physical limitation

_____ Other _____

It is my professional opinion that the patient is/was disabled from performing the above mention activities from: 5/20/08 to: 6/20/08

Physician Signature: S.J. Hoban    Date: 5/20/08

Physician Name: S. J. HOBAN MD.

24