*Exhibit 22*

## P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:

| Codes | Dates of Service → | 10/18 | 10/20 | 10/22 | | | |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | X | X | | | Date Plan Established<br>10.05.2010 |
| 97014 | Electrical Muscle Stimulation | X | X | X | | | Month/Year<br>OCT /2010 |
| 97035 | Ultrasound(each area) | X | X | X | | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth    Sex |
| 97140 | Manual Therapy | | | | | | male |
| 97124 | Massage | X | X | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | LUMBAR STRAIN WITH RADICULOPATHY |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | X | X | | | Physician<br>DR MARTIN QUIROGA |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co-Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | | | ✱ | | | |
| | | | | | | | Treatment:<br>As per POT |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: My pain is about 6 today.
   Pain level: ls 7/10 on 0-10 scale.
O:. Patient received 3 tx session this week with the following modalities.
   IFC with MHP to LS for 15 min, US at 1MHZ at 1.3 w/cm2 to His lower back for 8 mts . Thx massage is given to the patient .thx excs are given to the patient.
   FN status: pain level at ls is about 6/10 on 0/10 scale and tenderness is about 4/5 on 0/5 scale. spasm at ls 4/5 on 0-5 scale. arom @ls is restricted moderately due to pain..muscle power is about 3/5 on 0-5 scale endurance is poor .balance static/dynamic : good .. pt has max difficulty to go up & down stairs ,mod difficulty to get in & out of the car and bath tub patient has max difficulty to get up from the low height chair .also has moddifficulty with bed mobility .patient max pain with right side bending ,and rotations .patient c/o pain with walking >10 mts pt has max difficulty to sleep on stomach for >10 mts, max difficulty to sit for >10-15 mts and max difficulty to stand for > 10- 15 mt. patient has max difficulty to reach for object from floor due to pain
A: Patient is re evaluated and shows progression.
P: Continue as per plan of care

Therapist Signature

## O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:

| Codes | Dates of Service → | 10/18 | | 10/20 | | 10/22 | |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | | X | | X | Date Plan Established 10/05/2010 |
| 97014 | Electrical Muscle Stimulation | X | | X | | X | Month/Year 10/10 |
| 97035 | Ultrasound(each area) | X | | X | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth    Sex |
| 97016 | Vasopneumatic Therapy | | | | | | MALE |
| 97140 | Manual Therapy | X | | X | | X | |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | CERVICAL STRAIN POST CONCUSSIVE |
| 97530 | Transfer/Bed Mob Training | | | | | | HEADACHES |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | X | Physician Dr. QUIROGA |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co-Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | X | | X | | X | As per POT |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: Patient states: " I am doing better" Pain level in CS 7/10 on 0-10 scale.
O: Patient received 3 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl groups 3.3 mhz w/cm2. Patient fn status is as follows: Tenderness at CS 4-/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4-/5 at 0-5 scale. Manual ms strength at C.S 3+/5 on 0-5 scale. Endurance fair-. Pt is unable to cook and clean the house, c/o pain mod/max difficulty during dressing and grooming, unable to sleep on sides >15-20min, sit to watch TV >10-15 min. ADL task Feeding independent, Grooming min A, Washing UB mod A, LB min A, Dressing UB mod A, LB min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand, tub – Independent. Pt is unable to look up, down & around .Demo with HEP. Pt educated on additional cervical and UE stretches to decrease pain and stiffness, pt able to demo all stretches and added to HEP
A: Patient demo with dec pain, tend in neck msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min- mod discomfort.
P: Continue with POC to achieve set goals.

**17200 E 10 MILE ROAD, SUITE 16**
**EASTPOINTE, MI 48021**

Name:            Therapist:

| EXERCISE: | DATE: 10/11/10 | DATE: 10/15 | DATE: 10/18 | DATE: 10/20 | DATE: 10/22 | DATE: 10/29 | DATE: 11/1 |
|---|---|---|---|---|---|---|---|
| Lumbar Rotation | 1 set/5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Single Knee to chest | 1 set/5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Knees to chest | 1 set/5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Balance Board | 1 set/5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| STRETCHING: |  |  |  |  |  |  |  |
| Back | 5 min | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Legs | 5 min | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| CARDIO: |  |  |  |  |  |  |  |
| BIKE |  |  |  |  |  |  |  |
| TREADMILL | 5 min | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## P.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | X | X | | X | **Date Plan Established** 4/14/2011 |
| 97032 | Electrical Muscle Stimulation | | X | X | | X | **Month/Year** 5/2011 |
| 97035 | Ultrasound(each area) | | | | | | **Last Name** |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | **Date of Birth**    **Sex** M |
| 97140 | Manual Therapy | | X | X | | X | |
| 97124 | Massage | | | | | | **Diagnosis** LOW BACK PAIN |
| 97112 | Neuromuscular Re-education | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | **Physician** SEAN J HOBAN, MD |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | **Insurance** |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | **Co–Insurance** |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | **Therapist** |
| 97001 | PT Evaluation | | | | | | |
| | | | | | | | **Treatment:** As per POC |
| | Therapist Initials | | BM | BM | | BM | |

Assessment (SOAP format)
S: Pt reports pain in LB 8/10 on 0-10 scale.
O: Pt received 3 tx session this week with the following modalities: MHP/EMS to LB x 20 min, STM to LB x 10 min. Pt's functional status is as follows: Pt is unable to ambulate > 125 feet w/out inc pain, has mod difficulty asc/desc stairs and standing from low height chair. Pt c/o max difficulty w/bed mobility. Pt has max difficulty w/trunk ext/flex in standing. Pt demo mod difficulty w/toe touches due to pain. Pt has max limitations w/trunk rotation due to pain.
A: Pt demo dec pain. Pt tol session well.
P: Continue with skilled therapy per POC to achieve set goals.

Brenda Myers, PTA
Therapist's Signature

## O.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | | 5/17 | 5/18 | | 5/20 | |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | X | X | | X | **Date Plan Established** 4/14/2011 |
| 97032 | Electrical Muscle Stimulation | | X | X | | X | **Month/Year** 5/11 |
| 97035 | Ultrasound (each area) | | X | X | | X | **Last Name** |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | **Date of Birth**   **Sex** MALE |
| 97016 | Vasopneumatic Therapy | | | | | | |
| 97140 | Manual Therapy | | X | X | | X | |
| 97124 | Massage | | | | | | **Diagnosis** CERVICAL STRAIN |
| 97112 | Neuromuscular Re-education | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | X | X | | X | **Physician** Dr. SEAN HOBAN |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | **Insurance** |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | **Co-Insurance** |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | X | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | **Therapist** |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | **Treatment:** As per POT |
| 97535 | Self Care Mngmnt Training | | X | X | | X | |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: Patient states: "I'm a little better." Pain level in CS 7-8/10 on 0-10 scale.
O: Patient received 3 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1 & 2 to CS, US to CS/trapezuis msl groups 3.3 mhz w/cm2. Cervical stretches and AROM, Bilateral shoulder wheel 10x 1 reps each, AROM exercises 10 x 1 reps each (all planes), bilateral shoulder/elbow flexion/extension, adduction/ abduction. Instruct with ADL compensatory technique. Demo with HEP.
A: Patient demo with dec pain, tend in neck and shoulder msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min discomfort.
P: Continue with POC to achieve set goals.

Therapist's Signature

| Pt name: | | | SOC: 4/14/2011 | | | |
|---|---|---|---|---|---|---|
| DX: LOW BACK PAIN | | | | | | |
| DATE | 5/17 | 5/18 | 5/20 | 5/25 | 5/26 | |
| LUMBAR | | | | | | |
| MHP/EMS X 15 MIN | ✓ | ✓ | ✓ | ✓ | ✓ | |
| STM X 15 MIN | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | | | | | | |
| TRUNK ROM | | | | | | |
| SIDE BENDS | | | | | | |
| TOE TOUCHES | | | | | | |
| TRUNK FLEX/EXT | | | | | | |
| | | | | | | |
| CHEST PRESS | | | | | | |
| PULL DOWNS | | | | | | |
| LEG PRESS | | | | | | |
| BALL SQUATS | | | | | | |
| | | | | | | |
| HS STRETCH | | | | | | |
| CORNER STRETCH | | | | | | |
| SCIATIC STRETCH | | | | | | |
| | | | | | | |
| TM X 10 MIN | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | | | | | | |
| THERAPIST/TECH INITIALS | BM | or | A | A | es | |
| PTA SIGNATURE | BMills, PTA | | | | | |

## P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:

| Codes | Dates of Service → | 03/08 | 03/09 | | 03/11 | | Date Plan Established |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | X | | X | | 1/21/10 |
| 97014 | Electrical Muscle Stimulation | X | X | | X | | Month/Year 01/2010 |
| 97035 | Ultrasound(each area) | X | X | | X | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Sex |
| 97140 | Manual Therapy | X | X | | X | | MALE |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | 1.THORASIC STRAIN 2. LUMBAR STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | X | | X | | Physician DR.GUNABALAN |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co-Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | |
| | | | | | | | Treatment: As per POT |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S I still feel the tightness,pain is little better
   Pain level: Lumbosacral 8/10 on 0-10 scale.
O: Patient was treated as per established plan of care. Patient received 3 tx session this week with
   the following modalities.
   IFC with MHP to his thorasic and low back for 15 min, US includes 1 MHZ @ 1.3 w/cm2 to his low
   back. MFR to his back for 10 min.therapeutic exercises including active rom. prom and stretching and
   strengthening exercises to her neck, thorasic and low back.
   FN status: tenderness at LS 3-4/5 on 1-5 scale, muscle strength of LS is 3/5 on 0-5 scale.
   Endurance is poor+, Pt has mod/max difficulty to go up & down stairs. Pt has mod/ difficulty to get up from
   low height chair.pt has mod/min difficulty using bath tub.pt has min/ pain during bed mobility
   HEP is given and bed mobility and safety exercises were thought.
A: mod hamstrings tightness
P: Continue as per plan of care to achieve set goals.

Therapist's Signature

## O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:

| Codes | Dates of Service → | 3/08 | 3/09 | | 3/11 | | Date Plan Established 2/18/2010 |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | X | | X | | |
| 97014 | Electrical Muscle Stimulation | X | X | | X | | Month/Year 2/10 |
| 97035 | Ultrasound(each area) | X | X | | X | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth    Sex |
| 97016 | Vasopneumatic Therapy | | | | | | MALE |
| 97140 | Manual Therapy | X | X | | X | | |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | CERVICAL SPRAIN THORACIC SPRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | X | | X | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | Dr. Gunabalan |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co-Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | X | X | | X | | As per POT |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: Patient states: " My back continues to bother me" Pain level in CS 7/10 on 0-10 scale.
O: Patient received 3 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl groups 1 mhz w/cm2. Patient fn status is as follows: Tenderness at CS 3+/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4-/5 at 0-5 scale. Manual ms strength at C.S 3+/5 on 0-5 scale. Endurance fair. Pt is unable to cook and clean the house, c/o pain mod/max difficulty during dressing and grooming, unable to sleep on sides >10-15 min, sit to watch TV >15 min. ADL task Feeding independent, Grooming min A, Washing UB min/mod A, LB min A, Dressing UB min/mod A, LB min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand, tub – Independent. Pt is unable to look up, down & around secondary to pain in neck and shoulders. Pt given cervical and UE stretching exercises to decrease pain and stiffness, pt able to demo all exercises and added to HEP
A: Patient demo with dec pain, tend in neck and back msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min discomfort.
P: Continue with POC to achieve set goals.

Therapist's Signature

**POINTE PHYSICAL THERAPY**
**17200 E 10 MILE ROAD, SUITE 165**
**EASTPOINTE, MI 48021**

March 2010

### EXERCISE FLOW SHEET

| EXERCISE | DATE: 3/8 | DATE: 9 | DATE: 11 | DATE: 16 | DATE: 18 | DATE: 19 | DATE: 22 | DATE: 23 | DATE: 25 | DATE: 3/29 | DATE: | DATE: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NECK FLEXION/EXTENSION | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| NECK SIDE FLEXION | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| NECK ROTATION TO RIGHT/LEFT | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| NECK RETRACTION EXERCISES | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| SCAPULAR RETRACTION | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| SHOULDER SHRUGS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| CORNER STRECHES | | | | | | | | | | | | |
| WALL PUSH UPS | | | | | | | | | | | | |
| WALL WALKS | | | | | | | | | | | | |
| SHOULDER ROM EXERCISES | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| UPPER EXTREMITY ISOMETRIC EXERCISE | | | | | | | | | | | | |
| PELVIC TILT | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| SKTC | | | | | | | | | | | | |
| DKTC | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| HIP ROLLING/HIP EXTENSION | | | | | | | | | | | | |
| SLR | | | | | | | | | | | | |
| DLR | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| CURL UPS | | | | | | | | | | | | |
| UPPER BACK STRETCH | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| PRONE EXTENSION | | | | | | | | | | | | |
| FULL BACK RELEASE | | | | | | | | | | | | |
| SIDE BENDING | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| BACKWARD BENDING | | | | | | | | | | | | |
| PUSH UPS (IN PRONE EXTENSION) | | | | | | | | | | | | |
| BRIDGING | | | | | | | | | | | | |
| STATIC/DYNAMIC QUAD | | | | | | | | | | | | |
| LUMBAR STABILIZATION | | | | | | | | | | | | |
| ANKLE PUMPS | | | | | | | | | | | | |
| TA STRETCHING | | | | | | | | | | | | |
| PLANTAR FASCIA STRETCHING | | | | | | | | | | | | |
| LUNGES | | | | | | | | | | | | |
| RESISTANCE BAND ROWS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| RESISTANCE BAND UPRIGHT ROWS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| RESISTANCE BAND LATERAL RAISES | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| RESISTANCE BAND FRONT RAISES | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| RESISTANCE BAND SHOULDER PRESSES | | | | | | | | | | | | |
| RESISTANCE BAND SIDE TO SIDE | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| STRAIGHT BAR CURLS | | | | | | | | | | | | |
| STRAIGHT BAR UPRIGHT ROWS | | | | | | | | | | | | |
| STRAIGHT BAR OVERHEAD EXTENTSIONS | | | | | | | | | | | | |
| DUBMELL SHOULDER PRESSES | | | | | | | | | | | | |
| DUMBELL BICEP CURLS | | | | | | | | | | | | |
| DUMBELL TRICEP EXTENSIONS | | | | | | | | | | | | |
| DUMBELL LATERAL RAISES | | | | | | | | | | | | |
| DUMBELL FRONT RAISES | | | | | | | | | | | | |
| DUMBELL UPRIGHT ROWS | | | | | | | | | | | | |
| HOME GYM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| TREADMILL | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| BIKE | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |

## P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending: 7/24/09

| Codes | Dates of Service → | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 |
|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | | X | | X |
| 97014 | Electrical Muscle Stimulation | X | | X | | X |
| 97035 | Ultrasound (each area) | X | | X | | X |
| 97033 | Iontophoresis (15 min. each) | | | | | |
| 97018 | Paraffin Bath | | | | | |
| 97022 | Whirlpool | | | | | |
| 90901 | Biofeedback | | | | | |
| 97140 | Manual Therapy | X | | X | | X |
| 97124 | Massage | | | | | |
| 97112 | Neuromuscular Re-education | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | |
| 97116 | Gait Training | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | X |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | |
| 97703 | Orthotic Training 15 min | | | | | |
| 97012 | Traction Mechanical | | | | | |
| 97542 | W/C Propulsion/Management | | | | | |
| 97002 | PT Re-evaluation | | | | | |
| 95831 | Manual Muscle testing | | | | | |
| 95851 | ROM Measurement | | | | | |
| 97001 | PT Evaluation | | | | | |
| | Therapist Initials | BM | | BM | | BM |

Date Plan Established: 7/09/09
Month/Year: 07/09
Last Name:
Sex: M
Diagnosis: Lumbar strain
Physician: Dr. Ruden
Insurance:
Co-Insurance:
Therapist:
Treatment: As per POT

Assessment (SOAP format)
S: Pt reports pain level at LS is 7-6+/10 on 0-10 scale.
O: Pt received 3 TX sessions this week with the following modalities: Ther US x 13.w/cm2 at 1MHz to LS x 10 minutes, IFC and MHP to LS x 20 minutes, manual therapy including STM to LS x 10 minutes, ther exercises to include bike, elliptical, chest press, row, pull downs, and trunk stabilization/stretching exercises x 20 minutes. Pt's functional status is as follows: Tenderness at L2- L5 3+/3/5 on 0-5 scale, spasm at LS 3+/5 on 0-5 scale. AROM at LS flex 0-10 deg, side flex 0-5 deg, ext 0-5 deg, rot 0 deg. Manual msl strength at LS 3-/5 on 0-5 scale. Endurance for sitting poor+, standing and dynamic activities poor+. Balance for dynamic activities fair. Pt has mod difficulty to go up & down stairs. Pt needs mod A to get up from low height chair. Pt has mod-min difficulty using bathtub. Pt c/o mod pain during bed mobility & transfers. Pt is unable to sleep on stomach < 5-10 minutes, sleep on back for > 5-10 min, sit for >15-20 min & stand for > 5 min, reach for object from floor due to pain. C/o pain during dressing and grooming. Pt's co-ordination is good. Sensation normal. Pt demo HEP with min difficulty.
A: Pt demo dec pain and improved functional mobility. Pt tol sessions well.
P: Continue with skilled therapy per POC to achieve set goals.

*Brenda Myers, PT*
Therapist's Signature