*Exhibit 23*

| DEPARTMENT OF HEALTH AND HUMAN RESOURCES  HEALTH CARE FINANCING ADMINISTRATION | | FORM APPROVED  OMB NO. 0938-0227 |
|---|---|---|

## PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION (COMPLETE FOR INITIAL CLAIMS ONLY)

| 1. PATIENT'S LAST NAME | FIRST NAME M.I. | 2. PROVIDER NO. | 3. HICN |
|---|---|---|---|
| 4. PROVIDER NAME  POINTE PHYSICAL THERAPY | 5. MEDICAL RECORD NO. (Optional) | 6. ONSET DATE  09.05.2010 | 7. SOC DATE  10.05.2010 |
| 8. TYPE:  ☒PT ☐OT ☐SLP ☐CR  ☐RT ☐PS ☐SN ☐SW | 9. PRIMARY DIAGNOSIS (Pertinent Medical D.X.)  LUMBAR STRAIN WITH RADICULOPATHY | 10. TREATMENT DIAGNOSIS  LUMBAR STRAIN WITH RADICULOPATHY | 11. VISITS FROM SOC. |

12. PLAN OF TREATMENT FUNCTIONAL
GOALS (Short Term IN 2 WEEKS)
1.DEC PAIN @LOWER BACK TO 5/10 ON 0/10 SCALE. 2 DEC TENDERNESS @LOWER BACK TO 3/5 ON 0/5 SCALE. INC ROM @LS BY 10 DEGREE IN ALL PLANES 4. ESTABLISH HEP

OUTCOME (Long Term IN 4 WEEKS)
DEC PAIN @LOWER BACK TO 0-1/10 ON 0/10 SCALE 2. DEC TENDERNESS @LOWER BACK TO 0-1/5 ON 0/5 SCALE. 3. INC ROM @LS TO WFL 4. INC MMSTR TO WFL .5. INC FUNCTIONAL MOBILITY IN ADLS PAIN FREE

PLAN
1. IFC WITH MHP/CP TO THE MID &LOWER BACK FOR 15-20MTS
2. THX US INCLUDES 1MHZ@1.2 W/CM2 TO THE LS X 8MTS
3. FUNCTIONAL MASSAGE FOR 1 X 10 MTS
4. INSTRCT AND EDUCATE HEP
5 THX EXCS INCLUDES AROM AND STRETCHING EXCS TO LOWER BACK BOTH LE FOR 15-30 MTS

13. SIGNATURE (professional establishing POC including prof. designation)

14. FREQ/DURATION (e.g., 3/Wk, x 4 Wk.)
2-3/WK/4/WK

I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE ☐ N/A
15 PHYSICIAN'S SIGNATURE     16. DATE 9-20-10

17. CERTIFICATION
FROM 09.22.2010    THROUGH 10.21.2010    ☐N/A
18. ON FILE (Print /type physician's name)
DR MARTIN QUIROGA

20. INITIAL ASSESSMENT (History, medical complications, level of function at start of care, Reason for referral)

19. PRIOR HOSPITALIZATION
FROM       TO       ☐N/A

a 50 yr old male came to the clinic with diagnosis of lumbar strain with radiculopathy .the patient reported that he met with an accident on 09/01/2010 since then the pain has started.pt c/o pain and stiffness in low back & and is radiating to both lower extremities causing difficulty in functional mobility and adl .plof. patient was independent in adl and functional mobility prior to the episode. social history : patient is single ,worked as a chef and is unemployed right now .past medical history : patient underwent surgery for appendisectomy when he was 18 yrs, patient admitted to hospital two times within last two yrs with pulmonary embolism ,& is on medication for high bp .functional status :pain level at ls is about 7/10 on 0/10 scale and tenderness is about 4/5 on 0/5 scale. spasm at ls is 4+/5 on 0-5 scale. arom @ls is restricted due to pain..muscle power is about 3/5 on 0-5 scale endurance is poor .balance static/dynamic : good .. pt has max difficulty to go up & down stairs ,mod difficulty to get in & out of the car and bath tub patient has max difficulty to get up from the low height chair .also has mod/max difficulty with bed mobility .patient max pain with right side bending ,and rotations .patient c/o pain with walking >10 mts pt is unable to sleep on stomach for >5-10 mts, max difficulty to sit for >10-15 mts and max difficulty to stand for > 10- 15 mt. patient has max difficulty to reach for object from floor due to pain special test : positive crossed slr test .pre cautions : patient is advised to avoid sudden jerky ,twisting and turning and repeated forward bending at lower back.pt is alert and oriented and has a good rehab potential.

From:5867746005                                         10/06/2010 16:03      #026 P.002/002

| DEPARTMENT OF HEALTH AND HUMAN RESOURCES | | | | | FORM APPROVED |
|---|---|---|---|---|---|
| HEALTH CARE FINANCING ADMINISTRATION | | | | | OMB NO. 0938-0227 |
| **PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION** *(COMPLETE FOR INITIAL CLAIMS ONLY)* | | | | | |
| 1. PATIENT'S LAST NAME | FIRST NAME | M.I. | 2. PROVIDER NO. | | 3. HICN |
| 4. PROVIDER NAME POINTE PHYSICAL THERAPY | 5. MEDICAL RECORD NO. *(Optional)* | | 6. ONSET DATE 09.01.2010 | | 7. SOC DATE 10.05.2010 |
| 8. TYPE: ☐ PT ☒ OT ☐ SLP ☐ CR ☐ RT ☐ PS ☐ SN ☐ SW | 9. PRIMARY DIAGNOSIS *(Pertinent Medical D.X.)* CERVICAL STRAIN, POST CONCUSSIVE HEADACHES | | 10. TREATMENT DIAGNOSIS Neck Pain, Upper Back Pain, Inc Tend and Stiffness., Headaches, Dec FN mobility | | 11. VISITS FROM SOC. |

12. PLAN OF TREATMENT FUNCTIONAL GOALS
GOALS *(Short Term)*
1. Dec pain at CS to 5/10 at 0-10 scale in 2 wks.
2. Dec tend at CS to 2/5 at 0-5 scale in 2 wks.
3. Inc mmstr at CS to ½ grade.
4. Establish HEP
5. Dec pain from headaches from 8/10 at 0-10 scale in 2 wks.
OUTCOME *(Long Term)*
1. Dec pain at CS to 0-1/10 on 0-10 scale in 4wks
2. Dec tend at CS to 0-1/5 on 0-5 scale in 4wks.
3. Inc mmstr at CS to WFL.
4. Inc functional mobility in ADL's pain free.
5. Dec pain from headaches from 0-1/10 at 0/10 scale in 4 wks.

PLAN
1. Thx at CS aarom /arom/pre /stretching/strengthening activities.
2. Instruct & educate HEP.
3. MHP with IFC to CS.
4. Manual Therapy to CS.
5. instruct & educate on compensatory strategies for headaches

13. SIGNATURE (professional establishing POC including prof. designation)

I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE ☐ N/A
15. PHYSICIAN'S SIGNATURE                16 DATE  10·1·10

14. FREQ/DURATION *(e.g., 3/Wk. x 4 Wk.)*
3/Wk x 4 Wk

17. CERTIFICATION
FROM  10.05.2010    THROUGH  11.04.2010    ☐ N/A
18. ON FILE *(Print /type physician's name)*
Dr. QUIROGA

20. INITIAL ASSESSMENT (History, medical complications, level of function at start of care. Reason for referral)

19. PRIOR HOSPITALIZATION
FROM            TO            ☐ N/A

This 50 yr male came to the clinic with the diagnosis cervical strain as well as post concussive headaches. Pt reported that he met with an accident on 09.01.2010 & pain started since then. Pt c/o severe pain and stiffness in his neck and back causing difficulty in fn mobility's & ADL's. Pt c/o of constant pain and severe headaches and dizziness. **PLOF:** Pt was Independent in ADL's & functional mobility prior to this episode. **SOCIAL HISTORY:** Single, PTA worked as a chef. **PAST MEDICAL HISTORY:** hx of pulmonary embolisms in the last 2 yrs, increased blood pressure, currently not on medication for either dx. **FUNCTIONAL STATUS** of pt is as follows Pain level at CS 8-9/10 on 0-10 scale. Tenderness at CS 4+/5 on 0-5 scale. Spasm at neck and shoulders that run down bil arms and lower back. Endurance poor, Pt is unable to cook and clean the house, c/o pain and dizziness mod/max difficulty during dressing and grooming, unable to sleep on sides >15-20min, sit to watch TV >15-20 min. ADL task Feeding independent, Grooming max-mod A, Washing UB max A- mod A, LB mod A- min A, Dressing UB mod A, LB mod A- min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand 1. **SPECIAL TEST:** Cervical Compression test +ve, **PRECAUTIONS:** Patient is advised to avoid sudden jerky, twisting and turning neither movements at spine, nor lift heavy weight at this time. Pt's co-ordination is fair. Pt is alert and oriented and has good rehab potential.

Received Time Oct. 6. 2010 3:50PM No. 0518

DEPARTMENT OF HEALTH AND HUMAN RESOURCES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPROVED
OMB NO. 0938-0227

## PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION (COMPLETE FOR INITIAL CLAIMS ONLY)

| 1. PATIENT'S LAST NAME | FIRST NAME | M.I. | 2. PROVIDER NO. | 3. HIC |
|---|---|---|---|---|
| | | | | |

| 4. PROVIDER NAME POINTE PHYSICAL THERAPY | 5. MEDICAL RECORD NO. (Optional) | 6. ONSET DATE 10.16.2010 | 7. SOC DATE 11.02.2010 |
|---|---|---|---|

| 8. TYPE: ☐ PT ☒ OT ☐ SLP ☐ CR ☐ RT ☐ PS ☐ SN ☐ SW | 9. PRIMARY DIAGNOSIS (Pertinent Medical D.X.) CERVICAL STRAIN POST TRAUMATIC HEADACHES | 10. TREATMENT DIAGNOSIS Neck and Upper/Mid Back Pain, Headaches, Inc Tend and Stiffness., Dec FN mobility. | 11. VISITS FROM SOC. |
|---|---|---|---|

**12. PLAN OF TREATMENT FUNCTIONAL GOALS**

GOALS (Short Term)
1. Dec pain at CS/TS to 5/10 at 0-10 scale in 2 wks.
2. Dec tend at CS/TS to 2/5 at 0-5 scale in 2 wks.
3. Inc mmstr at CS to ½ grade.
4. Establish HEP.
5. Dec pain from headaches from 8/10 at 0-10 scale in 2 wks.

OUTCOME (Long Term)
1. Dec pain at CS/TS to 0-1/10 on 0-10 scale in 4 wks
2. Dec tend at CS/TS to 0-1/5 on 0-5 scale in 4 wks.
3. Inc mmstr at CS to WFL.
4. Inc functional mobility in ADL's pain free.
5. Dec pain from headaches from 0-1/10 at 0/10 scale in 4 wks.

**PLAN**
1. Thx aarom /arom/pre at C.S/TS/stretching.
2. Instruct & educate HEP.
3. Therapeutic US to trapezius 3.3MHz 1.3W/cm2 x 08 min.
4. IFC with MHP to CS/TS.
5. Manual Therapy to CS/TS.
6. instruct & educate on compensatory strategies for headaches

13. SIGNATURE (professional establishing POC including prof. designation)

14. FREQ/DURATION (e.g., 3/Wk. x 4 Wk.)
3/wk x 4/WK

I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE ☐ N/A
15. PHYSICIAN'S SIGNATURE  16 DATE 11/1/10

17. CERTIFICATION FROM 11.02.2010 THROUGH 12.01.2010 ☐ N/A
18. ON FILE (Print /type physician's name) Dr. QUIROGA

20. INITIAL ASSESSMENT (History, medical complications, level of function at start of care. Reason for referral)

19. PRIOR HOSPITALIZATION FROM   TO   ☐ N/A

This 20 yr female came to the clinic with the diagnosis cervical strain and post traumatic headaches. Pt reported that she met with an accident on 10/16/2010 & pain started since then. Pt c/o severe pain and stiffness in her neck and upper/mid back causing difficulty in fn mobility's & ADL's. Pt c/o of neck and back pain that is severe and radiating down her RT arm, pt also complains of severe headaches that are debilitating. **PLOF**: Pt was independent in ADL's & functional mobility prior to this episode. **SOCIAL HISTORY**: Pt is single and currently is unemployed at this time. **PAST MEDICAL HISTORY**: N/A. **FUNCTIONAL STATUS** of pt is as follows Pain level at C.S 8/10 on 0-10 scale. Tenderness at CS 4/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4/5 at 0-5 scale. Manual ms strength at C.S 3+/5 on 0-5 scale. Endurance fair, Pt is unable to cook and clean the house, c/o pain mod/max difficulty during dressing and grooming, unable to sleep on sides >15-20 min, sit to watch TV >10-15 min. ADL task Feeding independent, Grooming mod A, Washing UB max A- mod A, LB mod A- min A, Dressing UB mod A, LB mod A- min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand, tub – Independent. Pt is unable to look up, down & around **SPECIAL TEST**: Cervical Compression test +ve, **PRECAUTIONS**: Patient is advised to avoid sudden jerky, twisting and turning movements at neck and spine. Pt's co-ordination is fair. Pt is alert and oriented and has good rehab potential.