*Exhibit 24*

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

**Carrier:**
STATE FARM
P.O. BOX 2361
BLOOMINGTON IL 61702

PICA

| 1. | | | | | | | | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | | 22C440773 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE — SEX: M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street): SAME

8. PATIENT STATUS: Single  Married  Other [X]  Employed  Full-Time Student  Part-Time Student

CITY / STATE / ZIP CODE / TELEPHONE ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) YES  NO [X]
b. AUTO ACCIDENT? YES [X]  NO — PLACE (State) MI
c. OTHER ACCIDENT? YES  NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH — SEX: M [X]  F
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO [X]

10d. RESERVED FOR LOCAL USE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 01 27 2011

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: JAMES BEALE DO
17b. NPI: 1316934409

20. OUTSIDE LAB? YES  NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 854.00

### 24. Service Lines

| # | A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES (CPT/HCPCS) | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 31 2011 — 05 31 2011 | 11 | | 70551 | | 1 | 5400.00 | 1 | | NPI | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 300170094  EIN [X]
26. PATIENT'S ACCOUNT NO.: 2729460
27. ACCEPT ASSIGNMENT? YES [X]  NO
28. TOTAL CHARGE: $ 5400.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 5400.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
VIVEK SEHGAL MD
SIGNED 06/01/2011

32. SERVICE FACILITY LOCATION INFORMATION:
THE IMAGING CTR
15670 SOUTHFIELD RD
ALLEN PARK MI 481012513

33. BILLING PROVIDER INFO & PH #: 2485838922
MICHIGAN BIOTECH PRTNRS
30781 STEPHENSON HWY
MADISON HTS MI 48071-1618
a. 1821095472  b. G2300170094

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
NUCC Instruction Manual available at: www.nucc.org

## Bio-Magnetic

**MRI/MRA Imaging Centers**

Bio-Magnetic Resonance, Inc.
30781 Stephenson Highway
MADISON HEIGHTS, MI 48071
(248) 585-5115
FAX (248) 585-0234

The Imaging Center
15670 Southfield Road
ALLEN PARK, MI 48101
(313) 294-2897
FAX (313) 294-2915

Bio-Magnetic Resonance, Inc.
25100 Kelly Road
ROSEVILLE, MI 48066
(586) 445-4900
FAX (586) 445-4902

Biomagnetic Imaging Center
960 River Centre Drive
PORT HURON, MI 48060
(810) 966-8523
FAX (810) 966-6056

The Imaging Center
4447 Talmadge, Suite H
TOLEDO, OH 43623
(888) 674-8653
FAX (888) 674-8650

(888) MRI-TODAY
(674-8632)
www.biomagmri.com

**EXAM DATE:** 05/31/2011 11:33:19

22C 440773

**PATIENT NAME:**
**PATIENT ID:** 1707460
**LOCATION:** THE IMAGING CENTER

**SEX:** M
**DOB:**

**REFERRING PHYSICIAN:** DR. J. BEALE

**EXAMINATION:** BRAIN MRI WITH AND WITHOUT MAGNEVIST
**FINAL REPORT**

### CLINICAL HISTORY:

43 year old male with MVA and now complaining of frequent, intermittent, throbbing pain to temples. Dizziness, lightheadedness, and short term memory loss.

### MR IMAGING PROTOCOL:

Multi-planar multi-sequences MR images were obtained of the brain. No similar previous studies are available for comparison at the present time.

### MR FINDINGS:

Diffusion weighted images show no restrictive diffusion abnormality to suggest an acute stroke or bleed. The cortical volume is normal. The grey-white differentiation is normal.

No significant white matter abnormalities are seen.

T2 diffusion tensor imaging is normal.

The lateral ventricles are normal in size and symmetric bilaterally. The 3rd and 4th ventricles are midline. The rest of the subarachnoid system is within normal limits. Normal vascular flow voids are seen. The sella and parasellar regions are normal. The craniocervical junction is normal. The calvarium, skull base, and soft tissues of the scalp are normal. The visualized orbits are normal.

Inflammatory changes are seen in the frontal, bilateral ethmoid, and maxillary sinuses. The mastoid air cells are almost completely opacified bilaterally.

Dictated: Sehgal, Vivek MD   06/01/2011 02:56 PM
Transcribed: Solomon, Peggie   06/01/2011 04:05 PM
Electronically signed: Sehgal, Vivek MD   06/01/2011 04:34 PM

| 2485838969 | IMAGE CENTER | 11:11:59 a.m.   06-02-2011   16/16 |

22C440773

**Bio-Magnetic**
MRI/MRA
Imaging
Centers

Bio-Magnetic Resonance, Inc.
30781 Stephenson Highway
MADISON HEIGHTS, MI 48071
(248) 585-5115
FAX (248) 585-0234

The Imaging Center
15670 Southfield Road
ALLEN PARK, MI 48101
(313) 294-2897
FAX (313) 294-2915

Bio-Magnetic Resonance, Inc.
25100 Kelly Road
ROSEVILLE, MI 48066
(586) 445-4900
FAX (586) 445-4902

Biomagnetic Imaging Center
960 River Centre Drive
PORT HURON, MI 48060
(810) 966-8523
FAX (810) 966-5056

The Imaging Center
4447 Talmadge, Suite H
TOLEDO, OH 43623
(888) 674-8653
FAX (888) 674-8654

(888) MRI-TODAY
(674-8632)
www.biomagmri.com

**EXAM DATE:** 05/31/2011 11:33:19
**PATIENT NAME:**
**PATIENT ID:** 1707460
**LOCATION:** THE IMAGING CENTER

SEX: M
DOB:

**IMPRESSION:**

1. No significant intracranial abnormalities seen.
2. Sinus disease in the frontal, ethmoid, maxillary sinuses and bilateral mastoid inflammatory changes.

Thank you for your referral.

Dictated: Sehgal, Vivek MD   06/01/2011 02:56 PM
Transcribed: Solomon, Peggie   06/01/2011 04:05 PM
Electronically signed: Sehgal, Vivek MD   06/01/2011 04:34 PM

2