# *Exhibit 25*



**National Plan & Provider Enumeration System**

Home          Help

Back to Results

The information for the Organization you selected is displayed. The NPI Registry data was last updated on 04/30/2013.

**NOTE:** Some health care providers reported SSN or IRS ITIN information in sections of the NPI application that contain information that is required to be disclosed under FOIA. For example, an incorporated individual may have reported an SSN as the EIN of the corporation. To protect the privacy of this individual, we have temporarily suppressed the EIN, and we have made every attempt to locate and remove SSN and IRS ITIN information from being displayed in any of the other information provided below.

## Organization Information:

| | |
|---|---|
| **Organization Name (LBN):** | MICHIGAN BIO TECH PARTNERS, LLC |
| **Doing Business As (DBA):** | THE IMAGING CENTER, LLC |
| **EIN:** | \<temporarily suppressed\> |
| **Organization Subpart:** | NO |

## Authorized Official Information:

| | |
|---|---|
| **Name:** | RAM GUNABALAN M.D. |
| **Title/Position:** | PRESIDENT |
| **Phone Number:** | 2485838922 |

## NPI Information:

| | |
|---|---|
| **NPI:** | 1821095472 |
| **Entity Type:** | 2-ORGANIZATION |
| **Enumeration Date:** | 06/28/2005 |
| **Last Update Date:** | 04/29/2008 |
| **Replacement NPI:** | |
| **Deactivation Date:** | |
| **Reactivation Date:** | |

## Provider Business Mailing Address:

| | |
|---|---|
| **Address:** | 30781 STEPHENSON HWY MADISON HEIGHTS, MI 48071-1618 |
| **Phone Number:** | 2485838922 |
| **Fax Number:** | 2485838969 |

## Provider Business Practice Location Address:

| | |
|---|---|
| **Address:** | 15670 SOUTHFIELD RD ALLEN PARK, MI 48101-2513 |
| **Phone Number:** | 3132942897 |
| **Fax Number:** | 3132942915 |

## Organization Taxonomy:

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| YES | 261QM1200X - CLINIC/CENTER - MAGNETIC RESONANCE IMAGING (MRI) | | |

## Other Provider Identifier:

| Issuer | Number | State | Issuer |
|---|---|---|---|
| OTHER | 310H222470 | MI | BCBS OF MICHIGAN |
| MEDICARE PIN | 0P31590 | | |
| OTHER | ========= | MI | TAX ID NUMBER |
| OTHER | DC3998 | MI | RAILROAD MEDICARE |
| OTHER | 1821095472 | MI | NPI |

Back to Results

Bio-Magnetic MRI/MRA Imaging Centers



| HOME | FAQs | LOCATIONS | INSURANCE | SCHEDULING | EQUIPMENT | RADIOLOGISTS | WHATS NEW | ABOUT US | RESOURCES | CONTACT US |

Google™ Custom Search [Search]

## About Our Company



Since our inception in 1989, Bio-Magnetic "OPEN" MRI/MRA IMAGING CENTERS have been producing comprehensive state of the art Magnetic Resonance Imaging (MRI) and Magnetic Resonance Angiography (MRA) in our freestanding outpatient diagnostic centers in Michigan and Ohio. We are very proud to be celebrating our 20th year Anniversary. With today's health care industry, we strive even more than most to maintain and assure that you, a family member or friend are receiving the latest in MR Technology. Same or next day appointments are our specialty. Verification is made to any and all insurance companies for coverage and pre-certification prior to services. Verbal, fax, email and online results are available to referring physicians. Each patient receives a complimentary CD of their study and there is no charge upon request from a physician for copies of their patient's films. Complimentary transportation is available to patients who do not have the ability to provide their own transportation.

 or 

## What To Expect

Wear comfortable clothing without any metal zippers, snaps or buttons. Patient gowns are available if you do not have this type of clothing. Leave jewelry, watches, hair clips and belt buckles at home. Patient lockers are available.

MEDICAL HISTORIES are obtained to fully understand the condition of the patient and to rule out any metal or foreign bodies that may be in the patients body. Blood lab results may be necessary for patients that are receiving contrast and who have kidney disease, high blood pressure and diabetes. These blood tests can be performed on-site for those patients that may require them before scanning. Typically, there are NO preparations or dieting for an MRI scan, although abdominal and pelvis scans may require some preparation.

**Click Here to Learn More...**



## Our Locations

We have "5" locations to serve you. Four of them are conveniently located throughout Metropolitan Detroit: Allen Park, Madison Heights, Port Huron and Roseville. Our fifth location is in Toledo, Ohio.

 **The Imaging Center**
Allen Park, MI

 **Bio-Magnetic Resonance, Inc.**
Madison Heights, MI

 **Biomagnetic Imaging Center**
Port Huron, MI

**Bio-Magnetic Resonance, Inc.**

## Our Staff



The entire Technical staff performing your MRI scans are registered in MR Imaging and one or more other Radiology categories.

Our Radiologists (Physicians interpreting your MRI) are all Board Certified, specializing in Neuro, Orthopedics, Breast and Musculoskeletal Radiology.

Together our team of Physicians and technologists possess many years of expertise.

SEDATION is provided to patients who are claustrophobic and/or are in need of pain management by our full time nursing staff of Board Certified Registered Nurses.

These nurses provide both oral and/or inter-

Bio-Magnetic MRI/MRA Imaging Centers



 Roseville, MI

 **The Imaging Center**
Toledo, OH

muscular (IM) injection sedation prior to the MRI scan. This will allow for patients to be relaxed and comfortable during their scan and assure quality control of the images that are performed. The nursing staff is readily available to take medical histories on all referred patients. A licensed driver must accompany patients that receive sedation to ensure that they return home safely after completion of their study.



Open 7 Days a Week from:
**6:00AM - 11:00PM**
**Call Toll Free (888) MRI-TODAY (674-8632)**
or view each location for their direct phone number

HOME  |  FAQs  |  LOCATIONS  |  INSURANCE  |  SCHEDULING  |  EQUIPMENT  |  RADIOLOGISTS  |  WHATS NEW  |  ABOUT US  |  RESOURCES  |  CONTACT US

©2009. All Rights Reserved

Bio-Magnetic MRI/MRA Imaging Centers



| HOME | FAQs | LOCATIONS | INSURANCE | SCHEDULING | EQUIPMENT | RADIOLOGISTS | WHATS NEW | ABOUT US | RESOURCES | CONTACT US |

[Google Custom Search] [Search]

## Our Leadership



**General Manager**
*Privacy Officer*

Pat Sanford
Direct Line: (248) 284-2308
Fax: (248) 583-1088
E-mail: psanford@biomaginc.com



**Administrator**
Joanne Gunabalan
Phone: (248) 585-5115
Fax: (248) 585-0234



**President**
Dr. Ram Gunabalan, M.D.
Phone: (248) 585-5115
Fax: (248) 585-0234



**Central Accounting and Insurance Verification**
*Department Supervisor*

Sheila Radunz
Direct Line: (248) 284-2316
Fax: (248) 583-8969
E-mail: sradunz@biomaginc.com



**Central Transcription/Radiologist Secretary**
*Department Supervisor*

Peggie Samuel-Solomon
Direct Line: (248) 284-2310
Fax: (248) 658-0191
E-mail: psamuel@biomaginc.com



**Business Development**
*Marketing Manager*

Karen M. Wasztyl
Direct Line: (248) 284-2334
Fax: (734) 675-7735
E-mail: kmwasztyl@biomaginc.com

**Medical Records**
Karen Danaher
Direct Line: (248) 284-2307
Fax: (248) 585-0234
E-mail: kdanaher@biomaginc.com

## Message Us

Your Name: *

Your Email: *

Your Phone:

Comments:

[Submit]



Bio-Magnetic MRI/MRA Imaging Centers





**Technical and Nursing Supervisor**
*Madison Heights*

Brenda Burkhart-Tucker
Direct Line: (248) 284-2309
Fax: (248) 585-0234
E-mail: btucker@biomaginc.com



**Scheduling/Reception/Transportation**
*Clerical Supervisor, Madison Heights*

Sue Todd
Phone: (248) 284-2306
Fax: (248) 585-0234
E-mail: stodd@biomaginc.com



**Technical and Office Manager**
*Allen Park*

David Smith
Phone: (313) 294-2897
Fax: (313) 294-2915
E-mail: dsmith@biomaginc.com



**Technical and Office Manager**
*Port Huron*

Carol Tassie
Phone: (810) 966-8523
Fax: (810) 966-5056
E-mail: ctassie@oaph.com



**Technical and Office Manager**
*Toledo, Ohio*

Tony Eccleston
Phone: (419) 292-0400
or: (888) 674-8653
Fax: (419) 292-0409
or: (888) 674-8650
E-mail: aeccleston@biomaginc.com

Open 7 Days a Week from:
## 6:00AM - 11:00PM
## Call Toll Free (888) MRI-TODAY (674-8632)
or view each location for their direct phone number

HOME | FAQs | LOCATIONS | INSURANCE | SCHEDULING | EQUIPMENT | RADIOLOGISTS | WHATS NEW | ABOUT US | RESOURCES | CONTACT US

©2009. All Rights Reserved

Bio-Magnetic MRI/MRA Imaging Centers



| HOME | FAQs | LOCATIONS | INSURANCE | SCHEDULING | EQUIPMENT | RADIOLOGISTS | WHATS NEW | ABOUT US | RESOURCES | CONTACT US |

Custom Search   [Search]



### The Imaging Center
15670 Southfield Road Allen Park, MI 48101
Telephone: (313) 294-2897
Fax: (313) 294-2915

[View Details]

### Bio-Magnetic Resonance, Inc.
30781 Stephenson Highway Madison Heights, MI 48071
Telephone: (248) 585-5115
Fax: (248) 585-0234

[View Details]

### Biomagnetic Imaging Center
960 River Center Drive Port Huron, MI 48060
Telephone: (810) 966-8523
Fax: (810) 966-5056

[View Details]

### Bio-Magnetic Resonance, Inc.
25100 Kelly Road Roseville, MI 48066
Telephone: (586) 445-4900
Fax: (586) 445-4902

[View Details]

### The Imaging Center
4447 Talmadge Rd Suite H Toledo, OH 43623
Telephone: (888) MRI-TOLEDO (674-8653)
Fax: (888) 674-8650

[View Details]

Open 7 Days a Week from:
## 6:00AM - 11:00PM
## Call Toll Free (888) MRI-TODAY (674-8632)
or view each location for their direct phone number

HOME  |  FAQs  |  LOCATIONS  |  INSURANCE  |  SCHEDULING  |  EQUIPMENT  |  RADIOLOGISTS  |  WHATS NEW  |  ABOUT US  |  RESOURCES  |  CONTACT US

©2009. All Rights Reserved

### MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
### BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
### PROFIT CORPORATION INFORMATION UPDATE
## 2009

---

[X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

---

| Identification Number | Corporation Name |
|---|---|
| 157055 | BIO-MAGNETIC RESONANCE, INC. |

Resident agent name and mailing address of the registered office

**RAM GUNABALAN MD**

MI

The address of the registered office
**4320 NEWCASTLE**

**CLARKSTON MI 48348**

Describe the purpose and activities of the corporation during the year covered by this report:

---

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| **RAM GUNABALAN** | **AUTHORIZED OFFICER OR AGENT** | **248-619-9771** |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

---

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25.00 | 04/22/2009 08:02:31 | 71315 6801 157055 2009 |

BCS/CD-2500 (12/09)

## DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
### PROFIT CORPORATION INFORMATION UPDATE

# 2010



**Due May 15, 2010**     **File Online at www.michigan.gov/fileonline**

| Identification Number | Corporation name |
|---|---|
| **157055** | BIO-MAGNETIC RESONANCE, INC. |

**Resident agent name and mailing address of the registered office**

RAM GUNABALAN MD
4320 NEWCASTLE
CLARKSTON MI 48348

RECEIVED

APR 20 2010

DLEG $25.00

FILED

MAY 10 2010

by Department
Bureau of Commercial Services

**For Bureau use only**
**Fee Received**

- ☐ $25 before May 16
- ☐ $35 (May 16 - 31)
- ☐ $45 (June 1 - 30)
- ☐ $55 (July 1 - 31)
- ☐ $65 (Aug 1 - 31)
- ☐ $75 after August 31

**The address of the registered office**

4320 NEWCASTLE
CLARKSTON MI 48348

☒ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

1. Mailing address of registered office in Michigan (may be a P.O. Box)    2. Resident Agent

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

| 5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| | President (Required) | |
| If different than President | Secretary (Required) | |
| | Treasurer (Required) | |
| | Vice - President | |
| If different than Officers | Director | |
| | Director | |
| | Director | |

| 6. Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| *R Gunabalan* | PRESIDENT | 4-13-2010 | |

## Filing fee $25
## Report due May 15, 2010.

**If received after May 15, penalty fees will be assessed.**

Please make your check or money order payable to the State of Michigan.

Return to : Department of Energy, Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30481
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended. Failure to file this report may result in the dissolution of the corporation. Late filing will result in penalty fees.

BCS/CD-2500 (12/10)



# DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
## PROFIT CORPORATION INFORMATION UPDATE

# 2011

**Due May 15, 2011**         **File Online at www.michigan.gov/fileonline**

| Identification Number | Corporation name |
|---|---|
| **157055** | **BIO-MAGNETIC RESONANCE, INC.** |

| Resident agent name and mailing address of the registered office | For Bureau use only Fee Received |
|---|---|
| **RAM GUNABALAN MD** FILED  RECEIVED<br>**4320 NEWCASTLE**<br>**CLARKSTON MI 48348**  MAY 17 2011  APR 25 2011<br>By Department<br>Bureau of Commercial Services  DLEG $25.00 | ☐ $25 before May 16<br>☐ $35 (May 16 - 31)<br>☐ $45 (June 1 - 30)<br>☐ $55 (July 1 - 31)<br>☐ $65 (Aug 1 - 31)<br>☐ $75 after August 31 |

The address of the registered office

**4320 NEWCASTLE**
**CLARKSTON MI 48348**

☒ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

1. Mailing address of registered office in Michigan (may be a P.O. Box) | 2. Resident Agent

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

| 5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| If different than President | President (Required) | |
| | Secretary (Required) | |
| | Treasurer (Required) | |
| | Vice - President | |
| If different than Officers | Director | |
| | Director | |
| | Director | |

| 6. Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| *[signature]* | PRESIDENT | 4/22/2011 | |

## Filing fee $25
## Report due May 15, 2011.

### If received after May 15, penalty fees will be assessed.

Please make your check or money order payable to the State of Michigan.
Include payment with completed report in the same envelope.
Return to :   Department of Energy, Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30481
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included.  Do not staple any items to report.  This report is required by Section 911, Act 284, Public Acts of 1972, as amended.
Failure to file this report may result in the dissolution of the corporation. Late filing will result in penalty fees.