*Exhibit 26*

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION**
**PROFIT CORPORATION INFORMATION UPDATE**

## 2011

| Identification Number | Corporation Name |
|---|---|
| 03533P | ORTHOPEDIC SURGEONS, P.C. |

**Resident agent name and mailing address of the registered office**

RAM GUNABALAN

MI

**The address of the registered office**

363 W BIG BEAVER RD

TROY MI 48084

**Describe the purpose and activities of the corporation during the year covered by this report:**

PROVIDE MEDICAL AND ANCILLARY SERVICES

### Officer/Director Information

| NAME | TITLE | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| RAM GUNABALAN | PRESIDENT | 363 W BIG BEAVER ROAD SUITE 200 TROY MI 48084 |
| RAM GUNABALAN | SECRETARY | 363 W BIG BEAVER ROAD SUITE 200 TROY MI 48084 |
| RAM GUNABALAN | TREASURER | 363 W BIG BEAVER ROAD SUITE 200 TROY MI 48084 |
| RAM GUNABALAN | DIRECTOR | 363 W BIG BEAVER ROAD SUITE 200 TROY MI 48084 |

### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| RAM GUNABALAN | AUTHORIZED OFFICER OR AGENT | 248-619-9771 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 75 | 09/08/2011 14:56:58 | 71315 6801 03533P 2011 |

5

1   A.  I was part of it, but it wasn't -- they were -- Strategic
2        Revenue Solutions approached the owners of the facility
3        and then I was involved after that.
4   Q.  And who are the owners of the facility?
5   A.  Oakwood Health Systems, Oakwood Hospital, and Madras,
6        M-a-d-r-a-s.
7   Q.  Okay.  So you -- just to clarify, Oakwood Health Systems
8        owns Maple Millennium?
9   A.  It's a partnership between Oakwood Health Systems and
10       Madras.
11  Q.  And so Oakwood Health Systems and Madras are the
12       partners.  Is that correct?
13  A.  Uh-huh.
14  Q.  And what is Madras?
15  A.  It's a group of investors.
16  Q.  Do you know how many investors?
17  A.  The exact number, I do not know.
18  Q.  Do you know approximately?
19  A.  I believe two to four, but there might be some silent
20      investors and I just -- I don't want to speak to it for
21      sure.
22  Q.  Okay.  And what would give you the impression that there
23      would be silent investors?
24  A.  Again, I don't know the complete set-up of Madras, so --
25      so I believe I misspoke, then.  I'm saying there's two to

6

1       four but I don't know exactly their names so I don't want
2       to say for sure.
3   Q.  Do you know any of the names of the two to four?
4   A.  Sure.  Dr. Ram Gunabalan, G-u-n-a-b-a-l-a-n.
5   Q.  And I'm sorry, you said that's Ram?
6   A.  Ram.
7   Q.  R-o-m?
8   A.  R-a-m.
9   Q.  R-a-m.
10  A.  Yeah.
11  Q.  Ram Gunabalan?
12  A.  Yeah.
13  Q.  And he is, just to clarify, one of the investors of
14      Madras.  Is that correct?
15  A.  Yes.  Yeah.
16  Q.  Okay.
17  A.  And then there's his partner and, again, I don't know the
18      exact name of it.  That's why I don't know how many people
19      are involved in that.  That's why I can't speak to it, so
20      -- but those two entities make up Madras.
21  Q.  Okay.  Do you know his partner?
22  A.  No, I don't.
23  Q.  Okay.  But you know he has a partner?
24  A.  Uh-huh.
25  Q.  And how do you know he has a partner?