*Exhibit 27*

**Exhibit 27 - MRI Appendix**

| Rico Event | Claim Number | DOL | MRI DOS | Region | MRI | Ordering Group | Ordering Physician | Amount Charged |
|---|---|---|---|---|---|---|---|---|
| 27 | 22B185061 | 8/20/2010 | 2/7/2011 | Cervical/Brain | Biomagnetic | Medical Evaluations | James Beale | $10,800 |
| 126 | 22A931736 | 1/1/2009 | 5/16/2009 | Cervical/Knee | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $9,300 |
| 124 | 22K359794 | 11/24/2008 | 7/18/2009 | Cervical/Lumbar | Biomagnetic | | Sean Hoban | $32,400 |
| 140 | 22B023938 | 8/10/2009 | 12/5/2009 | Cervical | Biomagnetic | | Sean Hoban | $5,400 |
| 140 | 22B023938 | 8/10/2009 | 12/26/2009 | Shoulder | Biomagnetic | | Sean Hoban | $3,900 |
| 14 | 22B124770 | 3/7/2010 | 5/28/2010 | Cervical/Lumbar | Biomagnetic | Choice House Call | Martin Quiroga | $10,800 |
| 103 | 22A764548 | 12/29/2007 | 6/3/2008 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Chardoul | $5,590 |
| 19 | 22B174406 | 7/3/2010 | 5/9/2011 | Elbow | Biomagnetic | Medical Evaluations | James Beale | $3,900 |
| 132 | 22B024314 | 3/5/2009 | 6/13/2009 | Lumbar | Biomagnetic | | Sean Hoban | $5,400 |
| 108 | 22A780510 | 2/2/2008 | 7/12/2008 | Cervical/Shoulder | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $9,300 |
| 36 | 22C446086 | 1/8/2011 | 4/27/2011 | Lumbar/Thoracic | Biomagnetic | | Syed Raoof | $10,800 |
| 106 | 22A781941 | 2/6/2008 | 5/17/2008 | Cervical/Shoulder | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,625 |
| 106 | 22A781941 | 2/6/2008 | 10/11/2008 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,790 |
| 136 | 22A987235 | 5/8/2009 | 6/27/2009 | Brain | Biomagnetic | | Sean Hoban | $5,400 |
| 136 | 22A987235 | 5/8/2009 | 9/12/2009 | Cervical | Biomagnetic | | Sean Hoban | $5,400 |
| 114 | 22K359580 | 3/22/2008 | 1/3/2009 | Lumbar | Biomagnetic | | Sean Hoban | $10,800 |
| 152 | 22010T773 | 3/27/2011 | 4/30/2011 | Cervical/Brain | Biomagnetic | Mundy Pain Clinic | Sean Hoban | No Bill |
| 152 | 22010T773 | 3/27/2011 | 5/7/2011 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | No Bill |
| 109 | 22A780510 | 2/2/2008 | 7/12/2008 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 109 | 22A780510 | 2/2/2008 | 7/19/2008 | Cervical/Thoracic | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $10,800 |
| 128 | 22A945975 | 1/22/2009 | 5/9/2009 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 115 | 22A824299 | 5/10/2008 | 8/30/2008 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 115 | 22A824299 | 5/10/2008 | 9/13/2008 | Shoulder | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $3,900 |
| 134 | 59A225699 | 4/10/2009 | 9/12/2009 | Brain | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $10,800 |
| 134 | 59A225699 | 4/10/2009 | 9/26/2009 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 100 | 22A756886 | 12/12/2007 | 5/3/2008 | Cervical | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $2,600 |
| 11 | 22B019145 | 7/27/2009 | 12/23/2009 | Cervical/Brain | Biomagnetic | Medical Evaluations | Joel Millner | $10,800 |
| 40 | 22C450882 | 3/13/2011 | 5/24/2011 | Cervical | Biomagnetic | Medical Evaluations | James Beale | $5,400 |
| 105 | 22A782906 | 2/8/2008 | 10/16/2010 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $3,900 |
| 113 | 22A798218 | 3/6/2008 | 5/3/2008 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $2,600 |
| 42 | 22013Z996 | 4/22/2011 | 6/3/2011 | Lumbar | Biomagnetic | | Syed Raoof | $5,400 |
| 110 | 22A670362 | 5/24/2007 | 6/28/2008 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $2,600 |
| 144 | 22B141543 | 4/23/2010 | 7/24/2010 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $10,800 |
| 104 | 22A670362 | 5/24/2007 | 6/28/2008 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $2,600 |
| 146 | 22B142211 | 4/27/2010 | 8/14/2010 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $10,800 |
| 146 | 22B142211 | 4/27/2010 | 10/16/2010 | Shoulder/Ankle | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $7,800 |
| 107 | 22K359552 | 2/8/2008 | 6/28/2008 | Shoulder | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $2,600 |
| 107 | 22K359552 | 2/8/2008 | 9/13/2008 | Cervical | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 107 | 22K359552 | 2/8/2008 | 7/18/2009 | Brain | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 127 | 22K359966 | 11/29/2008 | 4/18/2009 | Cervical | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,900 |
| 81 | 22228G773 | 12/14/2012 | 2/8/2013 | Cervical/Lumbar | Biomagnetic | | Christopher McNeil | $10,800 |
| 81 | 22228G773 | 12/14/2012 | 2/11/2013 | Thoracic | Biomagnetic | | Christopher McNeil | $5,400 |
| 1 | 22A968210 | 3/21/2009 | 11/19/2009 | Lumbar | Biomagnetic | | Saul Weingarden | $5,400 |
| 112 | 22K359621 | 3/14/2008 | 8/23/2008 | Ankle/Knee | Biomagnetic | | Saul Weingarden | No Bill |
| 112 | 22K359621 | 3/14/2008 | 10/11/2008 | Lumbar | Biomagnetic | | Saul Weingarden | $5,400 |
| 149 | 22C449799 | 3/8/2011 | 6/4/2011 | Cervical/Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $10,800 |
| 125 | 22A912563 | 11/22/2008 | 5/16/2009 | Lumbar | Biomagnetic | Mundy Pain Clinic | Sean Hoban | $5,400 |
| 133 | 22B024314 | 3/5/2009 | 6/13/2009 | Knee | Biomagnetic | | Sean Hoban | $3,900 |
| 151 | 22012N185 | 4/6/2011 | 6/8/2011 | Cervical/Lumbar/Brain | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $16,200 |
| 151 | 22012N185 | 4/6/2011 | 6/13/2011 | Thoracic/Shoulder | Biomagnetic | Mundy Pain Clinic | Martin Quiroga | $9,300 |
| 10 | 22K360015 | 4/16/2009 | 12/15/2009 | Cervical/Lumbar | Biomagnetic | Medical Evaluations | James Beale | $10,800 |
| 118 | 22A869596 | 8/11/2008 | 5/26/2009 | Cervical/Lumbar | Biomagnetic | | Sean Hoban | $10,800 |