# *Exhibit 28*

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE — MM | DD | YY — SEX   M [X]   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS   Single   Married   Other
Employed   Full-Time Student   Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES [X]NO

a. INSURED'S DATE OF BIRTH — MM | DD | YY — SEX   M [X]   F

b. OTHER INSURED'S DATE OF BIRTH — MM | DD | YY — SEX   M   F

b. AUTO ACCIDENT?   [X]YES   NO   PLACE (State) [M I]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   [X]NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [X] NO   *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   02/25/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) — MM 11 | DD 08 | YY 10   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM | DD | YY   TO MM | DD | YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN

17a.
17b. NPI   1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM | DD | YY   TO MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   [X]NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0
2. 840.9
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 10 10  12 10 10 | 11 | | 97003 | GO | 12 | 225.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 2 | 12 10 10  12 10 10 | 11 | | 97535 | GO | 12 | 70.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 3 | 12 10 10  12 10 10 | 11 | | 97110 | GO | 12 | 75.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 4 | 12 10 10  12 10 10 | 11 | | 97140 | GO | 12 | 65.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 5 | 12 10 10  12 10 10 | 11 | | 97035 | GO | 12 | 60.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 6 | 12 10 10  12 10 10 | 11 | | 97014 | GO | 12 | 55.00 | 1 | | NPI | MEGAN RUTLEDGE |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
27-1033080   [X]

26. PATIENT'S ACCOUNT NO.
CHAJO0000 1286

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X]YES   NO

28. TOTAL CHARGE   $ 550.00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 550.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MEGAN RUTLEDGE OTR
SIGNED   02/25/11   DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

33. BILLING PROVIDER INFO & PH. #   (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

CARRIER

**(1500)**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE — SEX M [X] F
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED — Self [X] Spouse Child Other
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS — Single Married Other

Employed Full-Time Student Part-Time Student

PATIENT AND INSURED INFORMATION

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) YES [X] NO
a. INSURED'S DATE OF BIRTH — SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY — SEX M F
b. AUTO ACCIDENT? [X] YES NO PLACE (State) [MI]
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? YES [X] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME — STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE 02/25/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: MM 11 DD 08 YY 10  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  INJURY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  SAUL WEINGARDEN
17a.
17b. NPI 1760459994
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0
2. 840.9
3.
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 10 10 | 12 10 10 | 11 | | 97010 GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97010 GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97014 GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97035 GO | 12 | 60.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97140 GO | 12 | 65.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97110 GO | 12 | 75.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
27-1033080  [X]
26. PATIENT'S ACCOUNT NO.  CHAJO0000 1286
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES NO
28. TOTAL CHARGE $ 365.00
29. AMOUNT PAID $
30. BALANCE DUE $ 365.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MEGAN RUTLEDGE OTR  02/25/11
SIGNED  DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107  b.

33. BILLING PROVIDER INFO & PH # (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE  MI  48021
a. 1285954107  b.

PHYSICIAN OR SUPPLIER INFORMATION

**(1500)**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1): 22C415636

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial):

**3. PATIENT'S BIRTH DATE** MM | DD | YY   **SEX** M ☒  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial):

**5. PATIENT'S ADDRESS** (No., Street):

**6. PATIENT RELATIONSHIP TO INSURED**: Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street):

**8. PATIENT STATUS**: Single ☐  Married ☐  Other ☐   Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial):

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM | DD | YY   **SEX** M ☒  F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM | DD | YY   SEX M ☐ F ☐

b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) MI

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

c. OTHER ACCIDENT? ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**: STATE FARM INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  02/25/11

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM 11 | DD 08 | YY 10   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM | DD | YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM | DD | YY   TO MM | DD | YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**: SAUL WEINGARDEN   17b. NPI 1760459994

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM | DD | YY   TO MM | DD | YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)

1. 847.9   3.
2.   4.

**22. MEDICAID RESUBMISSION** CODE   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 10 10 | 12 10 10 | 11 | | 97001 | GP | 1 | 225 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |
| 12 10 10 | 12 10 10 | 11 | | 97010 | GP | 1 | 55 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97010 | GP | 1 | 55 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97014 | GP | 1 | 55 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97035 | GP | 1 | 60 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |
| 12 17 10 | 12 17 10 | 11 | | 97140 | GP | 1 | 65 00 | 1 | | | MANAS BASTHA |
| | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒   27-1033080

**26. PATIENT'S ACCOUNT NO.**: CHAJO000 1285

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE**: $ 515 00

**29. AMOUNT PAID**: $

**30. BALANCE DUE**: $ 515 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  MANAS BASTHA RPT   DATE  02/25/11

**32. SERVICE FACILITY LOCATION INFORMATION**: POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107  b.

**33. BILLING PROVIDER INFO & PH. #**: (586)774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

**1500**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

☐ PICA

CARRIER

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 22C415636 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX M ☒ F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

PATIENT AND INSURED INFORMATION

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M ☒ F ☐ |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) MI | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   02/25/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM DD YY 11 08 10 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   FROM   TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE SAUL WEINGARDEN | 17a. 17b. NPI 1760459994 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY   FROM   TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. |847.0    3. |
2. |840.9    4. |

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 17 10 | 12 17 10 | 11 | | 97535   GO | 12 | 70.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN 27-1033080 ☐ ☒ | 26. PATIENT'S ACCOUNT NO. CHAJO000 1286 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $ 70 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 70 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) MEGAN RUTLEDGE OTR   02/25/11 SIGNED   DATE | 32. SERVICE FACILITY LOCATION INFORMATION POINTE PHYSICAL THERAPY 17200 E.10 MILE RD. EASTPOINTE, MI 48021 a. 1285954107   b. | 33. BILLING PROVIDER INFO & PH. # (586) 774-5006 POINTE PHYSICAL THERAPY 17200 E. 10 MILE SUITE 165 EASTPOINTE   MI   48021 a. 1285954107   b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

□ PICA                                                                                                    PICA □

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M X   F □

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse □   Child □   Other □

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single □   Married □   Other □
Employed □   Full-Time Student □   Part-Time Student □

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
□ YES   X NO

a. INSURED'S DATE OF BIRTH   MM DD YY   M X   F □

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX   M □   F □

b. AUTO ACCIDENT?   PLACE (State)
X YES   NO   LMI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
□ YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES   X NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   02/25/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM DD YY   11 08 10   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN

17b. NPI   1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   □ YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 17 10 | 12 17 10 | 11 | | 97110 | GP | 1 | 75.00 | 1 | | NPI | MANAS BASTHA |
| 2 | 01 21 11 | 01 21 11 | 11 | | 97010 | GP | 1 | 55.00 | 1 | | NPI | JUSTES GEORGE |
| 3 | 01 21 11 | 01 21 11 | 11 | | 97014 | GP | 1 | 55.00 | 1 | | NPI | JUSTES GEORGE |
| 4 | 01 21 11 | 01 21 11 | 11 | | 97035 | GP | 1 | 60.00 | 1 | | NPI | JUSTES GEORGE |
| 5 | 01 21 11 | 01 21 11 | 11 | | 97124 | GP | 1 | 60.00 | 1 | | NPI | JUSTES GEORGE |
| 6 | 01 21 11 | 01 21 11 | 11 | | 97110 | GP | 1 | 75.00 | 1 | | NPI | JUSTES GEORGE |

25. FEDERAL TAX I.D. NUMBER   SSN □ EIN X
27-1033080

26. PATIENT'S ACCOUNT NO.
CHAJO0000 1285

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   □ NO

28. TOTAL CHARGE   $ 380.00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 380.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED   JUSTES GEORGE RPT   DATE   02/25/11

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

33. BILLING PROVIDER INFO & PH. # (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

**(1500)**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 22C415636 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| 3. PATIENT'S BIRTH DATE  SEX M [X] F | |
| 5. PATIENT'S ADDRESS (No., Street) | 7. INSURED'S ADDRESS (No., Street) |
| 6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse Child Other | |

8. PATIENT STATUS: Single, Married, Other; Employed, Full-Time Student, Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES [X]NO
b. AUTO ACCIDENT? [X]YES NO  PLACE (State) L MI J
c. OTHER ACCIDENT? YES [X]NO

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH  SEX M [X] F
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME  STATE FARM INSURANCE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**  DATE **02/25/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: **11 08 10** INJURY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE **SAUL WEINGARDEN**
17b. NPI **1760459994**

20. OUTSIDE LAB? YES [X]NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. **847.9**

| | DATE(S) OF SERVICE From / To | B. PLACE | C. EMG | D. CPT/HCPCS MODIFIER | E. DIAG PTR | F. $ CHARGES | G. DAYS/UNITS | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|
| 1 | 01 21 11  01 21 11 | 11 | | 97002  GP | 1 | 150.00 | 1 | JUSTES GEORGE |
| 2 | 01 28 11  01 28 11 | 11 | | 97010  GP | 1 | 55.00 | 1 | JUSTES GEORGE |
| 3 | 01 28 11  01 28 11 | 11 | | 97014  GP | 1 | 55.00 | 1 | JUSTES GEORGE |
| 4 | 01 28 11  01 28 11 | 11 | | 97035  GP | 1 | 60.00 | 1 | JUSTES GEORGE |
| 5 | 01 28 11  01 28 11 | 11 | | 97124  GP | 1 | 60.00 | 1 | JUSTES GEORGE |
| 6 | 01 28 11  01 28 11 | 11 | | 97110  GP | 1 | 75.00 | 1 | JUSTES GEORGE |

25. FEDERAL TAX I.D. NUMBER **27-1033080** EIN [X]
26. PATIENT'S ACCOUNT NO. **CHAJO000  1285**
27. ACCEPT ASSIGNMENT? [X]YES NO
28. TOTAL CHARGE **455.00**
30. BALANCE DUE **455.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER **JUSTES GEORGE RPT** DATE **02/25/11**

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. **1285954107**

33. BILLING PROVIDER INFO & PH. # **(586)774-5006**
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE  MI  48021
a. **1285954107**

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
NUCC Instruction Manual available at: www.nucc.org
WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

## (1500) HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒
1a. INSURED'S I.D. NUMBER: 22C415636

3. PATIENT'S BIRTH DATE — SEX M ☒ F
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
8. PATIENT STATUS: Single ☐ Married ☐ Other ☐ — Employed ☐ Full-Time Student ☐ Part-Time Student ☐

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES ☐ NO ☒
b. AUTO ACCIDENT? YES ☒ NO ☐ PLACE (State) MI
c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE — SIGNED: SIGNATURE ON FILE  DATE 03/29/11
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE — SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: 11 08 10 — INJURY
17. NAME OF REFERRING PROVIDER: SAUL WEINGARDEN  17b. NPI 1760459994
20. OUTSIDE LAB? YES ☐ NO ☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 847.0
2. 840.9

25. FEDERAL TAX I.D. NUMBER: 27-1033080 ☒ EIN
26. PATIENT'S ACCOUNT NO.: CHAJO000 1412
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE $ 380.00
30. BALANCE DUE $ 380.00

| | DATE(S) OF SERVICE From — To | PLACE | EMG | CPT/HCPCS | MODIFIER | DIAG PTR | $ CHARGES | DAYS/UNITS | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 21 11 - 01 21 11 | 11 | | 97010 | GO | 12 | 55.00 | 1 | MEGAN RUTLEDGE |
| 2 | 01 21 11 - 01 21 11 | 11 | | 97014 | GO | 12 | 55.00 | 1 | MEGAN RUTLEDGE |
| 3 | 01 21 11 - 01 21 11 | 11 | | 97035 | GO | 12 | 60.00 | 1 | MEGAN RUTLEDGE |
| 4 | 01 21 11 - 01 21 11 | 11 | | 97140 | GO | 12 | 65.00 | 1 | MEGAN RUTLEDGE |
| 5 | 01 21 11 - 01 21 11 | 11 | | 97110 | GO | 12 | 75.00 | 1 | MEGAN RUTLEDGE |
| 6 | 01 21 11 - 01 21 11 | 11 | | 97535 | GO | 12 | 70.00 | 1 | MEGAN RUTLEDGE |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MEGAN RUTLEDGE OTR  SIGNED 03/29/11
32. SERVICE FACILITY LOCATION: POINTE PHYSICAL THERAPY  17200 E.10 MILE RD.  EASTPOINTE, MI 48021  1285954107
33. BILLING PROVIDER INFO & PH # (586)774-5006  POINTE PHYSICAL THERAPY  17200 E. 10 MILE SUITE 165  EASTPOINTE MI 48021  1285954107

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
NUCC Instruction Manual available at: www.nucc.org
WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | X | | | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street)

CITY

8. PATIENT STATUS
Single Married Other
Employed Full-Time Student Part-Time Student

ZIP

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES X NO

a. INSURED'S DATE OF BIRTH | SEX M X F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX M F

b. AUTO ACCIDENT?
X YES NO PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES X NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE **03/29/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
11 08 10 **INJURY**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN

17a.
17b. NPI **1760459994**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES X NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0
2. 840.9
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 28 11 | 01 28 11 | 11 | | 97010 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 2 | 01 28 11 | 01 28 11 | 11 | | 97014 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 3 | 01 28 11 | 01 28 11 | 11 | | 97035 | GO | 12 | 60.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 4 | 01 28 11 | 01 28 11 | 11 | | 97140 | GO | 12 | 65.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 5 | 01 28 11 | 01 28 11 | 11 | | 97110 | GO | 12 | 75.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 6 | 01 28 11 | 01 28 11 | 11 | | 97535 | GO | 12 | 70.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN
27-1033080 X

26. PATIENT'S ACCOUNT NO.
CHAJO000 1412

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES NO

28. TOTAL CHARGE
$ 380.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 380.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
03/29/11
MEGAN RUTLEDGE OTR
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107 b.

33. BILLING PROVIDER INFO & PH. # (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE MI 48021
a. 1285954107 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | X | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE — SEX  M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS  Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY — SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY — SEX M [ ] F [ ]

b. AUTO ACCIDENT?  YES [X] NO [ ]  PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME  STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ] NO [X]  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  03/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  11 08 10  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM — TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  SAUL WEINGARDEN
17a.
17b. NPI  1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM — TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ] NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0
2. 840.9
3.
4.

22. MEDICAID RESUBMISSION  CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 02 09 11  02 09 11 | 11 | | 97010  GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |
| 02 09 11  02 09 11 | 11 | | 97014  GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |
| 02 09 11  02 09 11 | 11 | | 97035  GO | 12 | 60.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |
| 02 09 11  02 09 11 | 11 | | 97140  GO | 12 | 65.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |
| 02 09 11  02 09 11 | 11 | | 97110  GO | 12 | 75.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |
| 02 09 11  02 09 11 | 11 | | 97535  GO | 12 | 70.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN  27-1033080 [X]

26. PATIENT'S ACCOUNT NO.  CHAJO000  1412

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X] NO [ ]

28. TOTAL CHARGE  $ 380.00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 380.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MEGAN RUTLEDGE OTR
SIGNED  03/29/11  DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107  b.

33. BILLING PROVIDER INFO & PH. #  (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE      MI      48021
a. 1285954107  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE / SEX   M | X | F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
CITY
ZIP

8. PATIENT STATUS
Single  Married  Other
Employed  Full-Time Student  Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  X NO

a. INSURED'S DATE OF BIRTH   MM DD YY   M | X | F

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M  F

b. AUTO ACCIDENT?   X YES  NO   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE   03/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)   11 08 10   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN
17a.
17b. NPI   1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 09 11 | 02 09 11 | 11 | 97010  GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |
| 2 | 02 09 11 | 02 09 11 | 11 | 97014  GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |
| 3 | 02 09 11 | 02 09 11 | 11 | 97035  GP | 1 | 60.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |
| 4 | 02 09 11 | 02 09 11 | 11 | 97124  GP | 1 | 60.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |
| 5 | 02 09 11 | 02 09 11 | 11 | 97110  GP | 1 | 75.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |
| 6 | 02 17 11 | 02 17 11 | 11 | 97010  GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
27-1033080   X

26. PATIENT'S ACCOUNT NO.
CHAJO0000  1413

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 360.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 360.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JUSTES GEORGE RPT
SIGNED   DATE   03/29/11

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

33. BILLING PROVIDER INFO & PH. # (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

CARRIER

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA ▮ | | PICA

**1.** MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER ☒ (ID) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
22C415636

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) | **3. PATIENT'S BIRTH DATE** MM DD YY | **SEX** M ☒ F ☐ | **4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street) | **6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐ | **7. INSURED'S ADDRESS** (No., Street)

CITY | **8. PATIENT STATUS** Single ☐ Married ☐ Other ☐ | CITY

ZIP | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial) | **10. IS PATIENT'S CONDITION RELATED TO:** | **11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER** | **a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☒ | **a. INSURED'S DATE OF BIRTH** MM DD YY | **SEX** M ☒ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY **SEX** M ☐ F ☐ | **b. AUTO ACCIDENT?** YES ☒ NO ☐ PLACE (State) MI | **b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME** | **c. OTHER ACCIDENT?** YES ☐ NO ☒ | **c. INSURANCE PLAN NAME OR PROGRAM NAME** STATE FARM INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. RESERVED FOR LOCAL USE** | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒ If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE  03/29/11 | **13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM 11 DD 08 YY 10 INJURY | **15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE** MM DD YY | **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** SAUL WEINGARDEN | 17a. | 17b. NPI 1760459994 | **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE** | **20. OUTSIDE LAB?** YES ☐ NO ☒ $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0   3. ⌐
2. 840.9   4. | **22. MEDICAID RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From / To MM DD YY | MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 17 11 | 02 17 11 | 11 | | 97010 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 2 | 02 17 11 | 02 17 11 | 11 | | 97014 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 3 | 02 17 11 | 02 17 11 | 11 | | 97035 | GO | 12 | 60.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 4 | 02 17 11 | 02 17 11 | 11 | | 97140 | GO | 12 | 65.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 5 | 02 17 11 | 02 17 11 | 11 | | 97110 | GO | 12 | 75.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |
| 6 | 02 17 11 | 02 17 11 | 11 | | 97535 | GO | 12 | 70.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN 27-1033080 ☒ | **26. PATIENT'S ACCOUNT NO.** CHAJO000  1412 | **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐ | **28. TOTAL CHARGE** $ 380.00 | **29. AMOUNT PAID** $ | **30. BALANCE DUE** $ 380.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
03/29/11
MEGAN RUTLEDGE OTR
SIGNED  DATE | **32. SERVICE FACILITY LOCATION INFORMATION** POINTE PHYSICAL THERAPY 17200 E.10 MILE RD. EASTPOINTE, MI 48021
a. 1285954107  b. | **33. BILLING PROVIDER INFO & PH. #** ( 586 ) 774-5006 POINTE PHYSICAL THERAPY 17200 E. 10 MILE SUITE 165 EASTPOINTE  MI  48021
a. 1285954107  b.

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

**(1500)**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| | | | | | PICA |
|---|---|---|---|---|---|

**1. MEDICARE** (Medicare #) | **MEDICAID** (Medicaid #) | **TRICARE CHAMPUS** (Sponsor's SSN) | **CHAMPVA** (Member ID#) | **GROUP HEALTH PLAN** (SSN or ID) | **FECA BLK LUNG** (SSN) | **OTHER** X (ID) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
22C415636

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE**   **SEX** M X F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** Self X Spouse Child Other

**7. INSURED'S ADDRESS** (No., Street)

**8. PATIENT STATUS** Single Married Other   Employed Full-Time Student Part-Time Student

CITY    ZIP

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES X NO

**a. INSURED'S DATE OF BIRTH**   **SEX** M X F

**b. OTHER INSURED'S DATE OF BIRTH**   MM DD YY   **SEX** M F

**b. AUTO ACCIDENT?** X YES NO   **PLACE (State)** MI

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
STATE FARM INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES NO *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 03/29/11

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM 11 DD 08 YY 10 INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
SAUL WEINGARDEN

17a.
17b. NPI 1760459994

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES X NO   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 17 11 | 02 17 11 | 11 | | 97014 | GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| 02 17 11 | 02 17 11 | 11 | | 97035 | GP | 1 | 60.00 | 1 | | NPI | JUSTES GEORGE |
| 02 17 11 | 02 17 11 | 11 | | 97140 | GP | 1 | 65.00 | 1 | | NPI | JUSTES GEORGE |
| 02 24 11 | 02 24 11 | 11 | | 97010 | GP | 1 | 55.00 | 1 | | NPI | JUSTES GEORGE |
| 02 24 11 | 02 24 11 | 11 | | 97014 | GP | 1 | 55.00 | 1 | | NPI | JUSTES GEORGE |
| 02 24 11 | 02 24 11 | 11 | | 97035 | GP | 1 | 60.00 | 1 | | NPI | JUSTES GEORGE |

**25. FEDERAL TAX I.D. NUMBER**   SSN EIN
27-1033080   X

**26. PATIENT'S ACCOUNT NO.**
CHAJO000 1413

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) X YES NO

**28. TOTAL CHARGE**
350.00

**29. AMOUNT PAID**

**30. BALANCE DUE**
350.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
03/29/11
JUSTES GEORGE RPT
SIGNED   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

**33. BILLING PROVIDER INFO & PH. #** (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | PICA |
|------|---|---|---|---|---|------|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
**22C415636**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH   SEX   M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX   M ☐  F ☐

b. AUTO ACCIDENT?  YES ☒  NO ☐   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
**STATE FARM INSURANCE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **03/29/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM DD YY   **11 08 10**   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**SAUL WEINGARDEN**
17a.
17b. NPI **1760459994**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. **847.0**
2. **840.9**
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 24 11 | 02 24 11 | 11 | | 97010 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |
| 02 24 11 | 02 24 11 | 11 | | 97014 | GO | 12 | 55.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |
| 02 24 11 | 02 24 11 | 11 | | 97035 | GO | 12 | 60.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |
| 02 24 11 | 02 24 11 | 11 | | 97140 | GO | 12 | 65.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |
| 02 24 11 | 02 24 11 | 11 | | 97110 | GO | 12 | 75.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |
| 02 24 11 | 02 24 11 | 11 | | 97535 | GO | 12 | 70.00 | 1 | | | MEGAN RUTLEDGE |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
**27-1033080**  ☒

26. PATIENT'S ACCOUNT NO.
**CHAJO000  1412**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ **380.00**

29. AMOUNT PAID
$

30. BALANCE DUE
$ **380.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**03/29/11**
SIGNED **MEGAN RUTLEDGE OTR**   DATE

32. SERVICE FACILITY LOCATION INFORMATION
**POINTE PHYSICAL THERAPY**
**17200 E. 10 MILE RD.**
**EASTPOINTE, MI 48021**
a. **1285954107**   b.

33. BILLING PROVIDER INFO & PH # **(586) 774-5006**
**POINTE PHYSICAL THERAPY**
**17200 E. 10 MILE SUITE 165**
**EASTPOINTE          MI          48021**
a. **1285954107**   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX    M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY

8. PATIENT STATUS
Single   Married   Other
Employed   Full-Time Student   Part-Time Student

ZIP

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  X NO

a. INSURED'S DATE OF BIRTH    SEX
M X  F

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M   F

b. AUTO ACCIDENT?
X YES   NO    PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE 03/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
11 08 10  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN

17a.
17b NPI  1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9
3.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 02 24 11  02 24 11 | 11 | | 97140  GP | 1 | 65.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |
| 02 24 11  02 24 11 | 11 | | 97110  GP | 1 | 75.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |
| 02 24 11  02 24 11 | 11 | | 97010  GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |
| 02 25 11  02 25 11 | 11 | | 97014  GP | 1 | 55.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |
| 02 25 11  02 25 11 | 11 | | 97035  GP | 1 | 60.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |
| 02 25 11  02 25 11 | 11 | | 97140  GP | 1 | 65.00 | 1 | | | JUSTES GEORGE |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
27-1033080    X

26. PATIENT'S ACCOUNT NO.
CHAJO000  1413

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   NO

28. TOTAL CHARGE
$ 375.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 375.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JUSTES GEORGE RPT    03/29/11
SIGNED  DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107  b.

33. BILLING PROVIDER INFO & PH # (586) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE    MI    48021
a. 1285954107  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX    M [X]    F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH    SEX    M [X]    F

b. OTHER INSURED'S DATE OF BIRTH    MM DD YY    SEX    M [ ]  F [ ]

b. AUTO ACCIDENT?    PLACE (State)
YES [X]  NO [ ]    MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [ ]    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   03/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM 11 DD 08 YY 10   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
SAUL WEINGARDEN

17a.
17b. NPI   1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.0
2. 840.9
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 25 11 | 02 25 11 | 11 | | 97010   GO | 12 | 55.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 2 | 02 25 11 | 02 25 11 | 11 | | 97014   GO | 12 | 55.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 3 | 02 25 11 | 02 25 11 | 11 | | 97035   GO | 12 | 60.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 4 | 02 25 11 | 02 25 11 | 11 | | 97140   GO | 12 | 65.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 5 | 02 25 11 | 02 25 11 | 11 | | 97110   GO | 12 | 75.00 | 1 | | NPI | MEGAN RUTLEDGE |
| 6 | 02 25 11 | 02 25 11 | 11 | | 97535   GO | 12 | 70.00 | 1 | | NPI | MEGAN RUTLEDGE |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
27-1033080   [X]

26. PATIENT'S ACCOUNT NO.
CHAJO000  1412

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
380.00

29. AMOUNT PAID

30. BALANCE DUE
380.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

MEGAN RUTLEDGE OTR
SIGNED   DATE   03/29/11

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

33. BILLING PROVIDER INFO & PH. # ( 586 ) 774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE         MI      48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON, IL 61702

**(1500)**

CARRIER

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C415636 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY

8. PATIENT STATUS   Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY
ZIP

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH   SEX   M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   SEX   M [ ] F [ ]

b. AUTO ACCIDENT?   YES [X] NO [ ]   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [ ] NO [X]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   03/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   11 08 10   ◄ INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   SAUL WEINGARDEN
17a. 
17b. NPI   1760459994

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 25 11 | 02 25 11 | 11 | | 97110 | GP | 1 | 75.00 | 1 | | | JUSTES GEORGE |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 27-1033080   [X] | CHAJO000  1413 | YES [X] NO [ ] | $ 75.00 | $ | $ 75.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

JUSTES GEORGE RPT
SIGNED   03/29/11   DATE

32. SERVICE FACILITY LOCATION INFORMATION
POINTE PHYSICAL THERAPY
17200 E.10 MILE RD.
EASTPOINTE, MI 48021
a. 1285954107   b.

33. BILLING PROVIDER INFO & PH #   (586)774-5006
POINTE PHYSICAL THERAPY
17200 E. 10 MILE SUITE 165
EASTPOINTE   MI   48021
a. 1285954107   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

**HEALTH INSURANCE CLAIM FORM**

(1500)

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

| Field | Value |
|---|---|
| 1a. INSURED'S I.D. NUMBER | 22C457642 |
| 4. INSURED'S NAME | |
| 7. INSURED'S ADDRESS | |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| 11a. INSURED'S DATE OF BIRTH | SEX F [X] |
| 11c. INSURANCE PLAN NAME OR PROGRAM NAME | STATE FARM INSURANCE |
| 11d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | NO [X] |

6. PATIENT RELATIONSHIP TO INSURED
Self [X]

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO [X]
b. AUTO ACCIDENT? YES [X] PLACE (State) MI
c. OTHER ACCIDENT?

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE    DATE 11/04/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 09 11 INJURY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
TERRY REZNICK D.O.
17b. NPI 1295874451

20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 847.9

| 24. A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 12 11  08 12 11 | 11 | | 97032 | GP | 1 | 60 00 | 1 | | | SONI / NPI |
| 2 | 08 12 11  08 12 11 | 11 | | 97140 | GP | 1 | 60 00 | 1 | | | SONI / NPI |
| 3 | 08 12 11  08 12 11 | 11 | | 97116 | GP | 1 | 60 00 | 1 | | | SONI / NPI |
| 4 | 08 12 11  08 12 11 | 11 | | 97110 | GP | 1 | 75 00 | 1 | | | SONI / NPI |
| 5 | 08 15 11  08 15 11 | 11 | | 97010 | GP | 1 | 60 00 | 1 | | | SONI / NPI |
| 6 | 08 15 11  08 15 11 | 11 | | 97032 | GP | 1 | 60 00 | 1 | | | SONI / NPI |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 80-0503391 | [X] | SCOPA000 1358 | YES [X] | 375 00 | | 375 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SONI
09/19/11

32. SERVICE FACILITY LOCATION INFORMATION
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139

33. BILLING PROVIDER INFO & PH. # (810)230-0444
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT          MI     48532
a. 1336469139

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0066571

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22C457642 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single   Married   Other
Employed   Full-Time Student   Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   X NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY   SEX   M   F X

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX   M   F

b. AUTO ACCIDENT?   PLACE (State)
X YES   NO   MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   12/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:  MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 09 11   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY   TO  MM  DD  YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
TERRY REZNICK D.O.

17a.
17b. NPI 1295874451

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY   TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 8470
3.
2. 847.1
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 10 11 | 08 10 11 | 11 | 97110 | GO | 12 | 75 00 | 1 | | NPI | RUTLEDGE |
| 2 | 08 10 11 | 08 10 11 | 11 | 97535 | GO | 12 | 65 00 | 1 | | NPI | RUTLEDGE |
| 3 | 08 15 11 | 08 15 11 | 11 | 97010 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 4 | 08 15 11 | 08 15 11 | 11 | 97014 | GO | 12 | 55 00 | 1 | | NPI | RUTLEDGE |
| 5 | 08 15 11 | 08 15 11 | 11 | 97124 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 6 | 08 15 11 | 08 15 11 | 11 | 97110 | GO | 12 | 75 00 | 1 | | NPI | RUTLEDGE |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 80-0503391 | X | SCOPA000 1430 | X YES   NO | 390 00 | | 390 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RUTLEDGE
SIGNED   11/11/10   DATE

32. SERVICE FACILITY LOCATION INFORMATION
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139   b.

33. BILLING PROVIDER INFO & PH. # (810) 230-0444
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT   MI   48532
a. 1336469139   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

(1500)
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| ☐☐ PICA | | |

| 1. MEDICARE   MEDICAID   TRICARE         CHAMPVA   GROUP         FECA   OTHER | 1a. INSURED'S I.D. NUMBER          (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) ☒ (ID) | 22C457642 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE     SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| | MM  DD  YY   M ☐  F ☐ | |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self ☒ Spouse ☐ Child ☐ Other ☐ | |

8. PATIENT STATUS

Single ☐  Married ☐  Other ☐

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH   MM  DD  YY    SEX   M ☐  F ☒ |
| b. OTHER INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M ☐  F ☐ | b. AUTO ACCIDENT?   PLACE (State)  ☒ YES ☐ NO  (MI) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME   STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☒ NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**     DATE **11/04/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT:   ILLNESS (First symptom) OR   MM  DD  YY   INJURY (Accident) OR   PREGNANCY (LMP)   **05 09 11**  INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM         TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   **TERRY REZNICK D.O.** | 17a. ☐       17b. NPI **1295874451** | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM         TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  ☐ YES ☒ NO       $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)

1. **847.9**    3.

2.    4.

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE   From                To   MM DD YY   MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES   (Explain Unusual Circumstances)   CPT/HCPCS      MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 15 11 | 08 15 11 | 11 | | 97140 | GP | 1 | 60 00 | 1 | | | SONI   NPI |
| 2 | 08 15 11 | 08 15 11 | 11 | | 97116 | GP | 1 | 60 00 | 1 | | | SONI   NPI |
| 3 | 08 15 11 | 08 15 11 | 11 | | 97110 | GP | 1 | 75 00 | 1 | | | SONI   NPI |
| 4 | 08 17 11 | 08 17 11 | 11 | | 97010 | GP | 1 | 60 00 | 1 | | | SONI   NPI |
| 5 | 08 17 11 | 08 17 11 | 11 | | 97032 | GP | 1 | 60 00 | 1 | | | SONI   NPI |
| 6 | 08 17 11 | 08 17 11 | 11 | | 97140 | GP | 1 | 60 00 | 1 | | | SONI   NPI |

| 25. FEDERAL TAX I.D. NUMBER        SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT?   (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 80-0503391      ☒ | SCOPA000  1358 | ☒ YES ☐ NO | $ 375 00 | $ | $ 375 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   SONI   SIGNED **09/19/11**   DATE | 32. SERVICE FACILITY LOCATION INFORMATION   NEW ERA PT SERVICES   G 4007 W. COURT ST. SUITE G2   FLINT, MI 48532   a. 1336469139   b. | 33. BILLING PROVIDER INFO & PH. # **( 810 )230-0444**   NEW ERA PT SERVICES  1 22 201   G 4007 W. COURT ST. SUITE G2   FLINT         MI     48532   a. 1336469139   b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org         APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0066573

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X | 22C457642 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  [ ]YES  [X]NO

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  M[ ] F[X]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M[ ] F[ ]

b. AUTO ACCIDENT?  [X]YES  [ ]NO  PLACE (State) [MI]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  [ ]YES  [X]NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ]YES  [ ]NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 12/29/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM DD YY  05 09 11  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
TERRY REZNICK D.O.

17a.
17b. NPI 1295874451

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ]YES  [X]NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 8470
2.
3.
4. 847.1

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 15 11  08 15 11 | 11 | | 97535 | GO | 12 | 65 00 | 1 | | NPI | RUTLEDGE |
| 2 | 08 17 11  08 17 11 | 11 | | 97010 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 3 | 08 17 11  08 17 11 | 11 | | 97014 | GO | 12 | 55 00 | 1 | | NPI | RUTLEDGE |
| 4 | 08 17 11  08 17 11 | 11 | | 97124 | GO | 12 | | | | NPI | RUTLEDGE |
| 5 | 08 17 11  08 17 11 | 11 | | 97110 | GO | 12 | 75 00 | 1 | | NPI | RUTLEDGE |
| 6 | 08 17 11  08 17 11 | 11 | | 97535 | GO | 12 | 65 00 | 1 | | NPI | RUTLEDGE |

25. FEDERAL TAX I.D. NUMBER  80-0503391  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.
SCOPA000 1430

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X]YES  [ ]NO

28. TOTAL CHARGE  $ 380 00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 380 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RUTLEDGE
SIGNED  DATE 11/11/10

32. SERVICE FACILITY LOCATION INFORMATION
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139  b.

33. BILLING PROVIDER INFO & PH. # (810) 230-0444
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT  MI  48532
a. 1336469139  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0066513

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare #)   **MEDICAID** (Medicaid #)   **TRICARE CHAMPUS** (Sponsor's SSN)   **CHAMPVA** (Member ID#)   **GROUP HEALTH PLAN** (SSN or ID)   **FECA BLK LUNG** (SSN)   **OTHER** [X] (ID)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
22C457642

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE**   **SEX**

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]   Spouse [ ]   Child [ ]   Other [ ]

**7. INSURED'S ADDRESS** (No., Street)

**8. PATIENT STATUS**
Single [ ]   Married [ ]   Other [ ]
Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)
YES [ ]   NO [X]

**a. INSURED'S DATE OF BIRTH**   MM DD YY   **SEX** M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH**   MM DD YY   **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?**
YES [X]   NO [ ]   **PLACE** (State) [MI]

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES [ ]   NO [ ]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
STATE FARM INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ]   NO [X]   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 11/04/11

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 09 11   INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
TERRY REZNICK D.O.

17a.   17b. NPI 1295874451

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ]   NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 847.9   3.
2.   4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 17 11 | 08 17 11 | 11 | | 97116 | GP | 1 | 60 00 | 1 | | NPI | SONI |
| 2 | 08 17 11 | 08 17 11 | 11 | | 97110 | GP | 1 | 75 00 | 1 | | NPI | SONI |
| 3 | 08 17 11 | 08 17 11 | 11 | | 97010 | GP | 1 | 60 00 | 1 | | NPI | SONI |
| 4 | 08 19 11 | 08 19 11 | 11 | | 97032 | GP | 1 | 60 00 | 1 | | NPI | SONI |
| 5 | 08 19 11 | 08 19 11 | 11 | | 97140 | GP | 1 | 60 00 | 1 | | NPI | SONI |
| 6 | 08 19 11 | 08 19 11 | 11 | | 97116 | GP | 1 | 60 00 | 1 | | NPI | SONI |

**25. FEDERAL TAX I.D. NUMBER**   SSN [ ] EIN [X]
80-0503391

**26. PATIENT'S ACCOUNT NO.**
SCOPA000 1358

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES [X]   NO [ ]

**28. TOTAL CHARGE**
375 00

**29. AMOUNT PAID**

**30. BALANCE DUE**
375 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SONI
SIGNED   09/19/11

**32. SERVICE FACILITY LOCATION INFORMATION**
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139

**33. BILLING PROVIDER INFO & PH. #** (810)230-0444
NEW ERA PT SERVICES 11 22 2011
G 4007 W. COURT ST. SUITE G2
FLINT   MI   48532
a. 1336469139

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

STATE FARM INSURANCE
PO BOX 2361
BLOOMINGTON, IL 61702

**(1500)**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER

PICA | | | | | PICA

1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER
(Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
22-C449-799

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

7. INSURED'S ADDRESS (No., Street)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M [X]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M [ ]  F [ ]

b. AUTO ACCIDENT?    PLACE (State)
[X] YES  [ ] NO  [MI]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE    DATE   07/18/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY   TO  MM  DD  YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
JOHN J. HOBAN M.D.

17a.
17b. NPI  1144429762

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY   TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
[ ] YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 8470
2. 847.1
3. 847.9
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 02 11 | 05 02 11 | 11 | 97010 | GP | 123 | 60 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |
| 2 | 05 02 11 | 05 02 11 | 11 | 97032 | GP | 123 | 60 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |
| 3 | 05 02 11 | 05 02 11 | 11 | 97035 | GP | 123 | 60 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |
| 4 | 05 02 11 | 05 02 11 | 11 | 97140 | GP | 123 | 60 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |
| 5 | 05 02 11 | 05 02 11 | 11 | 97110 | GP | 123 | 75 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |
| 6 | 05 04 11 | 05 04 11 | 11 | 97010 | GP | 123 | 60 00 | 1 | | | SHAH |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
80-0503391   [X]

26. PATIENT'S ACCOUNT NO.
BONTE000 1045

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$ 375 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 375 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SHAH
SIGNED   01/03/11   DATE

32. SERVICE FACILITY LOCATION INFORMATION
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139   b.

33. BILLING PROVIDER INFO & PH. # (810) 230-0444
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT   MI   48532
a. 1336469139   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

KMRPPT0065410

STATE FARM INSURANCE
PO BOX 2361
BLOOMINGTON, IL 61702

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

☐ PICA                                                                                          PICA ☐

CARRIER

| 1. MEDICARE ☐(Medicare #) | MEDICAID ☐(Medicaid #) | TRICARE CHAMPUS ☐(Sponsor's SSN) | CHAMPVA ☐(Member ID#) | GROUP HEALTH PLAN ☐(SSN or ID) | FECA BLK LUNG ☐(SSN) | OTHER ☒(ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)      | 3. PATIENT'S BIRTH DATE      SEX      | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)      | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS  Single ☐ Married ☐ Other ☐  Employed ☐ Full-Time Student ☐ Part-Time Student ☐

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)  | 10. IS PATIENT'S CONDITION RELATED TO:  | 11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER  | a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO  | a. INSURED'S DATE OF BIRTH  MM  DD  YY      SEX  M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY    SEX  M ☐ F ☐ | b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State) MI | b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME  | c. OTHER ACCIDENT?  ☐ YES  ☒ NO  | c. INSURANCE PLAN NAME OR PROGRAM NAME  STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME  | 10d. RESERVED FOR LOCAL USE  | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☐ NO   If yes, return to and complete item 9 a-d.

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE       DATE   07/25/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT  MM DD YY  03 08 11   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM         TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  JOHN J. HOBAN M.D.  17a.  17b. NPI 1144429762 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM         TO

19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  ☐ YES  ☒ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 8470    3.
2.          4.
| 22. MEDICAID RESUBMISSION CODE      ORIGINAL REF. NO.
| 23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 02 11  05 02 11 | 11 | | 97035  GO | 1 | 60 00 | 1 | | | RUTLEDGE  NPI |
| 2 | 05 02 11  05 02 11 | 11 | | 97140  GO | 1 | 60 00 | 1 | | | RUTLEDGE  NPI |
| 3 | 05 02 11  05 02 11 | 11 | | 97110 | 1 | 75 00 | 1 | | | RUTLEDGE  NPI |
| 4 | 05 02 11  05 02 11 | 11 | | 97535 | 1 | 65 00 | 1 | | | RUTLEDGE  NPI |
| 5 | 05 04 11  05 04 11 | 11 | | 97010 | 1 | 60 00 | 1 | | | RUTLEDGE  NPI |
| 6 | 05 04 11  05 04 11 | 11 | | 97014 | 1 | 55 00 | 1 | | | RUTLEDGE  NPI |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER  80-0503391  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO.  BONTE000 1068 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES ☐ NO | 28. TOTAL CHARGE  $ 375 00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 375 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  RUTLEDGE  SIGNED 11/10/10   DATE | 32. SERVICE FACILITY LOCATION INFORMATION  NEW ERA PT SERVICES  G 4007 W. COURT ST. SUITE G2  FLINT, MI 48532  a.1336469139  b. | 33. BILLING PROVIDER INFO & PH # (810)230-0444  NEW ERA PT SERVICES  G 4007 W. COURT ST. SUITE G2  FLINT    MI    48532  a. 1336469139  b.

NUCC Instruction Manual available at: www.nucc.org      APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0065350

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

**CARRIER**

| (1500) |
|---|

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

┌─ PICA ─────────────────────────────────────────────────── PICA ─┐

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 22035F930 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self [X] Spouse [ ] Child [ ] Other [ ] | |
| | 8. PATIENT STATUS | |
| | Single [ ]  Married [ ]  Other [ ] | |
| | Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ] | |

**PATIENT AND INSURED INFORMATION**

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) [ ]YES [X]NO | a. INSURED'S DATE OF BIRTH  MM  DD  YY    M [ ]  SEX  F [X] |
| b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   M[ ] SEX F[ ] | b. AUTO ACCIDENT? [X]YES [ ]NO  PLACE (State) MI | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? [ ]YES [X]NO | c. INSURANCE PLAN NAME OR PROGRAM NAME   STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [ ]YES [X]NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **10/31/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT:  MM  DD  YY   08 19 11 | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) **INJURY** | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE  MM  DD  YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM        TO |
|---|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  TERRY REZNICK D.O. | 17a. | 17b. NPI  1295874451 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM        TO |
| 19. RESERVED FOR LOCAL USE | | | 20. OUTSIDE LAB?  [ ]YES [X]NO   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate items 1,2,3 or 4 to Item 24E by Line)  1. 847.9 | | | 22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO. |
| | | | 23. PRIOR AUTHORIZATION NUMBER |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 24. A. | DATE(S) OF SERVICE | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 1 | 08 29 11 | 08 29 11 | | | | | 97001          GP | 1 | 300 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |
| 2 | 08 29 11 | 08 29 11 | | | | | 97010          GP | 1 | 60 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |
| 3 | 08 29 11 | 08 29 11 | | | | | 97032          GP | 1 | 60 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |
| 4 | 08 29 11 | 08 29 11 | | | | | 97035          GP | 1 | 60 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |
| 5 | 09 01 11 | 09 01 11 | | | | | 97010          GP | 1 | 60 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |
| 6 | 09 01 11 | 09 01 11 | | | | | 97032          GP | 1 | 60 00 | 1 | | | SONI |
| | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER     SSN EIN  80-0503391  [X] | 26. PATIENT'S ACCOUNT NO.  JOHWI000 1343 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X]YES [ ]NO | 28. TOTAL CHARGE  $ 600 00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 600 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SONI  SIGNED  09/19/11  DATE | 32. SERVICE FACILITY LOCATION INFORMATION  NEW ERA PT SERVICES  G 4007 W. COURT ST. SUITE G2  FLINT, MI 48532  a. 1336469139 | | 33. BILLING PROVIDER INFO & PH. #  (810)230-0444  NEW ERA PT SERVICES  G 4007 W. COURT ST. SUITE G2  FLINT    MI  48532  a. 1336469139 | | |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0050783

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| PICA | | PICA |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 22035F930 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | 8. PATIENT STATUS Single ☐ Married ☐ Other ☐ Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☒ |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) MI | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE **10/31/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 08 19 11 INJURY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE TERRY REZNICK D.O. | 17a. 17b. NPI 1295874451 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line) 1. 8470 2. 847.1 3. 4. | | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
| | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 01 11 | 09 01 11 | 11 | | 97003 GO | 12 | 300 00 | 1 | | NPI | RUTLEDGE |
| 2 | 09 01 11 | 09 01 11 | 11 | | 97010 GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 3 | 09 01 11 | 09 01 11 | 11 | | 97014 GO | 12 | 55 00 | 1 | | NPI | RUTLEDGE |
| 4 | 09 01 11 | 09 01 11 | 11 | | 97535 GO | 12 | 65 00 | 1 | | NPI | RUTLEDGE |
| 5 | 09 02 11 | 09 02 11 | 11 | | 97010 GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 6 | 09 02 11 | 09 02 11 | 11 | | 97014 GO | 12 | 55 00 | 1 | | NPI | RUTLEDGE |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 80-0503391 ☒ | 26. PATIENT'S ACCOUNT NO. JOHWI000 1344 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $ 595 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 595 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) RUTLEDGE SIGNED 11/11/10 DATE | 32. SERVICE FACILITY LOCATION INFORMATION NEW ERA PT SERVICES G 4007 W. COURT ST. SUITE G2 FLINT, MI 48532 a. 1336469139 b. | 33. BILLING PROVIDER INFO & PH # (810)230-0444 NEW ERA PT SERVICES G 4007 W. COURT ST. SUITE G2 FLINT MI 48532 a. 1336469139 b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0050883

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

(1500)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | ☒ (ID) | 22035F930 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| | MM DD YY | | |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self ☒ Spouse ☐ Child ☐ Other ☐ | |
| | 8. PATIENT STATUS | |
| | Single ☐ Married ☐ Other ☐ | |
| | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH  MM DD YY    SEX   F ☒ |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY    SEX  M ☐ F ☐ | b. AUTO ACCIDENT?  ☒ YES ☐ NO   PLACE (State) MI | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE **10/31/11**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT:  MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 08 19 11   INJURY | | FROM    TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| TERRY REZNICK D.O. | 17b. NPI 1295874451 | FROM    TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  ☐ YES ☒ NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)

1. 847.9     3.
2.           4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From   To  MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 01 11 09 01 11 | 11 | | 97035   GP | 1 | 60 00 | 1 | | | SONI NPI |
| 2 | 09 02 11 09 02 11 | 11 | | 97010   GP | 1 | 60 00 | 1 | | | SONI NPI |
| 3 | 09 02 11 09 02 11 | 11 | | 97032   GP | 1 | 60 00 | 1 | | | SONI NPI |
| 4 | 09 02 11 09 02 11 | 11 | | 97035   GP | 1 | 60 00 | 1 | | | SONI NPI |
| 5 | 09 08 11 09 08 11 | 11 | | 97010   GP | 1 | 60 00 | 1 | | | SONI NPI |
| 6 | 09 08 11 09 08 11 | 11 | | 97032   GP | 1 | 60 00 | 1 | | | SONI NPI |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 80-0503391  ☒ | JOHWI000 1343 | ☒ YES ☐ NO | $ 360 00 | $ | $ 360 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH. # (810)230-0444 |
|---|---|---|
| 09/19/11 | NEW ERA PT SERVICES G 4007 W. COURT ST. SUITE G2 FLINT, MI 48532 | NEW ERA PT SERVICES G 4007 W. COURT ST. SUITE G2 FLINT    MI    48532 |
| SONI SIGNED    DATE | a. 1336469139   b. | a. 1336469139   b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

KMRPPT0050785

STATE FARM INSURANCE
PO BOX 661023
DALLAS, TX 75266

CARRIER

**(1500)**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

□ PICA | | PICA □

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 22035F930 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single □ Married □ Other □
Employed □ Full-Time Student □ Part-Time Student □

PATIENT AND INSURED INFORMATION

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
□ YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY | SEX M □ F [X]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX M □ F □

b. AUTO ACCIDENT?
□ YES [X] NO | PLACE (State) [MI]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
□ YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES □ NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 10/31/11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 08 19 11 INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE TERRY REZNICK D.O.
17a. 
17b. NPI 1295874451

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? □ YES [X] NO | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 8470
2. 847.1
3.
4.

22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

PHYSICIAN OR SUPPLIER INFORMATION

| | 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 02 11 09 02 11 | 11 | | 97035 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 2 | 09 02 11 09 02 11 | 11 | | 97124 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 3 | 09 08 11 09 08 11 | 11 | | 97010 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 4 | 09 08 11 09 08 11 | 11 | | 97014 | GO | 12 | 55 00 | 1 | | NPI | RUTLEDGE |
| 5 | 09 08 11 09 08 11 | 11 | | 97035 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |
| 6 | 09 08 11 09 08 11 | 11 | | 97124 | GO | 12 | 60 00 | 1 | | NPI | RUTLEDGE |

25. FEDERAL TAX I.D. NUMBER SSN EIN
80-0503391 [X]

26. PATIENT'S ACCOUNT NO. JOHWI000 1344

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES □ NO

28. TOTAL CHARGE $ 355 00

29. AMOUNT PAID $

30. BALANCE DUE $ 355 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
11/11/10
SIGNED RUTLEDGE DATE

32. SERVICE FACILITY LOCATION INFORMATION
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT, MI 48532
a. 1336469139 b.

33. BILLING PROVIDER INFO & PH # (810)230-0444
NEW ERA PT SERVICES
G 4007 W. COURT ST. SUITE G2
FLINT MI 48532
a. 1336469139 b.

NUCC Instruction Manual available at: www.nucc.org

WCMS-1500CS

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

KMRPPT0050885