# *Exhibit 29*

## O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:

| Codes | Dates of Service → | | | | | 12/10 | |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | Date Plan Established |
| 97014 | Electrical Muscle Stimulation | | | | | X | 12/10/10 |
| 97035 | Ultrasound(each area) | | | | | X | Month/Year |
| 97033 | Iontophoresis (15 min. each) | | | | | | DEC 2010 |
| 97018 | Paraffin Bath | | | | | | Last Name |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | |
| 97016 | Vasopneumatic Therapy | | | | | | Date of Birth      Sex |
| 97140 | Manual Therapy | | | | | X | M |
| 97124 | Massage | | | | | | |
| 97112 | Neuromuscular Re-education | | | | | | Diagnosis |
| 97530 | Transfer/Bed Mob Training | | | | | | CERVICAL STRAIN, L SCAPULAR |
| 97116 | Gait Training | | | | | | INSTABILITY, L |
| 97110 | Therapeutic Exercise 15 min | | | | | X | SHOULDER STRAIN |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | Physician |
| 97704 | Orthotic Training 15 min | | | | | | Dr. WEINGARTEN |
| 97520 | Prosthetic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | |
| 97003 | OT Evaluation | | | | | X | Co-Insurance |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | | | | | X | As per POC |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: Patient states: " I am stiff and sore in my neck and shoulders, I have a lot of headaches" Pain level in CS 7-8/10 on 0-10 scale.
O: Patient was evaluated in 30 min and POC established. Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1 & 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Patient fn status is as follows: Tenderness at CS 4-/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4/5 at 0-5 scale. Manual ms strength at C.S 2+/5 on 0-5 scale. Endurance  poor+. Pt is unable to cook and clean the house, c/o pain mod/max difficulty during dressing and grooming, unable to sleep on sides >5min, sit to watch TV >10 min. ADL task Feeding independent, Grooming max-mod A, Washing UB max A- mod A, LB mod A- min A, Dressing UB mod A, LB mod A- min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand, tub – Independent. Pt is unable to look up, down & around .Demo with HEP.
A: Patient demo with dec pain, tend in neck msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min- mod discomfort.
P: Continue with POC to achieve set goals.

Therapist's Signature

### *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | 12/10 | Date Plan Established |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | | | | | | Month/Year DEC /2010 |
| 97035 | Ultrasound(each area) | | | | | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth          Sex |
| 97140 | Manual Therapy | | | | | | MALE |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | LUMBAR STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | DR SAUL WEINGARDEN M.D |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co–Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | X | Treatment: As per POT |
| | | | | | | | |
| | | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: pt is in the pain on his Lower back.
    Pain level: Lumbar Spine 8/10 on 0-10 scale.
O: Patient received 1 tx session this week with the following modalities.
    MHP to LS for 15 min, .
    FN status:  pain level at Lumbar is about 8/10 on 0/10 scale. The tenderness is about 4/5 On 0/5 scale @ Lumbar. Spasm is about 4/5 on 0-5 scale. AROM at Lumbar is restricted due to pain. MMT is about 3-/5 on 0-5 scale. Endurance is fair- .Balance static/dynamic :good .Patient has max  pain with walking for > 10-15 mts. Pt has max difficulty with going up and down ,max difficulty with getting from a low height chair ,mod difficulty with going in and out of car also mod difficulty with bed mobility, moderate difficulty with grooming ,dressing and max difficulty with over the head activities.pt has max difficulty to  reach to floor to pick up an object due to pain.pt cannot lie on stomach /back for  10 -15 mts and max/mod  diff  with sitting and standing for >10-15 mts. patient has mod difficulty with looking up and down , max difficulty with reaching behind back .HEP is given and bed mobility and safety exercises were thought.
A: Evaluation has done on the lower back
P: Continue with POC to decrease the pain and increase the ROM and Strength.


Therapist Signature

### *O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

22-C415-636

| Codes | Dates of Service → | | | | | | 12/17 | |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | | X | **Date Plan Established** 12/10/10 |
| 97014 | Electrical Muscle Stimulation | | | | | | X | **Month/Year** DEC 2010 |
| 97035 | Ultrasound(each area) | | | | | | X | **Last Name** |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97034 | Contrast Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | **Date of Birth**     **Sex** |
| 97016 | Vasopneumatic Therapy | | | | | | | M |
| 97140 | Manual Therapy | | | | | | X | |
| 97124 | Massage | | | | | | | **Diagnosis** |
| 97112 | Neuromuscular Re-education | | | | | | | CERVICAL STRAIN, L SCAPULAR |
| 97530 | Transfer/Bed Mob Training | | | | | | | INSTABILITY, L SHOULDER STRAIN |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | X | **Physician** Dr. WEINGARTEN |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | | **Insurance** |
| 97520 | Prosthetic Training 15 min | | | | | | | |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Management | | | | | | | **Co-Insurance** |
| 97003 | OT Evaluation | | | | | | | |
| 97004 | OT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | **Therapist** |
| 97532 | Cognitive Skills Training | | | | | | | |
| 97530 | Therapeutic Activities | | | | | | | **Treatment:** |
| 97535 | Self Care Mngmnt Training | | | | | | X | As per POC |
| | Splint Education | | | | | | | |
| | Splint charge | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment (In SOAP format)
S: Patient states: " I am ok, doing my best" Pain level in CS 7-8/10 on 0-10 scale.
O: Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Patient fn status is as follows: Tenderness at CS 4-/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4/5 at 0-5 scale. Manual ms strength at C.S 2+/5 on 0-5 scale. Endurance  poor+/fair-. Pt is unable to cook and clean the house, c/o pain mod/max difficulty during dressing and grooming, unable to sleep on sides >5min, sit to watch TV >10 min. ADL task Feeding independent, Grooming max-mod A, Washing UB  mod A, LB mod A- min A, Dressing UB mod A, LB mod A- min A, Toileting independent, c/o pain during Bed mobility & transfers, ADL transfer sit to stand, tub – Independent. Pt is unable to look up, down & around .Demo with HEP. Pt educated on cervical and UE stretches to decrease pain and stiffness, pt able to demo all stretches and added to HEP
A: Patient demo with dec pain, tend in neck msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min- mod discomfort.
P: Continue with POC to achieve set goals.

## *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | | 12/17 | Date Plan Established |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | | X | 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | | | | | | X | Month/Year |
| | | | | | | | | DEC/ 2010 |
| 97035 | Ultrasound(each area) | | | | | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth      Sex |
| 97140 | Manual Therapy | | | | | | X | Male |
| 97124 | Massage | | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | | LUMBAR STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | X | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | Dr WEINGARDEN M.D |
| 97703 | Orthotic Training 15 min | | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | | Co–Insurance |
| 97002 | PT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | | |
| | | | | | | | | Treatment: |
| | | | | | | | | As per POT |
| | | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)
S: Pt feels little improvement on his lower back.
    Pain level: Lumbar 7-8/10 on 0-10 scale.
O. Patient received 1 tx session this week with the following modalities.
    IFC with MHP to LS for 15 min,. thx us includes 1Mhz @ 1.3w/cm2 to his Lumbar for 8 mts .Therapeutic massage to
Lumbar for 10-15 mts .Therapeutic exercises are given
    FN status:  pain level at Lumbar is about 7-8/10 on 0/10 scale and Tenderness is about 3+/5 on 0/5 scale. Spasm at
Lumbar 4/5 on 0-5 scale. Arom @Lumbar spine is restricted moderately due to pain. MMT is about 3-/5 on 0-5 scale
Endurance Fair- .Balance static/dynamic: sitting good. pt has mod   difficulty to go up & down stairs, mod difficulty to get
in & out of the car and bath tub patient has max difficulty to get up from the low height chair also has mod difficulty with
bed mobility .Pt has max difficulty to sleep on stomach for >15 mts, max difficulty to sit for >10-15 mins and max
difficulty to stand >10mt. pt has Max difficulty in walking more than 5-7 mins. Patient has max/mod   difficulty to reach
for an object from floor due to pain
A: Pt felt good and continue therapy protocols to bring the pain down.
P: Continue with Skilled therapy to reach set goals.

                                                                        Therapist Signature

## _P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:_

| Codes | Dates of Service → | 1/21 | | | | | | |
|-------|-------------------|------|--|--|--|--|--|--|
| 97010 | Hot / cold pack | X | | | | | | Date Plan Established 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | X | | | | | | Month/Year DEC/ 2010 |
| 97035 | Ultrasound(each area) | X | | | | | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth    Sex |
| 97140 | Manual Therapy | | | | | | |                    Male |
| 97124 | Massage | X | | | | | | Diagnosis LUMBAR STRAIN |
| 97112 | Neuromuscular Re-education | | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | | | | | Physician Dr WEINGARDEN M.D |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | | Co–Insurance |
| 97002 | PT Re-evaluation | X | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | | |
| | | | | | | | | Treatment: As per POT |
| | | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)
S:  My lower back is sore
   Lumbar 5/10 on 0-10 scale.
O. Patient received 1 tx session this week with the following modalities.
   IFC with MHP for LS for 15 min,. thx us includes 1Mhz @ 1.3w/cm2 to his Lumbar for 8 mts .functional  massage to Lumbar for 10-15 mts .Therapeutic exercises are given
   FN status:  pain level at ls  is about 5/10 on 0/10 scale and tenderness is about 3/5 on 0/5 scale. spasm at ls 4/5 on 0-5 scale. arom @ls  is restricted  mildly due  to pain..muscle power is about 4-/5  on 0-5 scale  endurance fair-. balance static/dynamic : good .. pt has mod  difficulty  to go up & down stairs ,mod difficulty to get in & out of the car .patient has mod difficulty to get up from the low height chair .also has min difficulty with bed mobility .pt has mod difficulty  to sleep on stomach/back  , for >30 mts, mod  difficulty to sit for >30 mts  and mod  difficulty to stand for > 30 mt. patient has mod difficulty to reach  for object from floor  due to pain
A: patient came back  to therapy after a month & is re evaluated needs more excs.
P: Continue with Skilled therapy to reach set goals.

Therapist Signature

## *O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | | 1/21 | | |
|-------|---------------------|--|--|--|--|--|------|--|--|
| 97010 | Hot / cold pack | | | | | | X | **Date Plan Established** 12/10/10 | |
| 97014 | Electrical Muscle Stimulation | | | | | | X | **Month/Year** DEC 2010 | |
| 97035 | Ultrasound(each area) | | | | | | X | **Last Name** | |
| 97033 | Iontophoresis (15 min. each) | | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | | |
| 97034 | Contrast Bath | | | | | | | | |
| 97022 | Whirlpool | | | | | | | | |
| 90901 | Biofeedback | | | | | | | **Date of Birth      Sex** M | |
| 97016 | Vasopneumatic Therapy | | | | | | | | |
| 97140 | Manual Therapy | | | | | | X | **Diagnosis** CERVICAL STRAIN, L SCAPULAR INSTABILITY, L SHOULDER STRAIN | |
| 97124 | Massage | | | | | | | | |
| 97112 | Neuromuscular Re-education | | | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | | | |
| 97116 | Gait Training | | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | X | **Physician** Dr. WEINGARTEN | |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | | **Insurance** | |
| 97520 | Prosthetic Training 15 min | | | | | | | | |
| 97012 | Traction Mechanical | | | | | | | | |
| 97542 | W/C Management | | | | | | | **Co-Insurance** | |
| 97003 | OT Evaluation | | | | | | | | |
| 97004 | OT Re-evaluation | | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | | |
| 95851 | ROM Measurement | | | | | | | **Therapist** | |
| 97532 | Cognitive Skills Training | | | | | | | | |
| 97530 | Therapeutic Activities | | | | | | | **Treatment:** As per POC | |
| 97535 | Self Care Mngmnt Training | | | | | | X | | |
| | Splint Education | | | | | | | | |
| | Splint charge | | | | | | | | |
| | Therapist Initials | | | | | | | | |

Assessment (In SOAP format)
S: Patient states: " Pain level in CS 7/10 on 0-10 scale.
O: Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Bilateral shoulder wheel 10x 2 reps each, AROM exercises 10 x 2 reps each (all planes), Instruct with energy conservation and work simplification techniques, PRE's with yellow theraband  bilateral shoulder/elbow flexion/extension.
A: Patient  able to tolerate treatment well. Required frequent restbreaks between exercises. Demonstrated decreased pain tolerance at this time.
P: Continue with POC to achieve set goals.

22C415636

## *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | 1/28 | | | | | | Date Plan Established |
|-------|--------------------|------|---|---|---|---|---|-----------------------|
| 97010 | Hot / cold pack | X | | | | | | 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | X | | | · | | | **Month/Year** DEC/ 2010 |
| 97035 | Ultrasound(each area) | X | | | | | | **Last Name** |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | **Date of Birth      Sex** |
| 97140 | Manual Therapy | | | | | | | Male |
| 97124 | Massage | X | | | | | | **Diagnosis** LUMBAR STRAIN |
| 97112 | Neuromuscular Re-education | | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | | | | | **Physician** Dr WEINGARDEN M.D |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | | **Insurance** |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | | **Co--Insurance** |
| 97002 | PT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | **Therapist** |
| 97001 | PT Evaluation | | | | | | | |
| | | | | | | | | **Treatment:** As per POT |
| | | | | | | | | |
| | | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)

S:  My lower back is stiff
  Lumbar 5/10 on 0-10 scale.

O. Patient received 1 tx session this week with the following modalities.
    IFC with MHP to LS for 15 min,. thx us includes 1Mhz @ 1.3w/cm2 to his Lumbar for 8 mts .functional  massage to Lumbar for 10-15 mts .Therapeutic exercises are given
    FN status:  pain level at ls  is about 5/10 on 0/10 scale and tenderness is about 3/5 on 0/5 scale. spasm at ls 4/5 on 0-5 scale. arom @ls is restricted mildly due to pain..muscle power is about 4-/5 on 0-5 scale endurance fair-. balance static/dynamic : good .. pt has mod  difficulty  to go up & down stairs ,mod difficulty to get in & out of the car  .patient has mod difficulty to get up from the low height chair .also has min difficulty with bed mobility .pt has mod difficulty  to sleep on stomach/back  , for >30 mts, mod  difficulty to sit for >30 mts  and mod  difficulty to stand for > 30 mt. patient has mod difficulty to reach  for object from floor  due to pain

A: patient tolerated the treatment well

P: Continue with Skilled therapy to reach set goals.

Therapist Signature

## *O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | 1/28 | Date Plan Established |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | 12/10/10 |
| 97014 | Electrical Muscle Stimulation | | | | | X | Month/Year DEC 2010 |
| 97035 | Ultrasound(each area) | | | | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth        Sex |
| 97016 | Vasopneumatic Therapy | | | | | | M |
| 97140 | Manual Therapy | | | | . | | X |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | CERVICAL STRAIN, L SCAPULAR |
| 97530 | Transfer/Bed Mob Training | | | | | | INSTABILITY, L |
| 97116 | Gait Training | | | | | | SHOULDER STRAIN |
| 97110 | Therapeutic Exercise 15 min | | | | | X | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | Dr. WEINGARTEN |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co-Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | . | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | | | | | | X | As per POC |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment (In SOAP format)
S: Patient states: " Pain level in CS 6-7/10 on 0-10 scale.
O: Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Bilateral shoulder wheel 10x 2 reps each, AROM exercises 10 x 2 reps each (all planes), Instruct with ADL compensatory techniques, PRE's with yellow theraband  bilateral shoulder/elbow flexion/extension.
A: Patient  able to tolerate treatment well. Required frequent restbreaks between exercises. Demonstrated decreased pain tolerance at this time.
P: Continue with POC to achieve set goals.

## *O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | 2/9 | Date Plan Established |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | 12/10/10 |
| 97014 | Electrical Muscle Stimulation | | | | | X | Month/Year DEC 2010 |
| 97035 | Ultrasound(each area) | | | | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth      Sex |
| 97016 | Vasopneumatic Therapy | | | | | | M |
| 97140 | Manual Therapy | | | | | X | |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | CERVICAL STRAIN, L SCAPULAR |
| 97530 | Transfer/Bed Mob Training | | | | | | INSTABILITY, L |
| 97116 | Gait Training | | | | | | SHOULDER STRAIN |
| 97110 | Therapeutic Exercise 15 min | | | | | X | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | Dr. WEINGARTEN |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co–Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | | | | | X | As per POC |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment (In SOAP format)
S: Patient states: " Pain level in CS 6/10 on 0-10 scale.
O: Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Bilateral shoulder wheel 15x 2 reps each, AROM exercises 10 x 2 reps each (all planes), Review with ADL compensatory techniques, PRE's with green theraband  bilateral shoulder/elbow flexion/extension, scapula stretches/PROM
A: Patient  able to tolerate treatment well. Required frequent restbreaks between exercises. Demonstrated decreased pain tolerance at this time.
P: Continue with POC to achieve set goals.

## *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | 02/09 | | | | | | Date Plan Established |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | | | | | | 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | X | | | | | | Month/Year |
| 97035 | Ultrasound(each area) | X | | | | | | DEC/ 2010 |
| 97033 | Iontophoresis (15 min. each) | | | | | | | Last Name |
| 97018 | Paraffin Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth      Sex |
| 97140 | Manual Therapy | | | | | | | Male |
| 97124 | Massage | X | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | | LUMBAR STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | | | | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | Dr WEINGARDEN M.D |
| 97703 | Orthotic Training 15 min | | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | | Co–Insurance |
| 97002 | PT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | | |
| | | | | | | | | Treatment: |
| | | | | | | | | As per POT |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)
S: am alright today
 Lumbar 5/10 on 0-10 scale.
O. Patient received 1 tx session this week with the following modalities.
    IFC with MHP to LS for 15 min,. thx us includes 1Mhz @ 1.3w/cm2 to his Lumbar for 8 mts .functional  massage to Lumbar for 10-15 mts .Therapeutic exercises are given
    FN status:  pain level at ls  is about 5/10 on 0/10 scale and tenderness is about 3/5 on 0/5 scale. spasm at ls 3+/5 on 0-5 scale. arom @ls is restricted  mildly due to pain..muscle power is about 4-/5 on 0-5 scale endurance fair-.  balance static/dynamic : good .. pt has mod  difficulty  to go up & down stairs ,mod difficulty to get in & out of the car .patient has mod difficulty to get up from the low height chair .also has min difficulty with bed mobility .pt has mod difficulty  to sleep on stomach/back  , for >30 mts, mod  difficulty to sit for >30 mts  and mod  difficulty to stand for > 30 mt. patient has mod difficulty to reach  for object from floor  due to pain
A: patient tolerated the treatment well & is better with the muscle spasm
P: Continue with Skilled therapy to reach set goals.

Therapist Signature

## *O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | | | | | 2/17 | Date Plan Established |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | 12/10/10 |
| 97014 | Electrical Muscle Stimulation | | | | | X | Month/Year DEC 2010 |
| 97035 | Ultrasound(each area) | | | | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth          Sex |
| 97016 | Vasopneumatic Therapy | | | | | | M |
| 97140 | Manual Therapy | | | | | X | |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | CERVICAL STRAIN, L SCAPULAR |
| 97530 | Transfer/Bed Mob Training | | | | | | INSTABILITY, L |
| 97116 | Gait Training | | | | | | SHOULDER STRAIN |
| 97110 | Therapeutic Exercise 15 min | | | | | X | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | Dr. WEINGARTEN |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co–Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | | | | | X | As per POC |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment (In SOAP format)
S: Patient states: " Pain level in CS 5-/10 on 0-10 scale.
O: Patient received 1 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Bilateral shoulder wheel 15x 2 reps each, AROM exercises 10 x 2 reps each (all planes), Review with ADL compensatory techniques, PRE's with green theraband  bilateral shoulder/elbow flexion/extension, scapula stretches/PROM
A: Patient  able to tolerate treatment well. Required frequent restbreaks between exercises. Demonstrated decreased pain tolerance at this time.
P: Continue with POC to achieve set goals.

## *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | 02/17 | | | | | | |
|-------|-------------------|-------|--|--|--|--|--|--|
| 97010 | Hot / cold pack | X | | | | | | **Date Plan Established** 12/10/2010 |
| 97014 | Electrical Muscle Stimulation | X | | | | | | **Month/Year** DEC/ 2010 |
| 97035 | Ultrasound(each area) | X | | | | | | **Last Name** |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | **Date of Birth    Sex** Male |
| 97140 | Manual Therapy | X | | | | | | **Diagnosis** LUMBAR STRAIN |
| 97124 | Massage | | | | | | | |
| 97112 | Neuromuscular Re-education | | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | | **Physician** Dr WEINGARDEN M.D |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | | **Insurance** |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | | **Co–Insurance** |
| 97002 | PT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | **Therapist** |
| 95851 | ROM Measurement | | | | | | | |
| 97001 | PT Evaluation | | | | | | | **Treatment:** As per POT |
| | | | | | | | | |
| | | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)
S:  My lower back is ok today,but my shoulders bothers me
  Lumbar 5/10 on 0-10 scale.
O. Patient received 1 tx session this week with the following modalities.
    IFC with MHP to LS for 15 min,. thx us includes 1Mhz @ 1.2w/cm2 to his Lumbar for 8 mts .functional  massage to Lumbar for 10-15 mts .Therapeutic exercises are given
    FN status:  pain level at ls  is about 5/10 on 0/10 scale and tenderness is about 3/5 on 0/5 scale. spasm at ls 3+/5 on 0-5 scale. arom @ls is restricted mildly due to pain..muscle power is about 4-/5 on 0-5 scale endurance fair-. balance static/dynamic : good .. pt has mod  difficulty  to go up & down stairs ,mod difficulty to get in & out of the car .patient has mod difficulty to get up from the low height chair .also has min difficulty with bed mobility .pt has mod difficulty  to sleep on stomach/back  , for >30 mts, mod  difficulty to sit for >30 mts  and mod  difficulty to stand for > 30 mt. patient has mod difficulty to reach   for object from floor   due to pain.patient refused to do excs on Thursday due to some other appointments
A: patient tolerated the treatment well
P: Continue with Skilled therapy to reach set goals.

## _O.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:_

| Codes | Dates of Service → | | | | | 2/24 | 2/25 | Date Plan Established |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | X | 12/10/10 |
| 97014 | Electrical Muscle Stimulation | | | | | X | X | Month/Year |
| 97035 | Ultrasound(each area) | | | | | X | X | DEC 2010 |
| 97033 | Iontophoresis (15 min. each) | | | | | | | Last Name |
| 97018 | Paraffin Bath | | | | | | | |
| 97034 | Contrast Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth        Sex |
| 97016 | Vasopneumatic Therapy | | | | | | | M |
| 97140 | Manual Therapy | | | | | X | X | |
| 97124 | Massage | | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | | CERVICAL STRAIN, L |
| 97530 | Transfer/Bed Mob Training | | | | | | | SCAPULAR INSTABILITY, L |
| 97116 | Gait Training | | | | | | | SHOULDER STRAIN |
| 97110 | Therapeutic Exercise 15 min | | | | | X | X | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | Dr. WEINGARTEN |
| 97704 | Orthotic Training 15 min | | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | | |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Management | | | | | | | Co-Insurance |
| 97003 | OT Evaluation | | | | | | | |
| 97004 | OT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | | |
| 97530 | Therapeutic Activities | | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | | | | | X | X | As per POC |
| | Splint Education | | | | | | | |
| | Splint charge | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment (In SOAP format)

S: Patient states: " Pain level in CS 5/10 on 0-10 scale.

O: Patient received 2tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 1 mhz w/cm2. Bilateral shoulder wheel 15x 2 reps each, AROM exercises 10 x 2 reps each (all planes, PRE's with green theraband  bilateral shoulder/elbow flexion/extension, scapula stretches/PROM, established HEP

A: Patient  able to tolerate treatment well. Required frequent restbreaks between exercises. Demonstrated decreased pain tolerance at this time.

P: Continue with POC to achieve set goals.

22C415 - 636

# *P.T. TREATMENT RECORD & PROGRESS NOTE, Week Ending:*

| Codes | Dates of Service → | 02/24 | 02/25 | | | | |
|-------|-------------------|-------|-------|--|--|--|--|
| 97010 | Hot / cold pack | X | X | | | | |
| 97014 | Electrical Muscle Stimulation | X | X | | | | |
| 97035 | Ultrasound(each area) | X | X | | | | |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | |
| 97140 | Manual Therapy | X | X | | | | |
| 97124 | Massage | | | | | | |
| 97112 | Neuromuscular Re-education | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | X | | | | |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | |
| 97001 | PT Evaluation | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Therapist Initials | | | | | | |

**Date Plan Established**
12/10/2010

**Month/Year**
DEC/ 2010

**Date of Birth ___ Sex**
Male

**Diagnosis**
LUMBAR STRAIN

**Physician**
Dr WEINGARDEN M.D

**Insurance**

**Co–Insurance**

**Therapist**

**Treatment:**
As per POT

**Assessment: (in SOAP format)**
S:  My lower back pain is about 4-5  today
Lumbar 4-5/10 on 0-10 scale.
O. Patient received 2 tx session this week with the following modalities.
    IFC with MHP to LS for 15 min,. thx us includes 1Mhz @ 1.2w/cm2 to his Lumbar for 8 mts .functional  massage to Lumbar for 10-15 mts .Therapeutic exercises are given
    FN status:  pain level at ls  is about 4-5/10 on 0/10 scale and tenderness is about 3/5 on 0/5 scale. spasm at ls 3+/5 on 0-5 scale. arom @ls is restricted mildly due to pain..muscle power is about 4-/5 on 0-5 scale endurance fair-. balance static/dynamic : good .. pt has mod  difficulty  to go up & down stairs ,mod difficulty to get in & out of the car .patient has mod difficulty to get up from the low height chair .also has min difficulty with bed mobility .pt has mod difficulty  to sleep on stomach/back , for >30 mts, mod  difficulty to sit for >30 mts  and mod  difficulty to stand for > 30 mt. patient has mod difficulty to reach  for object from floor  due to pain.
 A: patient tolerated the treatment well & is better with the pain level
P: Continue with Skilled therapy to reach set goals.

## PT TREATMENT LOG AND PROGRES NOTE

| Codes | Dates of Service → | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | |
|-------|--------------------|------|------|------|------|------|--|
| 97010 | Hot / cold pack | X | | X | | X | Date Plan Established  8/5/2011 |
| 97032 | Electrical Muscle Stimulation | X | | X | | X | Month/Year  8/2011 |
| 97035 | Ultrasound(each area) | | | | | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth        Sex |
| 97140 | Manual Therapy | X | | X | | X | F |
| 97124 | Massage | | | | | | Diagnosis  LUMABR STRAIN |
| 97112 | Neuromuscular Re-education | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | X | | X | | X | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | X | Physician  . LEWERENZ, DO |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co–Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | |
| | | | | | | | Treatment:  As per POC |
| | | | | | | | |
| | Therapist Initials | ᵇₘ | | ᵇₘ | | ᵇₘ | |

Assessment (SOAP format)

S: Pt reports LB pain 8/10, (B) LE pain 9/10 with tingling and numbness radiating to ankles.
O: Pt received 3 tx session this week with the following modalities: MHP/EMS to LB x 20 min; STM to LB x 15 min; ther exc to include: gait training x 10 min, balance training x 10 min; (B) squats, HS curls, heel raises, hip ABD/ADD, sit to stand all performed with use of walker for balance x 10 min. Pt's functional status is as followsTenderness at R quadriceps 4/5, R hip 3/5, para spinals 3/5 on 0-5 scale. Pt demo severe difficulty ambulating > 115 feet and requires use of rolling walker w/seat. Pt has severe limitations asc/desc stairs and requires assist x 1 to complete. Pt has max difficulty standing from low height chair and requires use of arm rest to stand. Static balance in standing Poor; Dynamic balance in standing Poor; Static balance in sitting Fair; Dynamic balance in sitting Fair. Pt c/o max difficulty w/bed mobility and waking 2-3 times per night due to pain. Pt has sever-maxe difficulty standing > 3 min w/out LOB or sitting > 10 min w/out inc pain. Pt endurance for activities Poor . Pt demo confusion when discussing past medical history.  Pt requires assist x 1 with all activities at this time.
A: Pt demo improved functional mobility. Pt tol session fair and required frequent rest periods.
P: Continue with skilled therapy per POC to achieve set goals.

Brenda Myness, PA
Therapist's Signature

11-22-2011

KMRPPT0066946

## O.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | 8/15 | | 8/17 | | 8/19 | Date Plan Established 8/05/2011 |
|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | | X | | X | |
| 97014 | Electrical Muscle Stimulation | X | | X | | X | Month/Year AUGUST 2011 |
| 97035 | Ultrasound (each area) | | | | | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97034 | Contrast Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth          Sex FEMALE |
| 97016 | Vasopneumatic Therapy | | | | | | |
| 97140 | Manual Therapy | | | | | | |
| 97124 | Massage | X | | X | | X | Diagnosis CERVICAL STRAIN R/O RADICULOPATHY. THORACIC STRAIN. DECREASED ADLS |
| 97112 | Neuromuscular Re-education | | | | | | |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | X | Physician Dr. LEWERENZ |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Management | | | | | | Co–Insurance |
| 97003 | OT Evaluation | | | | | | |
| 97004 | OT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | |
| 97530 | Therapeutic Activities | | | | | | Treatment: As per POT |
| 97535 | Self Care Mngmnt Training | X | | X | | X | |
| | Splint Education | | | | | | |
| | Splint charge | | | | | | |
| | Therapist Initials | | | | | | |

Assessment: (in SOAP format)
S: Patient states: "I'm very sore. I have a black eye and I don't know how I got it" Pain level in CS 7/10 on 0-10 scale .
O: Patient received 3 tx sessions this week with the following modalities: IFC with MHP to CS. STM with MFR to CS. Cervical AROM and stretches 10 \ 2 reps each. Bil UE AROM and stretches 10x 2 reps each. Shoulder wheel 10x2 reps. wall walks and wall pulley 10 \2 reps each to increase ROM and decrease pain and stiffness. PRE with yellow theraband bilateral shoulder. elbow flex/ext/abd/add. Instruct with ADL compensatory techniques to reduce pain and stiffness. Pt continues to need min/mod verbal cues to redirect complete tasks.
A: Patient demo with dec pain. tend in neck and shoulder msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min discomfort.
P: Continue with POC to achieve set goals.

*Angela Zychak COTA*

Therapist's Signature

*Tara M Rutledge MOT OTR*

*05 01 24 2012*

KMRPPT0066995

## P.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | |
|-------|-------------------|-----|-----|-----|-----|-----|---|
| 97010 | Hot / cold pack | X | | X | X | | Date Plan Established<br>4/11/2011 |
| 97032 | Electrical Muscle Stimulation | X | | X | X | | Month/Year<br>5/2011 |
| 97035 | Ultrasound(each area) | X | | X | X | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth        Sex |
| 97140 | Manual Therapy | X | | X | X | | M |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | WHIPLASH/UPPER |
| 97530 | Transfer/Bed Mob Training | | | | | | THORACIC/LS STRAIN |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | SEAN J HOBAN, MD |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co-Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | | | | | | |
| | | | | | | | Treatment:<br>As per POC |
| | | | | | | | |
| | Therapist Initials | _(initials)_ | | _(initials)_ | _(initials)_ | | |

Assessment (SOAP format)

S: Pt reports LB pain 7/10 on 0-10 scale.

O. Pt received 3 tx sessions this week with the following modalities: MHP/EMS to LB x 20 min;
STM to LB x 15 min. Therapeutic exercises: core strengthening x 5 min, hip add/abd x 10 reps x
1 set, heel to toe x 10 reps x 1 set, marching in sitting and standing x 10 reps x 1 set, trunk ROM.
Pt's functional status is as follows: Tenderness at, para spinals 3+/5on 0-5 scale. Pt reports LB
spasms 4/5 after prolong activity. Pt has mod difficulty ambulating > 135 feet; mod difficulty
asc/desc stairs; mod difficulty sitting > 10 min and standing > 10 min. Pt has mod difficulty
w/over head reaching; bathing/grooming due to pain. Pt demo severe limitations w/trunk flex/ext
and lifting objects > 5#. Pt has severe limitations w/bed mobility due to pain and c/o waking 3-4
times per night.

A: Pt demonstrated decrease tenderness and tol sessions well.

P: Continue with skilled therapy per POC to achieve set goals.

_Brenda Myers, PTA_
Therapist's Signature

_(signature)_ - PT

# O.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | 5/2 | | 5/4 | | 5/6 | | Date Plan Established 4/11/2011 |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | X | | X | | X | | |
| 97014 | Electrical Muscle Stimulation | X | | X | | X | | Month/Year 5/11 |
| 97035 | Ultrasound(each area) | X | | X | | X | | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97034 | Contrast Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth     Sex |
| 97016 | Vasopneumatic Therapy | | | | | | | MALE |
| 97140 | Manual Therapy | X | | X | | X | | |
| 97124 | Massage | | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | | WHIPLASH, CERVICAL STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | X | | X | | X | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | Dr. SEAN HOBAN |
| 97704 | Orthotic Training 15 min | | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | | |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Management | | | | | | | Co—Insurance |
| 97003 | OT Evaluation | | | | | | | |
| 97004 | OT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | | |
| 97530 | Therapeutic Activities | | | | | | | Treatment: |
| 97535 | Self Care Mngmnt Training | X | | X | | X | | As per POT |
| | Splint Education | | | | | | | |
| | Splint charge | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)
S: Patient states: " I am ok today." Pain level in CS 7-8/10 on 0-10 scale .
O: Patient received 3 tx sessions this week with the following modalities: IFC with MHP to CS, STM with MFR to CS, jt mobs with grade 1& 2 to CS, US to CS/trapezuis msl  groups 3.3 mhz w/cm2. Cervical stretches and AROM, Bilateral shoulder wheel 10x 1 reps each, AROM exercises 10 x 1 reps each (all planes), PRE's with yellow theraband bilateral shoulder/elbow flexion/extension. Instruct with ADL compensatory technique. Core strengthening exercises 10x.
A: Patient demo with dec pain, tend in neck and shoulder msls this week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min discomfort.
P: Continue with POC to achieve set goals.

Therapist's Signature

*Angela Zzefleh COTA/L*
*Mg NataHefa MOT OTR/L*

# O.T. TREATMENT RECORD & PROGRESS NOTE

| Codes | Dates of Service → | | | | | 9/01 | 9/02 | Date Plan Established 9/01/2011 |
|---|---|---|---|---|---|---|---|---|
| 97010 | Hot / cold pack | | | | | X | X | |
| 97014 | Electrical Muscle Stimulation | | | | | X | X | Month/Year SEPTEMBER 2011 |
| 97035 | Ultrasound(each area) | | | | | | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | | |
| 97018 | Paraffin Bath | | | | | | | |
| 97034 | Contrast Bath | | | | | | | |
| 97022 | Whirlpool | | | | | | | |
| 90901 | Biofeedback | | | | | | | Date of Birth        Sex |
| 97016 | Vasopneumatic Therapy | | | | | | | FEMALE |
| 97140 | Manual Therapy | | | | | | | |
| 97124 | Massage | | | | | | X | Diagnosis CERVICAL STRAIN |
| 97112 | Neuromuscular Re-education | | | | | | | THORACIC STRAIN DISCOGENIC DISEASE |
| 97530 | Transfer/Bed Mob Training | | | | | | | |
| 97116 | Gait Training | | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | | Physician Dr. TERRY REZNICK |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | | |
| 97704 | Orthotic Training 15 min | | | | | | | Insurance |
| 97520 | Prosthetic Training 15 min | | | | | | | |
| 97012 | Traction Mechanical | | | | | | | |
| 97542 | W/C Management | | | | | | | Co-Insurance |
| 97003 | OT Evaluation | | | | | X | | |
| 97004 | OT Re-evaluation | | | | | | | |
| 95831 | Manual Muscle testing | | | | | | | |
| 95851 | ROM Measurement | | | | | | | Therapist |
| 97532 | Cognitive Skills Training | | | | | | | |
| 97530 | Therapeutic Activities | | | | | | | Treatment: As per POT |
| 97535 | Self Care Mngmnt Training | | | | | X | | |
| | Splint Education | | | | | | | |
| | Splint charge | | | | | | | |
| | Therapist Initials | | | | | | | |

Assessment: (in SOAP format)

S: Patient states: "My shoulder and back are very sore, I barely can move at times." Pain level in CS/TS  L  Shoulder 7-8/10 on 0-10 scale .

O: Patient was evaluated in 30 mins and POC established.  Patient received 2 tx sessions this week with the following modalities: IFC with MHP to CS/TS & BIL Shoulder, STM with MFR to CS/TS & BIL  Shoulder, US to CS/trapezuis msl  groups 3.3 mhz w/cm2. Patient fn status is as follows: Tenderness at CS/L Shoulder 4/5on 0-5 scale. Spasm at B upper & lower Trapezius is 4/5 at 0-5 scale. Patient is currently experiencing pain in the neck and shoulder which she rates as a 7-8/10 intensity, with radiating pain down the L UE, decreased UE strength (L3+/5), ROM is limited in flex 140° , abd 120° with c/o pain and stiffness, she requires assistance with ADL's at times (SBA/min A) including basic meal prep and home maintenance, has difficulty with tasks which require overhead reaching/lifting, and she is experiencing some decreased endurance (endurance  Fair) Patient also reports numbness and tingling down her L arm, which is having a negative effect on her  GMC/FMC during daily tasks. Patient to benefit from OT to improve neck, shoulder, back, and UE strength, ROM, endurance, coordination, ADL ability, balance & safety awareness and to decrease pain.SPECIAL TEST: Cervical Compression test -ve

PRECAUTIONS: Patient is advised to avoid sudden jerky, twisting and turning neither movements at neck and spine, nor lift heavy weight at this time. Patient displays motivation to improve her current level of function to previous status and is a good candidate for skilled OT intervention.

A: Patient demo with dec pain, tend in neck and back msls  week. Patient needed frequent rest breaks in between tx sessions. Tolerated tx well with min discomfort.

P: Continue with POC to achieve set goals.

Therapist's Signature

## PT TREATMENT LOG AND PROGRES NOTE

| Codes | Dates of Service → | 8/29 | 8/30 | 8/31 | 9/1 | 9/2 | |
|-------|--------------------|------|------|------|-----|-----|---|
| 97010 | Hot / cold pack | X | | | X | X | Date Plan Established<br>8/29/2011 |
| 97032 | Electrical Muscle Stimulation | X | | | X | X | Month/Year<br>8/2011 |
| 97035 | Ultrasound(each area) | X | | | X | X | Last Name |
| 97033 | Iontophoresis (15 min. each) | | | | | | |
| 97018 | Paraffin Bath | | | | | | |
| 97022 | Whirlpool | | | | | | |
| 90901 | Biofeedback | | | | | | Date of Birth          Sex |
| 97140 | Manual Therapy | | | | | | F |
| 97124 | Massage | | | | | | Diagnosis |
| 97112 | Neuromuscular Re-education | | | | | | LUMBAR STRAIN |
| 97530 | Transfer/Bed Mob Training | | | | | | |
| 97116 | Gait Training | | | | | | |
| 97110 | Therapeutic Exercise 15 min | | | | | | Physician |
| 97110-1 | Therapeutic Ex Add 15 min | | | | | | TERRY REZNICK, DO |
| 97703 | Orthotic Training 15 min | | | | | | Insurance |
| 97012 | Traction Mechanical | | | | | | |
| 97542 | W/C Propulsion/Management | | | | | | Co-Insurance |
| 97002 | PT Re-evaluation | | | | | | |
| 95831 | Manual Muscle testing | | | | | | |
| 95851 | ROM Measurement | | | | | | Therapist |
| 97001 | PT Evaluation | X | | | | | |
| | | | | | | | Treatment:<br>As per POC |
| | | | | | | | |
| | Therapist Initials | | | | BM | BM | |

Assessment (SOAP format)

S: Pt reports pain in LB 8/10, pain in rhomboids 7/10 on 0-10 scale.

O: Pt was evaluated and POC established in 30 minutes. Pt received 1 tx session this week with the following modalities: MHP/EMS to LB x 20 min; STM to LB x 15 min; Ther US to LB x 8 min; ther exc to include: side bends, trunk ROM, seated trunk flex/ext and over head reach x 10 min. Pt's current level of function is as follows: Tenderness at para spinals is 3/5, lower trap 3/5, rhomboids 3/5 on 0-5 scale. Pt demo mod difficulty ambulating > 135 feet w/out inc pain. Pt demo mod difficulty asc/desc stairs/ standing from low height chair. Pt has max difficulty w/trunk flex and ext in standing. Pt demo mod difficulty w/trunk rotation due to pain. Pt demo mod difficulty w/reaching behind back. Pt is unable to touch toes at this time.

A: Pt tol sessions well.

P: Continue with skilled therapy per POC to achieve set goals.

_Brenda Miplis, PT_
Therapist's Signature

12-12-2011

KMRPPT0051382