UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,                  Case No. 14-cv-11700

                                         Paul D. Borman
v.                                         United States District Judge

                                         Stephanie Dawkins Davis
                                         United States Magistrate Judge

POINTE PHYSICAL THERAPY, LLC,
et al.,

        Defendants.
_____/

## ORDER EXTENDING STAY, REQUIRING SUBMISSION OF MATERIALS AND SETTING NOVEMBER 9, 2018 STATUS CONFERENCE

The Court held a status conference in this matter on Friday, September 28, 2018, and, for the reasons stated on the record, establishes the following deadlines:

- On or before **October 24, 2018**, the parties shall jointly inform the Court in writing of the identity of each individual or entity that has failed to sign Exhibits A and B to the "settlement agreement," as referenced and discussed at the September 28, 2018 status conference.

- The Court will issue an Order requiring those individuals or entities (by

1

their representatives) that the parties identify as not having signed Exhibits A and B to appear before the Court on **Friday, November 9, 2018 at 9:00 a.m.**

- All parties and their counsel (who have not previously been excused from attending future status conferences in this matter) shall appear for a status conference on **Friday, November 9, 2018 at 9:00 a.m.**

- The stay of proceedings in this matter is extended to and including **November 9, 2018**.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated:   OCT 0 2 2018