# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:14-cv-11700<br>) |
| Pointe Physical Therapy LLC,<br>New Era Physical Therapy, P.C.,<br>New Era PT Services, Inc.,<br>Sherif El-Sayed,<br>Amale Bazzi a/k/a Amanda Bazzi,<br>Medical Evaluations P.C.,<br>Martin Quiroga, D.O,<br>Andrew Ruden, M.D.,<br>James Beale Jr., M.D., and<br>Sean John Hoban, M.D., | )<br>) Hon. Paul D. Borman<br>)<br>) Magistrate Judge<br>) Stephanie Dawkins Davis<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION FOR ENTRY OF AN ORDER TO DISMISS DEFENDANTS POINTE PHYSICAL THERAPY LLC, NEW ERA PHYSICAL THERAPY, P.C., NEW ERA PT SERVICES, INC., SHERIF EL-SAYED, AMALE BAZZI A/K/A AMANDA BAZZI, MEDICAL EVALUATIONS P.C., <u>ANDREW RUDEN, M.D., AND JAMES BEALE JR., M.D.</u>**

This matter is brought before the Court upon the Stipulation of Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff") and Defendants Pointe Physical Therapy LLC, New Era Physical Therapy, P.C., New Era PT Services, Inc., Sherif El-Sayed, Amale Bazzi a/k/a Amanda Bazzi, Medical Evaluations P.C., Andrew Ruden, M.D., and James Beale Jr., M.D.

(collectively, "Defendants"), and the Court is otherwise duly informed in the premises:

1. The undersigned parties stipulate to entry of an order dismissing the Defendants from this lawsuit with prejudice and without costs or fees awarded to any party.

2. Nothing in this Stipulation shall be construed to affect Plaintiff's claims against any other parties to the above-captioned action, which claims shall survive and continue beyond the dismissal.

3. A proposed Order awarding the relief sought herein is being filed concurrently with this Stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims against Defendants are hereby voluntarily dismissed with prejudice.

AGREED TO AND SUBMITTED BY:

| | |
|---|---|
| Dated:  November 15, 2018 | MILLER CANFIELD PADDOCK & STONE PLC |
| KATTEN MUCHIN ROSENMAN LLP | |
| | By: /s/ Thomas W. Cranmer |
| By: /s/ Kathy P. Josephson | |
| | Thomas W. Cranmer (P25252) |
| Ross O. Silverman | Matthew P. Allen |
| Jonathan L. Marks | 840 West Long Lake Road |
| Kathy P. Josephson | Suite 200 |
| Matthew R. Ryan | Troy, MI 48098-6358 |
| 525 W. Monroe Street, Suite 1600 | (248) 267-3290 |
| Chicago, Illinois 60661-3693 | cranmer@millercanfield.com |
| (312) 902-5200 | allen@millercanfield.com |
| ross.silverman@kattenlaw.com | |
| jonathan.marks@kattenlaw.com | *Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company* |
| kathy.josephson@kattenlaw.com | |
| matthew.ryan@kattenlaw.com | |
| *Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company* | |
| GARY R. BLUMBERG, P.C. | JOELSON ROSENBERG, PLC |
| By: /s/ Gary R. Blumberg | By: /s/ Peter W. Joelson |
| Gary R. Blumberg (P29820) | Peter W. Joelson (P51468) |
| 15011 Michigan Ave. | 30665 Northwestern Highway, Ste. 200 |
| Dearborn, MI 48126 | Farmington Hills, MI 48334 |
| (313) 230-1121 | (248) 626-9966 |
| gblumberg@blumbergpc.com | pwj@jrlawplc.com |
| *Attorney for Defendants Pointe Physical Therapy, LLC and Amale Bazzi* | *Attorney for Defendants Pointe Physical Therapy, LLC and Amale Bazzi* |

| | |
|---|---|
| MICHAEL S. CAFFERTY & ASSOC. | DEFENDANT ANDREW RUDEN, M.D., *pro se* |
| By: /s/ Michael S. Cafferty | By: /s/ Andrew Ruden |
| Michael S. Cafferty (P36613)<br>333 W. Fort Street, Suite 1400<br>Detroit, MI 48226<br>313-964-3070<br>mcaffe@aol.com | Andrew Ruden, M.D. *pro se*<br>5947 Barnstable Court<br>West Bloomfield, MI 48322<br>248-310-4531 |
| *Attorney for Defendants New Era Physical Therapy, P.C.; New Era PT Services, Inc.; Sherif El-Sayed; Amale Bazzi; Medical Evaluations, P.C.; James Beale, Jr., M.D.; and Sean John Hoban, M.D.* | |

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Pointe Physical Therapy LLC, ) <br> New Era Physical Therapy, P.C., ) <br> New Era PT Services, Inc., ) <br> Sherif El-Sayed, ) <br> Amale Bazzi a/k/a Amanda Bazzi, ) <br> Medical Evaluations P.C., ) <br> Martin Quiroga, D.O, ) <br> Andrew Ruden, M.D., ) <br> James Beale Jr., M.D., and ) <br> Sean John Hoban, M.D., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:14-cv-11700 <br><br> Hon. Paul D. Borman <br><br> Magistrate Judge <br> Stephanie Dawkins Davis |

**[PROPOSED] ORDER TO DISMISS DEFENDANTS POINTE PHYSICAL THERAPY LLC, NEW ERA PHYSICAL THERAPY, P.C., NEW ERA PT SERVICES, INC., SHERIF EL-SAYED, AMALE BAZZI A/K/A AMANDA BAZZI, MEDICAL EVALUATIONS P.C., ANDREW RUDEN, M.D., AND <u>JAMES BEALE JR., M.D.</u>**

This matter is brought before the Court upon the Stipulation of Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff") and Defendants Pointe Physical Therapy LLC, New Era Physical Therapy, P.C., New Era PT Services, Inc., Sherif El-Sayed, Amale Bazzi a/k/a Amanda Bazzi, Medical Evaluations P.C., Andrew Ruden, M.D., and James Beale Jr., M.D. (collectively, "Defendants"), and the Court is otherwise duly informed in the premises:

IT IS HEREBY ORDERED that Plaintiff's causes of action in the above-captioned lawsuit as to the Defendants are hereby dismissed with prejudice and without costs or fees awarded to any party. Nothing in this Order shall be construed to affect Plaintiff's claims against any other parties to the above-captioned lawsuit.

**SO ORDERED**

                                                              _____
                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE