# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, ) ) ) Plaintiff, ) ) v. ) ) Pointe Physical Therapy LLC, ) New Era Physical Therapy, P.C., ) New Era PT Services, Inc., ) Sherif El-Sayed, ) Amale Bazzi a/k/a Amanda Bazzi, ) Medical Evaluations P.C., ) Martin Quiroga, D.O, ) Andrew Ruden, M.D., ) James Beale Jr., M.D., and ) Sean John Hoban, M.D., ) ) Defendants. ) _____  ) | Case No. 2:14-cv-11700 Hon. Paul D. Borman Magistrate Judge Stephanie Dawkins Davis |

**ORDER TO DISMISS DEFENDANTS POINTE PHYSICAL THERAPY LLC, NEW ERA PHYSICAL THERAPY, P.C., NEW ERA PT SERVICES, INC., SHERIF EL-SAYED, AMALE BAZZI A/K/A AMANDA BAZZI, MEDICAL EVALUATIONS P.C., ANDREW RUDEN, M.D., AND JAMES BEALE JR., M.D.**

This matter is brought before the Court upon the Stipulation of Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff") and Defendants Pointe Physical Therapy LLC, New Era Physical Therapy, P.C., New Era PT Services, Inc., Sherif El-Sayed, Amale Bazzi a/k/a Amanda Bazzi, Medical

1

Evaluations P.C., Andrew Ruden, M.D., and James Beale Jr., M.D. (collectively, "Defendants"), and the Court is otherwise duly informed in the premises:

IT IS HEREBY ORDERED that Plaintiff's causes of action in the above-captioned lawsuit as to the Defendants are hereby dismissed with prejudice and without costs or fees awarded to any party. Nothing in this Order shall be construed to affect Plaintiff's claims against any other parties to the above-captioned lawsuit.

**SO ORDERED.**

Dated:  November 16, 2018               s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge